**Encompass Enterprises, LLC**
**Work-in-Progress Report**

| Customer | Contract Status | Category/ Phase of project | Contract + Change Order | Invoiced | WIP | Contract date | Estimated completion Date | Project type | Project Description |
|---|---|---|---|---|---|---|---|---|---|
| Lamb (bank job) | Signed | WIP | $725,443.00 | $370,443.00 | $355,000.00 | 10/25/2023 | Feb-26 | New home | |
| Cornerstone | Signed | WIP | $601,500.00 | $231,410.00 | $370,090.00 | 1/17/2025 | Apr-26 | Full remodel | Full exterioir gut and remodel with 2 additions |
| Green/ Utterback | Signed | WIP | $215,436.00 | $179,132.00 | $36,304.00 | 2/27/2024 | Jan-26 | Full remodel | Converted a garage to an inlaw suite w/ Bathrooom, kitchen. Livingroom, office, bedroom and walk in closet. |
| Matzdorf | Signed | WIP | $235,610.00 | $204,506.00 | $31,104.00 | 1/27/2023 | Feb-26 | addition/Remodel | Second story addition with interior remdal and exterior finishes. |
| Furr | Signed | WIP | $133,549.00 | $127,349.00 | $750.00 | 10/23/2024 | Dec-25 | Deck | Demo and rebuild odf large 2 tier deck and steps to adjoining creek |
| Mclean | Signed | WIP | $339,000.00 | $92,000.00 | $247,000.00 | 10/17/2024 | Mar-26 | addition/Remodel | Addition on back of the house, new kitchen, Masterbath and common bath |
| Gianazzi (bank job) | Signed | WIP | $500,000.00 | $70,272.00 | $429,728.00 | 5/12/2024 | Feb-25 | New House | |
| Arnett | Signed | WIP | $233,835.00 | $169,200.00 | $64,635.00 | 12/17/2024 | Mar-26 | Full remodel | full interior and exterior remodel |
| Waage Windows | Signed | In the Queue (Contracted andpermitted ready to work) | $50,000.00 | $26,740.00 | $23,260.00 | 5/20/2024 | Mar-26 | Renovation | A frame home- demo and rebuild glass front wall |
| Shaffer (bank job) | Signed | In the Queue (Contracted andpermitted ready to work) | $350,000.00 | $87,323.00 | $262,677.00 | 9/12/2024 | waiting on client to start | New Home | |
| Gryskewicz | Signed | Permit & Dev(Contract signed and permit being prepared | $31,438.00 | $6,288.00 | $25,150.00 | 11/8/2025 | Jan-25 | 4 season room | Converting screened poch to four season room |
| Starbucks | Signed | Permit & Dev(Contract signed and permit being prepared | $318,000.00 | $0.00 | $318,000.00 | 5.30/2025 | Jun-26 | upfit of new store | installing interior and finishes in new store |
| Marks | Signed | Permit & Dev(Contract signed and permit being prepared | $100,000.00 | $22,639.00 | $77,361.00 | 8/12/2024 | Feb-26 | tiny house | New build of a tiny House |
| Sangiunetti | Signed | Permit & Dev(Contract signed and permit being prepared | $40,000.00 | $10,673.00 | $29,327.00 | 6/5/2025 | Feb-26 | 4 season room | Converting screened poch to four season room |
| Ferr | Signed | Permit & Dev(Contract signed and permit being prepared | $1,100,000.00 | $190,000.00 | $910,000.00 | 6/3/2025 | Dec-26 | New Home | |
| Cove Point Land Trust (B) | Signed | Permit & Dev(Contract signed and permit being prepared | $125,000.00 | $38,388.00 | $86,612.00 | 3/14/2024 | Mar-26 | Barn Renovation | Renovation of old tabacco barn into a nature learning center |

**Encompass Enterprises, LLC**
**Work-in-Progress Report**

| Customer | Contract Status | Category/ Phase of project | Contract + Change Order | Invoiced | WIP | Contract date | Estimated completion Date | Project type | Project Description |
|---|---|---|---|---|---|---|---|---|---|
| Cove Point Land Trust (H) | Signed | Permit & Dev(Contract signed and permit being prepared | $250,000.00 | $45,614.00 | $204,386.00 | 3/14/2024 | Jul-26 | New small home | Tear down existing house and build a new house |
| Ressing | Signed | Permit & Dev(Contract signed and permit being prepared | $165,000.00 | $28,918.00 | $136,082.00 | 12/24/2023 | Aug-26 | addition/Remodel | Addition and Master bath remodel |
| Leonardtown Winery | Signed | Permit & Dev(Contract signed and permit being prepared | $125,000.00 | $25,886.00 | $99,114.00 | 10/3/2025 | Apr-26 | add of 4 bathrooms | Adding 4 public bathrooms |
| Sung | Signed | Permit & Dev(Contract signed and permit being prepared | $223,500.00 | $44,700.00 | $178,800.00 | 8/1/2025 | May-26 | Exterior remodel | full Exterior siding, decks, windows and doors |
| McClanahan | Signed | Permit & Dev(Contract signed and permit being prepared | $152,366.00 | $37,351.00 | $115,015.00 | 2/12/2025 | Jun-26 | addition/Remodel | 2 story addition on a house bottom level is a 2 car garage and top level is a master bedroom with balcony, master bath and master closet |
| Woodburn | Signed | Permit & Dev(Contract signed and permit being prepared | $261,000.00 | $57,500.00 | $203,500.00 | 12/1/2025 | Jun-26 | full remodel | Full interior gut and remodel including removal of load bearing wall, new kitchen, new master bathroom, flooring throughour |
| | | | **$7,404,797.00** | **$2,644,961.00** | **$4,759,836.00** | | | | |
| **On Hold** | | | | | | | | | |
| Blinn | Signed | WIP | $131,641.00 | $48,000.00 | $83,641.00 | 2/18/2025 | on hold | garage/ siding | New Attached garage and siding on the house |
| Williamson | Signed | In the Queue (Contracted andpermitted ready to work) | $12,186.00 | $4,867.00 | $7,319.00 | 8/28/2025 | on hold | Handyman | front porch renovation |
| Baxley | Signed | In the Queue (Contracted andpermitted ready to work) | $120,000.00 | $100,000.00 | $20,000.00 | 2/6/2024 | on hold | Full remodel | 2nd story addition and reconfiguration of first floor layout |
| Winton (Master) | Signed | In the Queue (Contracted andpermitted ready to work) | $60,811.00 | $0.00 | $60,811.00 | 1/28/2025 | on hold | Renovation | Full Master bathroom renovation |

**Encompass Enterprises, LLC**
**Work-in-Progress Report**

| Customer | Contract Status | Category/ Phase of project | Contract + Change Order | Invoiced | WIP | Contract date | Estimated completion Date | Project type | Project Description |
|---|---|---|---|---|---|---|---|---|---|
| Pederson | Signed | In the Queue (Contracted and permitted ready to work) | $580,000.00 | $201,280.00 | $378,720.00 | 12/5/22, 8/29/23, | Contract canceled | New Home | Tear down of existing house to foundation, rebuild to meet FEMA and MDE regulations. Very long permitting process. Cancelled the contract because "we took to long." Client wants all of their money back |
| Lumi | Signed | In the Queue (Contracted and permitted ready to work) | $785,000.00 | $209,000.00 | $576,000.00 | 7/12/2023 | Contract canceled | New Home | Was under contract to build a new home with detached garage. Due to weather and work load and the client puchasing an adjoining property and having it all replatted…. (Had to go back to permitting) Was unhappy that we hadn't already started |

| Proposal | | | |
|---|---|---|---|
| Deaton | Not Signed | Proposal | $25,000.00 |
| Grief | Not Signed | Proposal | $35,000.00 |
| Haywood | Not Signed | Proposal | $10,000.00 |
| Starbucks | Not Signed | Proposal | $400,000.00 |
| | | | **$460,000.00** |

| possibly bidding | | | |
|---|---|---|---|
| Immaculate Heart of Mary | Not Signed | Biz Opportunity | $108,000.00 |
| | | | **$108,000.00** |

Exh "G" Page 3 of 3