## UNITED STATES BANKRUPTCY COURT

DISTRICT OF   MARYLAND

GREENBELT DIVISION

| | | |
|---|---|---|
| In Re.  ENCOMPASS ENTERPRISES LLC | § | Case No.  26-11403 |
| | § | |
| | § | |
| Debtor(s) | § | |

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026                Petition Date: 02/10/2026

Months Pending: 1                                 Industry Classification: [2] [3] [6] [1]

Reporting Method:           Accrual Basis  ◉           Cash Basis  ○

Debtor's Full-Time Employees (current):                                 6

Debtor's Full-Time Employees (as of date of order for relief):          6

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

| | |
|---|---|
| /s/ Eugene Benton | Eugene Benton |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 04/07/2026 | |
| Date | |
| | 12660 Mill Creek Dr. Lusby, MD 20657 |
| | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.  §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                     1

Debtor's Name ENCOMPASS ENTERPRISES LLC                    Case No.  26-11403

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $11,652 | |
| b.  Total receipts (net of transfers between accounts) | $10,142 | $10,142 |
| c.  Total disbursements (net of transfers between accounts) | $21,678 | $21,678 |
| d.  Cash balance end of month (a+b-c) | $117 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $21,678 | $21,678 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $134,564 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $54,950 |
| c.  Inventory      ( Book ⦿   Market ◯   Other ◯   (attach explanation)) | $150,000 |
| d   Total current assets | $405,871 |
| e.  Total assets | $560,555 |
| f.  Postpetition payables (excluding taxes) | $27,651 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $1,589 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $29,240 |
| k.  Prepetition secured debt | $641,053 |
| l.  Prepetition priority debt | $497,159 |
| m.  Prepetition unsecured debt | $1,778,834 |
| n.  Total liabilities (debt) (j+k+l+m) | $2,946,286 |
| o.  Ending equity/net worth (e-n) | $-2,385,731 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $45,425 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $29,425 | |
| c.  Gross profit (a-b) | $16,000 | |
| d.  Selling expenses | $409 | |
| e.  General and administrative expenses | $12,783 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $592 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $2,808 | $2,808 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name ENCOMPASS ENTERPRISES LLC                                        Case No.  26-11403

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                3

Debtor's Name ENCOMPASS ENTERPRISES LLC                    Case No. 26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC                    Case No.  26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC                    Case No.  26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name  ENCOMPASS ENTERPRISES LLC                    Case No.  26-11403

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  ENCOMPASS ENTERPRISES LLC                                    Case No.  26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| xcix | | | | | | |
| c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $437 | $437 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $1,061 | $1,061 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $91 | $91 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d.  Are you current on postpetition tax return filings?  Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i.  Do you have:          Worker's compensation insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?  Yes ○  No ◉

    If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

    General liability insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?  Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

Debtor's Name ENCOMPASS ENTERPRISES LLC                     Case No.  26-11403

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Eugene Benton

Signature of Responsible Party

Eugene Benton

Printed Name of Responsible Party

Managing Member

Title

04/07/2026

Date

Debtor's Name  ENCOMPASS ENTERPRISES LLC                                    Case No.  26-11403



PageOnePartOne



PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name ENCOMPASS ENTERPRISES LLC

Case No. 26-11403



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name ENCOMPASS ENTERPRISES LLC                                 Case No. 26-11403



PageThree



PageFour

**Encompass Enterprises LLC**
**Profi and Loss Stmt - Accrual Basis**
**02/10/2026 - 02/28/2026**

| Distribution account | Total |
|---|---|
| Income | |
| Houzz Pro Products | 18,425.00 |
| **Total for Income** | **$18,425.00** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 27,651.00 |
| Dump Fees | 170.20 |
| Job Materials | 1,550.61 |
| Permits, Licenses | 53.00 |
| **Total for Cost of Goods Sold** | **$29,424.81** |
| **Total for Cost of Goods Sold** | **$29,424.81** |
| **Gross Profit** | **-$10,999.81** |
| Expenses | |
| Accounting fees | 750.00 |
| Advertising & Marketing | 106.11 |
| Bank Charges & Fees | 11.89 |
| Car/Truck | |
| Fuel | 289.46 |
| Repairs | 13.77 |
| **Total for Car/Truck** | **$303.23** |
| Computer & Internet Expenses | 4.99 |
| Insurance | 577.05 |
| Office Expense | 118.99 |
| Office Supplies & Software | 531.04 |
| Payroll Expenses | |
| Wages | 9,323.86 |
| **Total for Payroll Expenses** | **$9,323.86** |
| Payroll Taxes | |
| Taxes | |
| FUTA | 127.55 |
| Medicare | 88.07 |
| Social Security | 376.57 |
| **Total for Taxes** | **$592.19** |
| **Total for Payroll Taxes** | **$592.19** |
| Telephone | 872.82 |
| **Total for Expenses** | **$13,192.17** |
| **Net Operating Income** | **-$24,191.98** |
| **Net Other Income** | |
| **Net Income** | **-$24,191.98** |

**Encompass Enterprises LLC**
**Balance Sheet - Accrual Basis**
**02/28/2026**

| Distribution account | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 0196 Shore United 0196 | -625.30 |
| 202505361246 Mercury Ship's Point | 0.00 |
| 202508444950 Mercury Payroll Acct | 0.00 |
| 202572428902 Mercury Operations Account 8902 | 0.00 |
| 5343521847 PNC Payroll 1847 | 0.00 |
| 5343521855 PNC EE1 1855 | 0.00 |
| 5343521863 PNC EDA 1863 | 0.00 |
| 5344188257 PNC 8257 | 0.00 |
| 5543053013 PNC 3013 | 0.00 |
| 933229585 Shore United 9585 | 0.00 |
| 933230219 Shore United 0219 | 0.00 |
| 933261171 Shore United 1171 | 0.00 |
| PNC EE1 Checking 2919 | 0.00 |
| Premier Operations 6893 | 736.87 |
| Shore Checking 9543 | 0.00 |
| Veridian | 5.00 |
| **Total for Bank Accounts** | **$116.57** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 134,564.08 |
| **Total for Accounts Receivable** | **$134,564.08** |
| Other Current Assets | |
| Due from IRS/MD | 1,823.02 |
| Due to Driftwood | 0.00 |
| Employee Advances | 4,079.73 |
| Inventory Asset | 150,000.00 |
| N/R Shareholder | 115,287.76 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total for Other Current Assets** | **$271,190.51** |
| **Total for Current Assets** | **$405,871.16** |
| Fixed Assets | |
| Accumulated Depreciation | -313,603.00 |
| Furniture and Equipment | 68,247.91 |
| Vehicles | 377,538.97 |
| **Total for Fixed Assets** | **$132,183.88** |
| Other Assets | |
| Goodwill - Garage Business | 30,000.10 |
| Accumulated Amortization | -7,500.00 |
| **Total for Goodwill - Garage Business** | **$22,500.10** |
| **Total for Other Assets** | **$22,500.10** |
| **Total for Assets** | **$560,555.14** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |

**Encompass Enterprises LLC**
**Balance Sheet - Accrual Basis**
**02/28/2026**

| Distribution account | Total |
|---|---:|
| Accounts Payable (A/P) | 478,365.43 |
| **Total for Accounts Payable** | **$478,365.43** |
| Credit Cards | |
| 0000000 Mercury Credit Card | 0.00 |
| 81924212897391 Lowes Home Improvement 7391 | 0.00 |
| American Express | 10,150.43 |
| Best Buy Credit Card | 960.83 |
| CBTC EE1 Credit Card | 0.00 |
| Lowes Home Improvement 6694 | 0.00 |
| Lowes Home Improvement 9465 50k | 0.00 |
| PNC Credit Card 4999 | 14,565.94 |
| Southwest/Chase  Credit Card | 15,412.45 |
| **Total for Credit Cards** | **$41,089.65** |
| Other Current Liabilities | |
| Customer Deposits | 409,834.60 |
| Direct Deposit Payable | 0.00 |
| Jason Baxley Prepaid Revenue | 20,000.00 |
| Maryland State | 243.60 |
| N/P Dawn Benton | 30,000.00 |
| N/P Joseph Hughes | 3,900.00 |
| N/P Payroll | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| Payroll Garnishments | -3,976.58 |
| Payroll Liabilities | 0.00 |
| Cash advance | -200.00 |
| Child Support | 3,618.43 |
| Child Support-Aaliyah | 0.04 |
| Child Support-Twins | -5.39 |
| Federal Taxes (941/944) | 232,688.46 |
| Federal Unemployment (940) | 1,916.04 |
| Maryland Income Tax | 0.00 |
| MD Income Tax | 112,748.63 |
| MD Unemployment Tax | 5,657.33 |
| OverPayment on Paycheck | 1,104.80 |
| PA Income Tax | 0.00 |
| PA Local Tax | 0.00 |
| Rent-Interest | 52.68 |
| Unauthorized charges on company bank card Joseph aware | 92.09 |
| **Total for Payroll Liabilities** | **$357,673.11** |
| Repayment | |
| Cash Advance Repayment | 2,781.61 |
| Cash Advance Repayment 2 | 0.00 |
| Venmo pymt  11.03.25 | 0.00 |
| **Total for Repayment** | **$2,781.61** |
| **Total for Other Current Liabilities** | **$820,456.34** |
| **Total for Current Liabilities** | **$1,339,911.42** |
| Long-term Liabilities | |

**Encompass Enterprises LLC**
**Balance Sheet - Accrual Basis**
**02/28/2026**

| Distribution account | Total |
|---|---|
| 07.31.24 Unique Funding Solutions LLC | 71,152.32 |
| Advantage+ Loan | 0.00 |
| Citizens One - Gene's Truck | 0.00 |
| N/P Ally Loan - 2014 Ram 1500 Truck | 11,757.74 |
| N/P Cinch Auto Finance 1242.73 | 44,002.07 |
| N/P Everest Business Funding 753.55/daily | 0.00 |
| N/P Fenix Capital Funding | 0.00 |
| N/P Forward Financing 5838.75/wk | 0.00 |
| N/P Fox #2 | 61,760.04 |
| N/P Fox Business Funding 6917.85 | 0.00 |
| N/P John Barony | 0.00 |
| N/P Panther Funding | 0.00 |
| N/P Parkview Advance | 9,247.33 |
| N/ P Peninsula Funding | 10,822.00 |
| N/P Quick Funding | 0.00 |
| N/P SBA EIDL | 148,200.00 |
| N/P Sheffield 447.29 | 0.00 |
| N/P Specialty Capital | 30,275.00 |
| N/P Spring Funding | 0.00 |
| N/P Star Capital | 0.00 |
| PNC Small Business Loan | 0.00 |
| PNC Van Loan 8098 | 0.00 |
| Truist Truck Loan - 2018 Dodge PU | 12,015.88 |
| Veridian Loan | 976.87 |
| **Total for Long-term Liabilities** | **$400,209.25** |
| **Total for Liabilities** | **$1,740,120.67** |
| Equity | |
| Opening Balance Equity | -45,970.00 |
| Owner's Draw | -132,528.31 |
| Owner's Investment | 1,300.00 |
| Owner's Pay & Personal Expenses | 0.00 |
| Retained Earnings | -899,643.14 |
| Net Income | -102,724.08 |
| **Total for Equity** | **-$1,179,565.53** |
| **Total for Liabilities and Equity** | **$560,555.14** |

**Encompass Enterprises LLC**
**A/R Aging Summary**
**As of 02/28/2026**

| Client | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Carl Sciacchitano | | | | | | |
| EE1-Scacchitano-2023 | | | | | 31,650.00 | 31,650.00 |
| **Total for Carl Sciacchitano** | | | | | **31,650.00** | **$31,650.00** |
| Cindy Winton | | | | | | |
| EE1 - Winton Spout Lane-2025 | | 3,425.00 | | | | 3,425.00 |
| **Total for Cindy Winton** | | **3,425.00** | | | | **$3,425.00** |
| Cornerstone Church C/o Jessica Doyle | | | | | | |
| EE1 - Cornerstone Presbyterian Church-2024 | 8,825.00 | | | | | 8,825.00 |
| **Total for Cornerstone Church C/o Jessica Doyle** | **8,825.00** | | | | | **$8,825.00** |
| Jay Furr | | | | | | |
| EE1 Furr Deck-2024 | 742.33 | | | | | 742.33 |
| **Total for Jay Furr** | **742.33** | | | | | **$742.33** |
| McLean, Stuart | | | | | | |
| EE1- McLean | 51,621.75 | | | | | 51,621.75 |
| **Total for McLean, Stuart** | **51,621.75** | | | | | **$51,621.75** |
| Ship's Point Mechanical | | | | | 23,300.00 | 23,300.00 |
| SLA | | | | | 0.00 | 0.00 |
| Stephan Sung | | | | | | |
| EE1 - Sung-2025 | | 15,000.00 | | | | 15,000.00 |
| **Total for Stephan Sung** | | **15,000.00** | | | | **$15,000.00** |
| **TOTAL** | **61,189.08** | **18,425.00** | | | **54,950.00** | **$134,564.08** |

# PREMIERBANK
## EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

ENCOMPASS ENTERPRISES LLC
DEBTOR IN POSSESSION
CASE NO 26-11403
OPERATIONS ACCOUNT
12660 MILL CREEK DRIVE
LUSBY MD 20657

Statement Date: **02/27/2026**                                    Account No.:          **6893** Page:   **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 893 | | DIP | Deposit | 736.87 |

**Your Total Deposits = 736.87 And Your Total Loans = .00**

## DIP SUMMARY

Type :    **REG    Status :    Active

| Category | Number | Amount |
|---|---|---|
| New Account On 02/17/26 | | 0.00 |
| Debits | | 0.00 |
| Automatic Withdrawals | 3 | 4,012.00 |
| Automatic Deposits | 1 | 6,981.48+ |
| Card Activity | 13 | 2,232.72 |
| Interest Added This Statement | | 0.11+ |
| Ending Balance On 02/27/26 | | 736.87 |

| | | |
|---|---|---|
| **Annual Percentage Yield Earned** | 0.25 % | |
| **Interest Paid This Year** | 0.11 | |
| **Average Balance (Ledger)** | 1,456.28+ | |

**Direct Inquiries About Electronic Entries To:**

Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 02/20/26 | INCOMING WIRE ENCOMPASS ENTERPRISES LLC | 6,981.48 |
| 02/27/26 | INTEREST PAID | 0.11 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 02/20/26 | INCOMING WIRE TRANSFER FEE | 12.00 |
| 02/20/26 | EZRA STRATEGY LL SALE | 750.00 |
| 02/20/26 | THE PATRICK RETT SALE | 3,250.00 |
| 02/23/26 | PUR ADVANCE AUTO PARTS 7394 LUSBY MD | 13.77 |
| 02/23/26 | PUR NORTON SOFTWARE PHONENU MOUNTAIN VIEW CA | 34.58 |
| 02/23/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 20.49 |

**Continued        3/1808/1**

# PREMIERBANK
## EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000



FINANCIAL SERVICES STATEMENT

Statement Date: **02/27/2026**                                     Account No.:        **6893** Page:  **2**

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 02/23/26 | VSA PMT DB CAROUSEL CHECKS 888-422-6122 IL | 118.99 |
| 02/23 | SA PUR PROGRESSIVE INS 800-776-4737 OH | 577.05 |
| 02/25/26 | VSA PUR WAWA 592 CALIFORNIA MD | 32.70 |
| 02/25/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 83.16 |
| 02/25/26 | VSA PUR FASTOP 54 LUSBY MD | 84.50 |
| 02/25/26 | VSA PMT DB ATT BILL PAYMENT 800-331-0500 TX | 829.26 |
| 02/26/26 | VSA PUR AMAZON MKTPL B14QW7U10 AMZN.COM BILL WA | 15.11 |
| 02/26/26 | VSA PUR LINKEDIN JOB P113432827 855-6535653 CA | 70.11 |
| 02/26/26 | VSA PUR AMAZON.COM B95BY3XH1 AMZN.COM BILL WA | 300.00 |
| 02/27/26 | VSA PUR CALVERT CNTY HEALTH DEP 410-5355400 MD | 53.00 |

### OVERDRAFT FEE SUMMARY

|  | Total For This Period | Total Year-To-Date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 02/17/26 was .00

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/20/26 | 2,969.48 | 02/25/26 | 1,174.98 | 02/27/26 | 736.87 |
| 02/23/26 | 2,204.60 | 02/26/26 | 789.76 |  |  |

**This Statement Cycle Reflects 11 Days**

**The Interest Earned And The Annual Percentage Yield Earned
Are Based On The Period 02/17/2026 Through 02/27/2026**

**Continued        3/1808/2**

PREMIERBANK
EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to:   402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **02/27/2026**                                    Account No.:              **6893** Page:   **3**

**EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING
$5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS.
E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS
GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.**

**End Statement      3/1808/3E**

# PREMIERBANK
## EXPECT MORE

16802 Burke Street
Omaha, NE  68118
www.premierbankne.com
Direct inquiries to:   402-558-8000



FINANCIAL SERVICES STATEMENT

ENCOMPASS ENTERPRISES LLC
DEBTOR IN POSSESSION
CASE NO 26-11403
PAYROLL ACCOUNT
12660 MILL CREEK DRIVE
LUSBY MD 20657

Statement Date: **02/27/2026**                                    Account No.:          **503** Page:   **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 503 | | DIP | Deposit | .00 |

**Your Total Deposits = .00 And Your Total Loans = .00**

## DIP SUMMARY

Type :   REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| New Account On 02/17/26 | | 0.00 |
| Debits | | 0.00 |
| Ending Balance On 02/27/26 | | 0.00 |

**Direct Inquiries About Electronic Entries To:**
Phone: (402) 558-8000

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 02/17/26 was .00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/27/26 | .00 | | | | |

**This Statement Cycle Reflects 11 Days**

**The Interest Earned And The Annual Percentage Yield Earned
Are Based On The Period 02/17/2026 Through 02/27/2026**

**Continued        3/1914/1**

# PREMIERBANK

EXPECT MORE

16802 Burke Street
Omaha, NE  68118
www.premierbankne.com
Direct inquiries to:   402-558-8000



FINANCIAL SERVICES STATEMENT

Statement Date: **02/27/2026**                    Account No.:                    Page:  **2**

---

**EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING
$5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS.
E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS
GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.**

---

**End Statement      3/1914/2E**