UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 26-11403 |
| | ) | |
| ENCOMPASS ENTERPRISES LLC | ) | Chapter 11 |
| | ) | |
| | ) | Judge: MARIA ELLENA CHAVEZ-RUARK |
| Debtor(s). | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

Please take notice that Jeffrey Scholnick, has been retained as attorney for Janet and Miles Lamb,  Creditors in the above-referenced Proceedings.

It is respectfully requested that copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney at the address below.

Respectfully submitted,

/s/ Jeffrey Scholnick

Law Office of Jeffrey Scholnick, P.A.
MD Bar No. 25017
9515 Deereco Road,  Suite 407
Timonium, MD 21093
Telephone: (410) 494-9944
Email: jscholnick@scholnicklaw.com
Counsel for Janet and Miles Lamb

## CERTIFICATE OF SERVICE

I, hereby certify that today, the 12th day of April 2026, the following persons will receive an electronic copy of the Notice of Appearance served by the Court's CM/ECF system:

Steven R. Fox, Esq., Attorney for Debtor

Christopher L. Rogan, Esq. Attorney for Debtor

US Trustee - Baltimore

I hereby further certify that on the 13th day of April, 2026, a copy of the Notice of Appearance was mailed first class, postage prepared to:

Encompass Enterprises LLC
PO Box 357
Lusby, MD 20657

/s/ Jeffrey Scholnick
Law Office of Jeffrey Scholnick, P.A.
Maryland Bar No. 25017
9515 Deereco Rd., Suite 407
Timonium, MD 21093
Telephone: (410) 494-9944
Email: jscholnick@scholnicklaw.com
Counsel for Janet and Miles Lamb