# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   MARYLAND

### GREENBELT DIVISION

In Re. ENCOMPASS ENTERPRISES LLC § §
§
§ Case No. 26-11403
§

Debtor(s)

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026      Petition Date: 02/10/2026

Months Pending: 2      Industry Classification: | 2 | 3 | 6 | 1 |

Reporting Method:      Accrual Basis ◉      Cash Basis ○

Debtor's Full-Time Employees (current):      5

Debtor's Full-Time Employees (as of date of order for relief):      6

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☒   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ *Eugene Benton*

Signature of Responsible Party

Eugene Benton

Printed Name of Responsible Party

05/08/2026

Date

12660 Mill Creek Dr. Lusby, MD 20657

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)      1

Debtor's Name ENCOMPASS ENTERPRISES LLC                          Case No.   26-11403

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $117 | |
| b. Total receipts (net of transfers between accounts) | $39,548 | $49,690 |
| c. Total disbursements (net of transfers between accounts) | $18,967 | $40,645 |
| d. Cash balance end of month (a+b-c) | $20,698 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $18,967 | $40,645 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $131,139 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $54,950 |
| c. Inventory     ( Book ⦿  Market ◯  Other ◯   (attach explanation)) | $150,000 |
| d  Total current assets | $423,028 |
| e. Total assets | $577,712 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $1,589 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,589 |
| k. Prepetition secured debt | $641,053 |
| l. Prepetition priority debt | $497,159 |
| m. Prepetition unsecured debt | $1,505,334 |
| n. Total liabilities (debt) (j+k+l+m) | $2,645,135 |
| o. Ending equity/net worth (e-n) | $-2,067,423 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $18,778 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $9,529 | |
| c. Gross profit (a-b) | $9,250 | |
| d. Selling expenses | $577 | |
| e. General and administrative expenses | $8,116 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $3,576 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $557 | $3,021 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name ENCOMPASS ENTERPRISES LLC                                   Case No.  26-11403

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)                          3

Debtor's Name ENCOMPASS ENTERPRISES LLC                                    Case No.  26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)                          4

Debtor's Name ENCOMPASS ENTERPRISES LLC                                  Case No.  26-11403

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                      5

Debtor's Name ENCOMPASS ENTERPRISES LLC                    Case No.  26-11403

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name ENCOMPASS ENTERPRISES LLC                                         Case No.  26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                               7

Debtor's Name ENCOMPASS ENTERPRISES LLC                                     Case No.  26-11403

| | | | | | | |
|---|---|---|---|---|---|---|
| xcix | | | | | | |
| c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $437 | $437 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $3,576 | $5,165 |
| d.   Postpetition employer payroll taxes paid | $3,576 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $91 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯     No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ◯     No ◉

c.   Were any payments made to or on behalf of insiders?     Yes ◉     No ◯

d.   Are you current on postpetition tax return filings?     Yes ◉     No ◯

e.   Are you current on postpetition estimated tax payments?     Yes ◉     No ◯

f.   Were all trust fund taxes remitted on a current basis?     Yes ◉     No ◯

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ◯     No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?     Yes ◯     No ◯     N/A ◉

i.   Do you have:     Worker's compensation insurance?     Yes ◉     No ◯

         If yes, are your premiums current?     Yes ◉     No ◯     N/A ◯     (if no, see Instructions)

         Casualty/property insurance?     Yes ◯     No ◉

         If yes, are your premiums current?     Yes ◯     No ◯     N/A ◉     (if no, see Instructions)

         General liability insurance?     Yes ◉     No ◯

         If yes, are your premiums current?     Yes ◉     No ◯     N/A ◯     (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?     Yes ◯     No ◉

k.   Has a disclosure statement been filed with the court?     Yes ◯     No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◉     No ◯

Debtor's Name ENCOMPASS ENTERPRISES LLC                    Case No.  26-11403

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?    Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/  *Eugene Benton*                                         Eugene Benton
Signature of Responsible Party                              Printed Name of Responsible Party

Managing Member                                            05/08/2026
Title                                                       Date

Debtor's Name  ENCOMPASS ENTERPRISES LLC                              Case No.  26-11403



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name ENCOMPASS ENTERPRISES LLC                                    Case No.  26-11403



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name ENCOMPASS ENTERPRISES LLC                                    Case No.  26-11403



PageThree



PageFour

# A/R Aging Summary Report
## Encompass Enterprises, LLC
### As of Mar 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Carl Sciacchitano | | | | | | |
| EE1-Scacchitano-2023 | | | | | 31,650.00 | 31,650.00 |
| **Total for Carl Sciacchitano** | | | | | **31,650.00** | **$31,650.00** |
| Cornerstone Church C/o Jessica Doyle | | | | | | |
| EE1 - Cornerstone Presbyterian Church-2024 | | | 8,825.00 | | | 8,825.00 |
| **Total for Cornerstone Church C/o Jessica Doyle** | | | **8,825.00** | | | **$8,825.00** |
| Jay Furr | | | | | | |
| EE1 Furr Deck-2024 | | | 742.33 | | | 742.33 |
| **Total for Jay Furr** | | | **742.33** | | | **$742.33** |
| McLean, Stuart | | | | | | |
| EE1- McLean | | | 51,621.75 | | | 51,621.75 |
| **Total for McLean, Stuart** | | | **51,621.75** | | | **$51,621.75** |
| Ship's Point Mechanical | | | | | 23,300.00 | 23,300.00 |
| SLA | | | | | 0.00 | 0.00 |
| Stephan Sung | | | | | | |
| EE1 - Sung-2025 | | | 15,000.00 | | | 15,000.00 |
| **Total for Stephan Sung** | | | **15,000.00** | | | **$15,000.00** |
| **TOTAL** | | | **76,189.08** | | **54,950.00** | **$131,139.08** |

# Balance Sheet (Accrual Basis)
## Encompass Enterprises, LLC
### As of Mar 31, 2026

|  | Mar 2026 |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| Premier Operations (CLOSED) 6893 | 0.21 |
| Premier Operations (NEW) 5935 | 21,272.22 |
| Premier Payroll 1503 | 46.11 |
| 0196 Shore United 0196 | -625.30 |
| 202505361246 Mercury Ship's Point | 0.00 |
| 202508444950 Mercury Payroll Acct | 0.00 |
| 202572428902 Mercury Operations Account 8902 | 0.00 |
| 5343521847 PNC Payroll 1847 | 0.00 |
| 5343521855 PNC EE1 1855 | 0.00 |
| 5343521863 PNC EDA 1863 | 0.00 |
| 5344188257 PNC 8257 | 0.00 |
| 5543053013 PNC 3013 | 0.00 |
| 933229585 Shore United 9585 | 0.00 |
| 933230219 Shore United 0219 | 0.00 |
| 933261171 Shore United 1171 | 0.00 |
| PNC EE1 Checking 2919 | 0.00 |
| Shore Checking 9543 | 0.00 |
| Veridian | 5.00 |
| **Total for Bank Accounts** | **20,698.24** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 131,139.08 |
| **Total for Accounts Receivable** | **131,139.08** |
| Other Current Assets | |
| Due from IRS/MD | 1,823.02 |
| Due to Driftwood | 0.00 |
| Employee Advances | 4,079.73 |
| Inventory Asset | 150,000.00 |
| N/R Shareholder | 115,287.76 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total for Other Current Assets** | **271,190.51** |
| **Total for Current Assets** | **423,027.83** |
| Fixed Assets | |
| Accumulated Depreciation | -313,603.00 |
| Furniture and Equipment | 68,247.91 |

# Balance Sheet (Accrual Basis)
## Encompass Enterprises, LLC
### As of Mar 31, 2026

|  | Mar 2026 |
|---|---|
| Vehicles | 377,538.97 |
| **Total for Fixed Assets** | **132,183.88** |
| Other Assets | |
| Goodwill - Garage Business | 30,000.10 |
| Accumulated Amortization | -7,500.00 |
| **Total for Goodwill - Garage Business** | **22,500.10** |
| **Total for Other Assets** | **22,500.10** |
| **Total for Assets** | **577,711.81** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 450,714.43 |
| **Total for Accounts Payable** | **450,714.43** |
| Credit Cards | |
| 0000000 Mercury Credit Card | 0.00 |
| 81924212897391 Lowes Home Improvement 7391 | 0.00 |
| American Express | 10,150.43 |
| Best Buy Credit Card | 960.83 |
| CBTC EE1 Credit Card | 0.00 |
| Lowes Home Improvement 6694 | 0.00 |
| Lowes Home Improvement 9465 50k | 0.00 |
| PNC Credit Card 4999 | 14,565.94 |
| Southwest/Chase  Credit Card | 15,412.45 |
| **Total for Credit Cards** | **41,089.65** |
| Other Current Liabilities | |
| Payroll Liabilities | 0.00 |
| MD Unemployment Tax | 5,657.33 |
| Cash advance | -200.00 |
| Child Support | 3,618.43 |
| Child Support-Aaliyah | 0.04 |
| Child Support-Twins | -5.39 |
| Federal Taxes (941/944) | 232,688.46 |
| Federal Unemployment (940) | 1,916.04 |
| Maryland Income Tax | 0.00 |
| MD Income Tax | 112,748.63 |
| OverPayment on Paycheck | 1,104.80 |
| PA Income Tax | 0.00 |

# Balance Sheet (Accrual Basis)
## Encompass Enterprises, LLC
### As of Mar 31, 2026

|  | Mar 2026 |
|---|---:|
| PA Local Tax | 0.00 |
| Rent-Interest | 52.68 |
| Unauthorized charges on company bank card Joseph aware | 92.09 |
| **Total for Payroll Liabilities** | **357,673.11** |
| Customer Deposits | 409,834.60 |
| Direct Deposit Payable | 0.00 |
| Jason Baxley Prepaid Revenue | 20,000.00 |
| Maryland State | 243.60 |
| N/P Dawn Benton | 30,000.00 |
| N/P Joseph Hughes | 3,900.00 |
| N/P Payroll | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| Payroll Garnishments | -3,976.58 |
| Repayment |  |
| Cash Advance Repayment | 2,781.61 |
| Cash Advance Repayment 2 | 0.00 |
| Venmo pymt  11.03.25 | 0.00 |
| **Total for Repayment** | **2,781.61** |
| **Total for Other Current Liabilities** | **820,456.34** |
| **Total for Current Liabilities** | **1,312,260.42** |
| Long-term Liabilities |  |
| 07.31.24 Unique Funding Solutions LLC | 71,152.32 |
| Advantage+ Loan | 0.00 |
| Citizens One - Gene's Truck | 0.00 |
| N/P Ally Loan - 2014 Ram 1500 Truck | 11,757.74 |
| N/P Cinch Auto Finance 1242.73 | 44,002.07 |
| N/P Everest Business Funding 753.55/daily | 0.00 |
| N/P Fenix Capital Funding | 0.00 |
| N/P Forward Financing 5838.75/wk | 0.00 |
| N/P Fox #2 | 61,760.04 |
| N/P Fox Business Funding 6917.85 | 0.00 |
| N/P John Barony | 0.00 |
| N/P Panther Funding | 0.00 |
| N/P Parkview Advance | 9,247.33 |
| N/ P Peninsula Funding | 10,822.00 |
| N/P Quick Funding | 0.00 |
| N/P SBA EIDL | 148,200.00 |
| N/P Sheffield 447.29 | 0.00 |

# Balance Sheet (Accrual Basis)
## Encompass Enterprises, LLC
### As of Mar 31, 2026

|  | Mar 2026 |
|---|---:|
| N/P Specialty Capital | 30,275.00 |
| N/P Spring Funding | 0.00 |
| N/P Star Capital | 0.00 |
| PNC Small Business Loan | 0.00 |
| PNC Van Loan 8098 | 0.00 |
| Truist Truck Loan - 2018 Dodge PU | 12,015.88 |
| Veridian Loan | 976.87 |
| **Total for Long-term Liabilities** | **400,209.25** |
| **Total for Liabilities** | **1,712,469.67** |
| Equity | |
| Opening Balance Equity | -45,970.00 |
| Owner's Draw | -132,528.31 |
| Owner's Investment | 1,300.00 |
| Owner's Pay & Personal Expenses | 0.00 |
| Retained Earnings | -899,643.14 |
| Net Income | -57,916.41 |
| **Total for Equity** | **-1,134,757.86** |
| **Total for Liabilities and Equity** | **577,711.81** |

# Postpetition A/P Aging Summary Report
## Encompass Enterprises, LLC
### As of Mar 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | **$0.00** |

# Encompass Enterprises, LLC
## Profit and Loss (Cash Basis)
### March 2026

| | Total |
|---|---|
| Income | |
| Houzz Pro Products | 3,425.00 |
| Income - Encompass Enterprises, Inc. | 35,378.50 |
| **Total for Income** | **$38,803.50** |
| Cost of Goods Sold | |
| Cost of Goods Sold | |
| Job Materials | 3,060.00 |
| Labor | 6,236.79 |
| Permits, Licenses | 231.92 |
| **Total for Cost of Goods Sold** | **$9,528.71** |
| **Total for Cost of Goods Sold** | **$9,528.71** |
| **Gross Profit** | **$29,274.79** |
| Expenses | |
| Advertising & Marketing | -70.11 |
| Bank Charges & Fees | 22.87 |
| Car/Truck | |
| Fuel | 647.32 |
| **Total for Car/Truck** | **$647.32** |
| Office Expense | 0.00 |
| Office Supplies & Software | 1,205.36 |
| Payroll Expenses | 2,513.74 |
| Payroll Taxes | 3,575.94 |
| Utilities | 798.00 |
| **Total for Expenses** | **$8,693.12** |
| **Net Operating Income** | **$20,581.67** |
| **Net Other Income** | |
| **Net Income** | **$20,581.67** |

# Profit and Loss (Accrual Basis)
## Encompass Enterprises, LLC
### March 2026

|  | Total |
|---|---|
| **Income** |  |
| Income - Encompass Enterprises, Inc. | 18,778.50 |
| **Total for Income** | **$18,778.50** |
| Cost of Goods Sold |  |
| Cost of Goods Sold |  |
| Job Materials | 3,060.00 |
| Labor | 6,236.79 |
| Permits, Licenses | 231.92 |
| **Total for Cost of Goods Sold** | **$9,528.71** |
| **Total for Cost of Goods Sold** | **$9,528.71** |
| **Gross Profit** | **$9,249.79** |
| Expenses |  |
| Advertising & Marketing | -70.11 |
| Bank Charges & Fees | 22.87 |
| Car/Truck |  |
| Fuel | 647.32 |
| **Total for Car/Truck** | **$647.32** |
| Office Expense | 0.00 |
| Office Supplies & Software | 1,205.36 |
| Payroll Expenses | 2,513.74 |
| Taxes |  |
| MD Unemployment Tax | 0.00 |
| **Total for Taxes** | **$0.00** |
| **Total for Payroll Expenses** | **$2,513.74** |
| Payroll Taxes | 3,575.94 |
| Utilities | 798.00 |
| **Total for Expenses** | **$8,693.12** |
| **Net Operating Income** | **$556.67** |
| **Net Other Income** |  |
| **Net Income** | **$556.67** |

Encompass Enterprises LLC
RECONCILIATION SUMMARY

| Account | Type | Statement ending date | Reconciled on |
|---|---|---|---|
| Premier Operations (CLOSED) 6893 | Bank | 3/31/2026 | 5/7/2026 |
| Premier Payroll 1503 | Bank | 3/31/2026 | 5/7/2026 |

# PREMIERBANK
## EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

ENCOMPASS ENTERPRISES LLC
DEBTOR IN POSSESSION
CASE NO 26-11403
OPERATIONS ACCOUNT
12660 MILL CREEK DRIVE
LUSBY MD 20657

Statement Date: **03/31/2026**                    Account No.: **6893** Page: **1**

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,
and protect your personal information.  Our privacy policy
has not changed and you may review our policy and practices
with respect to your personal information at
www.premierbankne.com/privacy/
or we will mail you a free copy upon request if you call us
at 402-558-8000

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 6893 | | DIP | Deposit | .21 |

**Your Total Deposits = .21 And Your Total Loans = .00**

## DIP SUMMARY

Type : **REG    Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 02/27/26 | | 736.87 |
| Deposits | 1 | 400.00 + |
| Debits | | 0.00 |
| Automatic Withdrawals | 11 | 17,365.17 |
| Automatic Deposits | 11 | 21,193.75 + |
| Card Activity | 43 | 5,365.45 |
| Miscellaneous Credits | 4 | 400.00 + |
| Interest Added This Statement | | 0.21 + |
| Ending Balance On 03/31/26 | | 0.21 |
| Annual Percentage Yield Earned | 0.22 % | |
| Interest Paid This Year | 0.32 | |
| Average Balance (Ledger) | 1,072.37 + | |

Continued                3/1292/1

# PREMIERBANK

### EXPECT MORE

16802 Burke Street
Omaha, NE  68118
www.premierbankne.com
Direct inquiries to:   402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **03/31/2026**                                             Account No.:                **6893** Page:  **2**

> **Direct Inquiries About Electronic Entries To:**
> Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|------|------|-------:|------|------|-------:|------|------|-------:|
| 03/18/26 | Deposit | 400.00 | | | | | | |

| Date | Description | Amount |
|------|-------------|-------:|
| 03/02/26 | PROVISIONAL CREDIT | 70.11 |
| 03/02/26 | INCOMING WIRE DEBORAH HIGGINS | 16,600.00 |
| 03/09/26 | VSA RTN CES 533 PRINCE FREDER MD | 22.16 |
| 03/09/26 | MOBILE TRANSFER FROM CHK 1503 TO CHK 6893 5246878 | 450.00 |
| 03/10/26 | MOBILE TRANSFER FROM CHK 1503 TO CHK 6893 5730264 | 200.00 |
| 03/11/26 | INTERNET TRANSFER FROM CHK 1503 TO CHK 6893 3208528 | 50.00 |
| 03/11/26 | INTERNET TRANSFER FROM CHK 1503 TO CHK 6893 3844796 | 125.00 |
| 03/11/26 | VSA RTN WF PERIGOLD4367973955 8662638325 MA | 251.22 |
| 03/19/26 | INTUIT INC ACCTVERIFY | 0.10 |
| 03/19/26 | INTUIT INC ACCTVERIFY | 0.16 |
| 03/25/26 | RETURN CHECK OR ITEM NOT AUTHORIZED | 100.00 |
| 03/25/26 | RETURN CHECK OR ITEM NOT AUTHORIZED | 100.00 |
| 03/25/26 | RETURN CHECK OR ITEM NOT AUTHORIZED | 100.00 |
| 03/25/26 | RETURN CHECK OR ITEM NOT AUTHORIZED | 100.00 |
| 03/27/26 | INCOMING WIRE FROM CYNTHIA WINTON | 3,425.00 |
| 03/31/26 | INTEREST PAID | 0.21 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 03/02/26 | INCOMING WIRE TRANSFER FEE | 12.00 |
| 03/02/26 | INTERNET TRANSFER FROM CHK 6893 TO CHK 1503 2009072 | 13,000.00 |
| 03/03/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 106.53 |
| 03/03/26 | VSA PUR THOS SOMERVILLE CO HOLL UPPR MARLBORO MD | 110.33 |
| 03/03/26 | VSA PUR HOUZZ PRO PRO.HOUZZ.COM CA | 513.97 |
| 03/04/26 | VSA PUR CALVERT CO GOVT INSPECT 678-7315516 TN | 1.35 |
| 03/04/26 | VSA PUR CALVERT CO GOVT INSPECT 410-5351600 MD | 50.00 |
| 03/04/26 | VSA PUR FASTOP 54 LUSBY MD | 79.26 |
| 03/04/26 | VSA PUR WAWA 591 PRINCE FREDER MD | 86.00 |
| 03/04/26 | VSA PUR AMAZON MKTPL B97G92UQ0 AMZN.COM BILL WA | 110.75 |
| 03/04/26 | VSA PUR AMAZON MKTPL B91XS79A0 AMZN.COM BILL WA | 161.93 |
| 03/05/26 | VSA PUR FASTOP 54 LUSBY MD | 65.62 |
| 03/05/26 | VSA PUR CES 533 443-6847600 MD | 86.25 |
| 03/05/26 | VSA PUR AMAZON MKTPL BE5UT3XK1 AMZN.COM BILL WA | 112.26 |
| 03/05/26 | VSA PUR AMAZON MKTPL BE5825XY1 AMZN.COM BILL WA | 243.54 |
| 03/05/26 | VSA PUR CES 533 443-6847600 MD | 496.35 |

**Continued**        **3/1292/2**

# PREMIERBANK

## EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **03/31/2026**                              Account No.:        **6893** Page: **3**

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|------|-------------|-------:|
| 03/06/26 | VSA PUR FASTOP 54 LUSBY MD | 32.08 |
| 03/06/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 33.06 |
| 03/06/26 | VSA PUR AMAZON.COM BE3KA16F1 AMZN.COM BILL WA | 300.00 |
| 03/06/26 | VSA PUR INTUIT QBOOKS ONLINE CL.INTUIT.COM CA | 496.46 |
| 03/09/26 | MOBILE TRANSFER FROM CHK 6893 TO CHK 1503 9437032 | 250.00 |
| 03/09/26 | PUR WF PERIGOLD436797395-N01 BOSTON MA | 251.22 |
| 03/09/26 | VSA PUR 12LEGALTEMPLATES.NET LEGALTEMPLATE DE | 1.00 |
| 03/09/26 | VSA PUR CALVERT CO GOVT INSPECT 678-7315516 TN | 2.70 |
| 03/09/26 | VSA PUR ROCKETLAW 877-757-1550 WWW.ROCKETLAW CA | 5.00 |
| 03/09/26 | VSA PUR CES 533 443-6847600 MD | 11.08 |
| 03/09/26 | VSA PUR CALVERT CO GOVT INSPECT 410-5351600 MD | 100.00 |
| 03/09/26 | VSA PUR REXEL 3110 HUNTINGTOWN MD | 107.82 |
| 03/09/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 204.10 |
| 03/09/26 | VSA PUR AMAZON.COM BP8LA6SR2 AMZN.COM BILL WA | 300.00 |
| 03/10/26 | VSA PUR WAWA 591 PRINCE FREDER MD | 50.19 |
| 03/10/26 | VSA PUR CES 533 443-6847600 MD | 121.37 |
| 03/10/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 234.58 |
| 03/11/26 | VSA PUR FASTOP 54 LUSBY MD | 34.11 |
| 03/11/26 | VSA PUR EXXON LUSBY MARKET 109 LUSBY MD | 40.02 |
| 03/11/26 | VSA PUR FASTOP 54 LUSBY MD | 60.00 |
| 03/12/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 344.95 |
| 03/13/26 | VSA PUR GORILLANOD INVOICE 10 MY.GORILLANOD MD | 4.99 |
| 03/13/26 | VSA PUR WAWA 592 CALIFORNIA MD | 72.71 |
| 03/16/26 | VSA PUR GORILLANOD INVOICE 11 MY.GORILLANOD MD | 16.79 |
| 03/16/26 | VSA PUR ADOBE INC SAN JOSE CA | 26.48 |
| 03/16/26 | VSA PUR 12LEGALTEMPLATES.NET LEGALTEMPLATE DE | 49.95 |
| 03/16/26 | VSA PUR ROCKETLAW 877-757-1550 WWW.ROCKETLAW CA | 59.97 |
| 03/18/26 | INTUIT INC ACCTVERIFY | 0.26 |
| 03/23/26 | VSA PUR CALVERT COUNTY MD SOLID LUSBY MD | 77.87 |
| 03/24/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 72.81 |
| 03/24/26 | WALMART.COM PURCHASE | 100.00 |
| 03/24/26 | WALMART.COM PURCHASE | 100.00 |
| 03/24/26 | WALMART.COM PURCHASE | 100.00 |
| 03/24/26 | WALMART.COM PURCHASE | 100.00 |
| 03/25/26 | MOVED TO NEW CHECKING ACCOUNT.-INTERNET TRANSFER FROM CHK 6893 TO CHK 5935 6929114 | 277.91 |
| 03/26/26 | VSA PUR FASTOP 54 LUSBY MD | 30.00 |
| 03/27/26 | INCOMING WIRE TRANSFER FEE | 12.00 |
| 03/30/26 | TRANSFERED TO NEW ACCOUNT.-INTERNET TRANSFER FROM CHK 6893 TO CHK 5935 9094985 | 3,413.00 |

**Continued**        **3/1292/3**

# PREMIERBANK
## EXPECT MORE

16802 Burke Street
Omaha, NE  68118
www.premierbankne.com
Direct inquiries to:   402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **03/31/2026**                                  Account No.:                **6893** Page:   4

## OVERDRAFT FEE SUMMARY

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 02/27/26 was 736.87

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/02/26 | 4,394.98 | 03/11/26 | 634.43 | 03/24/26 | 92.09- |
| 03/03/26 | 3,664.15 | 03/12/26 | 289.48 | 03/25/26 | 30.00 |
| 03/04/26 | 3,174.86 | 03/13/26 | 211.78 | 03/26/26 | .00 |
| 03/05/26 | 2,170.84 | 03/16/26 | 58.59 | 03/27/26 | 3,413.00 |
| 03/06/26 | 1,309.24 | 03/18/26 | 458.33 | 03/30/26 | .00 |
| 03/09/26 | 548.48 | 03/19/26 | 458.59 | 03/31/26 | .21 |
| 03/10/26 | 342.34 | 03/23/26 | 380.72 |  |  |

**This Statement Cycle Reflects 32 Days**

**The Interest Earned And The Annual Percentage Yield Earned
Are Based On The Period 02/28/2026 Through 03/31/2026**

EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING
$5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS.
E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS
GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.

**Continued        3/1292/4**



ENCOMPASS ENTERPRISES LLC      Bank :      834
Account No. :          6893        Images :      1
Stmt. Date :       03/31/2026        Page :      5

## IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 3/17/2026 2:05:38 PMPT
Receipt Number: 607655516
Deposit Account Number:     6893
Total Transaction Amount: $400.00
Deposit Channel: Mobile

**AMT: 400.00  CHK:   DATE: 03/18/2026 SEQ: 40000020  STS: Deposit**

BACK IMAGE

**AMT: 400.00  CHK:   DATE: 03/18/2026 SEQ: 40000020  STS: Deposit**





End Statement     3/1292/5E



**PREMIERBANK**
EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

ENCOMPASS ENTERPRISES LLC
DEBTOR IN POSSESSION
CASE NO 26-11403
PAYROLL ACCOUNT
12660 MILL CREEK DRIVE
LUSBY MD 20657

Statement Date: **03/31/2026**                                      Account No.:        **1503** Page:   **1**

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,
and protect your personal information.  Our privacy policy
has not changed and you may review our policy and practices
with respect to your personal information at
www.premierbankne.com/privacy/
or we will mail you a free copy upon request if you call us
at 402-558-8000

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 22741503 | | DIP | Deposit | 46.11 |

> **Your Total Deposits = 46.11 And Your Total Loans = .00**

## DIP SUMMARY

Type :   REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 02/27/26 | | 0.00 |
| Debits | | 0.00 |
| Automatic Withdrawals | 7 | 13,204.00 |
| Automatic Deposits | 2 | 13,250.00+ |
| Interest Added This Statement | | 0.11+ |
| Ending Balance On 03/31/26 | | 46.11 |

**Annual Percentage Yield Earned** 0.22 %
**Interest Paid This Year** 0.11
**Average Balance (Ledger)** 572.93 +

> **Direct Inquiries About Electronic Entries To:**
> Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 03/02/26 | INTERNET TRANSFER FROM CHK 6893 TO CHK 1503 2009072 | 13,000.00 |
| 03/09/26 | MOBILE TRANSFER FROM CHK 6893 TO CHK 1503 9437032 | 250.00 |
| 03/31/26 | INTEREST PAID | 0.11 |

**Continued**        **3/1421/1**

# PREMIER BANK
## EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000



FINANCIAL SERVICES STATEMENT

Statement Date: **03/31/2026**                                      Account No.:          **1503** Page: **2**

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 03/03/26 | GUSTO FEE 212232 | 52.53 |
| 03/03/26 | GUSTO TAX 210378 | 3,575.94 |
| 03/03/26 | GUSTO NET 195744 | 8,750.53 |
| 03/09/26 | MOBILE TRANSFER FROM CHK 1503 TO CHK 6893 5246878 | 450.00 |
| 03/10/26 | MOBILE TRANSFER FROM CHK 1503 TO CHK 6893 5730264 | 200.00 |
| 03/11/26 | INTERNET TRANSFER FROM CHK 1503 TO CHK 6893 3208528 | 50.00 |
| 03/11/26 | INTERNET TRANSFER FROM CHK 1503 TO CHK 6893 3844796 | 125.00 |

## OVERDRAFT FEE SUMMARY

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 02/27/26 was .00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/02/26 | 13,000.00 | 03/09/26 | 421.00 | 03/11/26 | 46.00 |
| 03/03/26 | 621.00 | 03/10/26 | 221.00 | 03/31/26 | 46.11 |

This Statement Cycle Reflects 32 Days

The Interest Earned And The Annual Percentage Yield Earned
Are Based On The Period 02/28/2026 Through 03/31/2026

EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING
$5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS.
E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS
GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.

**End Statement      3/1421/2E**