Entered: May 14th, 2026
Signed: May 14th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **26–11403 – MCR**    Chapter: **11**

**Encompass Enterprises LLC**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing (Application to Employ Locove, Say & Co. as Certified Public Accountant to the Debtor in Possession [Dkt. No. 68]) filed by the Debtor in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:    Debtor
       Attorney for Debtor – Christopher L. Rogan
       Interested Party –
       Case Trustee – For Internal Use Only
       U.S. Trustee

**End of Order**