Ryan Shaffer
16200 Point Lookout Road
Lexington Park, Maryland 20653

*26-11403*

May 13, 2026

United States Bankruptcy Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

**RE: Notice of Potential Claim, Request for Preservation of Records, and Notice of Pending Complaints and Investigations**
Property Address: 14751 Eisenhower Way, Scotland, MD 20687

Loan Number: 9720077313
MIN: 100820997200773136
FHA Case No.: 244-2975383-703

**Potentially Involved Entities:**
• Encompass Enterprises LLC / Inc.
• Eugene "Gene" Benton
• Shellpoint Mortgage Servicing / NewRez
• Windsor-Mount Joy Mutual Insurance Company
• Lisa Perna

MHIC License No.: 117292
Business Address: 13325 Rousby Hall Road, Lusby, Maryland 20657

To Whom It May Concern:

This correspondence is intended as notice of potential claims, disputes, unresolved reconstruction fund issues, and requests for preservation of records relating to Encompass Enterprises LLC / Inc. and Eugene "Gene" Benton in connection with reconstruction activities associated with a complete residential fire loss involving my property located at 14751 Eisenhower Way, Scotland, Maryland 20687.

It is my understanding that Encompass Enterprises LLC / Inc. and/or Eugene "Gene" Benton may be involved in, associated with, or contemplating bankruptcy-related proceedings and that statements were allegedly made indicating the reconstruction dispute, contract obligations, or associated matters could potentially be "put into bankruptcy."

The residence was a complete loss following an August 2023 fire.

Substantial insurance proceeds associated with reconstruction and restoration of the property were reportedly disbursed through the mortgage servicing reconstruction process.

Specifically, approximately $87,322 in insurance proceeds associated with reconstruction activities were reportedly received by Encompass Enterprises LLC and/or Eugene "Gene" Benton in or around August 2024 following release of funds through the Shellpoint/NewRez reconstruction servicing process.

Despite receipt of substantial reconstruction-related funds: the residence has not been rebuilt, the structure has since been demolished and removed, no meaningful visible reconstruction work has been completed, and foreclosure proceedings are now pending. Additional concerns arose because: additional reconstruction funds were allegedly later requested in or around March 2026, the property remained unrestored, and no rebuilt residence existed despite substantial prior disbursements. At the time these additional funding requests were allegedly disclosed during recorded calls with Shellpoint/NewRez representatives, it was my understanding that the requested additional funds had not yet been disbursed.

Concerns also exist regarding: handling and disposition of insurance proceeds, contractor representations, reconstruction feasibility representations, possible inconsistent representations made to lenders, insurers, agencies, or regulators, and financial solvency concerns associated with Encompass Enterprises LLC and/or Eugene "Gene" Benton. Additional concerns also exist because Eugene "Gene" Benton allegedly: preferred in-person communications rather than written transparency regarding project issues, signed agreements in the capacity of builder and contractor, later allegedly characterized portions of the relationship as an "owner's representative" or consulting arrangement, and allegedly referenced bankruptcy-related treatment of the dispute or associated obligations. Additional concerns also exist regarding: property classification issues, HUD-related denial of assistance due to alleged reclassification of the property as vacant land, policy cancellation issues involving Windsor-Mount Joy Mutual Insurance Company, and representations involving FEMA-related reconstruction limitations and reuse of the foundation without blueprints. Simultaneously, formal complaints, requests for investigation, and demands for production of documents have been directed to or involve: Shellpoint Mortgage Servicing / NewRez, the Maryland Home Improvement Commission (MHIC), the Maryland Insurance Administration Fraud Division, the Maryland Attorney General Consumer Protection Division, St. Mary's County Land Use & Growth Management, Windsor-Mount Joy Mutual Insurance Company, and Encompass Enterprises LLC / Eugene "Gene" Benton directly. Formal written requests and complaints include requests for: complete reconstruction records, insurance proceeds records, disbursement records, permit records, inspection records, engineering reports, appraisal reports, communications, internal notes, policy records, escrow records, bankruptcy-related information, licensing information, complaint history, insurance records, contractor communications, and other reconstruction-related documentation associated with this matter. Accordingly, I respectfully request: preservation of all records, preservation of electronically stored information, preservation of communications, preservation of accounting records, preservation of insurance proceeds records, preservation of banking and disbursement information, preservation of reconstruction-related documentation, and preservation of any bankruptcy-related schedules, disclosures, or filings associated with Encompass Enterprises LLC / Inc. and/or Eugene "Gene" Benton relevant to this matter. I additionally request notification of: any applicable bankruptcy case number, relevant filing



information, deadlines applicable to creditors or claimants, and procedures required to preserve claims or participate in proceedings if such proceedings exist or are later initiated. Please provide responses and communications regarding this matter in writing whenever possible and mail all correspondence to the mailing address listed above.

Sincerely,

Ryan Shaffer

