**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re: | Case No. 26-11403-MCR |
| **ENCOMPASS ENTERPRISES, LLC** | Chapter 11 |
| Debtor. | |

**STATEMENT OF THE UNITED STATES TRUSTEE CONCERNING
APPOINTMENT OF A COMMITTEE OF UNSECURED CREDITORS**

TAKE NOTICE:  The Office of the United States Trustee files this statement of record to inform parties in interest and the Court that the United States Trustee has not appointed a committee of unsecured creditors under 11 U.S.C. § 1102.  The United States Trustee reserves all rights with respect to 11 U.S.C. § 1102, including, but not limited to, the decision to appoint a committee hereinafter, if deemed appropriate.

Date: May 27, 2026                Submitted by,

Matthew W. Cheney
Acting United States Trustee for Region 4
By Counsel

*By: /s/ Courtney L. Morgan*
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023
Fax: (301) 344-8431
Email: Courtney.l.morgan@usdoj.gov