Entered: July 15th, 2026
Signed: July 14th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

IN RE:                                              :
                                                    :
ENCOMPASS ENTERPRISES, LLC                          :   Case No. 26-11403 MCR
                                                    :   Chapter 11
                    Debtor   :

…………………………………………………………………………………………

                                                    :
TRUIST BANK                                         :
P.O. Box 1847                                       :
Wilson, NC 27894                                    :
                                                    :
                                                    :
                  Movant   :
                                                    :
    vs.                                             :
                                                    :
ENCOMPASS ENTERPRISES, LLC                          :
P.O. Box 357                                        :
Lusby, MD 20657                                     :
                                                    :
         Respondent   :

…………………………………………………………………………………………

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from the Automatic Stay filed by

Truist Bank, and the matters and facts stated therein, and the Respondent having filed its lack of

opposition thereto (Docket #64), and no other creditors or interested parties responding, it is by

the Court, hereby:

ORDERED, that the automatic stay of 11 U.S.C. Section 362(a), is lifted as to Movant retaining possession of, and proceeding to dispose of the subject property, to wit: one (1) 2018 Dodge Ram 1500, Vehicle Identification Number 1C6RR7FT9JS290128, pursuant to its remedies under the Agreement and applicable state law.

Copies to:

Richard D. London, Esquire
Richard D. London & Associates, P.C.
2441 Linden Lane
Silver Spring, Maryland 20910
Attorney for Movant

Encompass Enterprises, LLC
P.O. Box 357
Lusby, MD 20657
Respondent

Steven R. Fox
The Fox Law Corporation, Inc.
17835 Ventura Blvd, Ste 306
Encino, CA 91316
Attorney for Respondent

Christopher L. Rogan
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176
Attorney for Respondent

Courtney L. Morgan
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Attorney for US Trustee

Further Copies to:

Alexander Hernandez
9646 Grant Ave
Manassas, VA 20110-5608

Amarr Garage Doors
7071 Dorsey Run Road
Jessup, MD 20794

Arndt Construction
11410 Rawhide Road
Lusby, MD 20657

CBTC-Shore United
3035 Leonardtown
Waldorf, MD 20601

Cindy Schribner
P.O. Box 1256
Lusby, MD 20657

COA Barrett
100 Jibsail Drive, Suite 103
Prince Frederick, MD 20678

Dean Home Supply & Service Co.
P.O. Box 100
B, MD 20635

Jaan Lumi & Carol Drury
14277 Calvert Street
Solomons, MD 20688

JPMC
C/O National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Judith & David Pedersen
14855 Patuxent Avenue
Solomon, MD 20688

Overhead Door Company
151 Schooner Lane #27
Prince Frederick, MD 20678

PenFed Realty, LLC
2930 Eisenhower Ave. 4th Floor
Alexandria, VA 22314

Ship's Point Business Park, LLC
17 Battery Place, Suite 700
New York, NY 10004

Shore United Bank, NA
18 E. Dover Street
Easton, MD 21601

Steven & Megan Giannuzzi
C/O Baldwin Briscoe, PC
22335 Exploration Drive, Ste 2030
Lexington Park, MD 20653

Synchrony Bank
170 W. Election Road, Ste 125
Draper, UT 84020

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Wayne Dalton Sales Center
8306 Patuxent Range Rd., Ste 101
Jessup, MD 20794

Zachary Stachelczyk
26272 Bugbee Lane
Hollywood, MD 20636

Office of the Comptroller Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202

**END OF ORDER**