United States Bankruptcy Court

District of Maryland

In re:

Encompass Enterprises LLC

     Debtor

Case No. 26-11403-MCR

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0            User: admin            Page 1 of 6

Date Rcvd: Jul 15, 2026          Form ID: pdfall          Total Noticed: 147

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Encompass Enterprises LLC, PO Box 357, Lusby, MD 20657-0357 |
| aty | + | Jacob VanAusdall, 4900 Centennial Ave, #300, Nashville, TN 37209-1105 |
| aty | #+ | Steven R. Fox, The Fox Law Corporation, Inc, 17835 Ventura Blvd, Ste 306, Encino, CA 91316-3664 |
| aty | + | Truist Bank, Richard D London, 2441 Linden Lane, Silver Spring, MD 20910-1230 |
| cr | + | Katy Lyons, c/o Law Office of Paul J Dougherty III, 1910 Towne Centre Blvd., Suite 250, Annapolis, MD 21401-3599 |
| cr | + | Miles & Janet Lamb, 22 Cramer Dr, Chester, NJ 07930, UNITED STATES 07930-2717 |
| cr | + | Ryan Shaffer, 16200 Point Lookout Road, Lexington Park, MD 20653-3661 |
| intp | + | Unique Funding Solutions LLC, c/o KAMINSKI LAW, PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 33162315 | + | A to Z Contracting, Inc., 1612 Professional Blvd Ste E, Crofton, MD 21114-2049 |
| 33162317 | + | AD Pro LLC, 11550 Deadwood Dr, Lusby, MD 20657-3737 |
| 33162316 | + | Ace 2023 and beyond, 11861 HG Trueman Rd, Lusby, MD 20657-2870 |
| 33162318 | + | Alexander Hernandez/Alexys Painter and More LLC, 9646 Grant Ave, Manassas, VA 20110-5608 |
| 33162321 | | Amarr Garage Doors, 7071 Dorsey Run Rd, Jessup, MD 20794 |
| 33267344 | + | Andrew Zacher and Michael Woods, 3410 Abelia Rd., Port Republic, MD 20676, 3410 Abelia Rd., Port Republic, MD 20676-2622 |
| 33162323 | + | Arndt Construction, 11410 Rawhide Rd, Lusby, Md 20657-3164 |
| 33162325 | + | Atlantic States Insurance Co, 1195 River Road, Marietta, PA 17547-1628 |
| 33222528 | + | Atlantic States Insurance Company, a Subsidiary of, Donegal Insurance Group, 1195 River Road, Marietta, PA 17547-1638 |
| 33162326 | + | Baltimore Sales Center, 8350 Bristol Ct, Jessup, MD 20794-9756 |
| 33162329 | + | Blue Heron (Regan Mullins), 14614 HG Truman Rd, Solomon, Md 20688-3202 |
| 33162330 | | Brighthouse Financial, Po Box 4265, Clinton, IA 52733-4265 |
| 33162332 | + | Builders First Source, 4011 Rock Hall Rd, Point of Rocks, MD 21777-2046 |
| 33162333 | + | Burch Oil, 24660 Three Notch Rd, Hollywood, MD 20636-2981 |
| 33162334 | + | Butch Whittion, 524 Varnum Street Northwest, Washington, DC 20011-4650 |
| 33162335 | + | C.L. Grimes Excavating., 11459 Stirrup Lane, Lusby, MD 20657-5544 |
| 33162338 | + | CBTC-Shore United, 3035 Leonardtown, Waldorf, MD 20601-3112 |
| 33162345 | + | COA Barrett, 100 Jibsail Drive Suite 103, Prince Frederick, Md 20678-3430 |
| 33162336 | + | Cadex Solutions, One Huntington Quadrangle, Suite 4N15, Melville, NY 11747-4400 |
| 33162337 | + | Calvert County Treasurer, Attn: Ms. Amanda Dolina, 175 Main St, Prince Frederick, MD 20678-3337 |
| 33162339 | + | Century Relief, LLC, 30 Montgomery St, Jersey City, NJ 07302-3829 |
| 33162341 | | Christine Baker, 344 Gray Dr, Lusby, MD 20657-4105 |
| 33199250 | + | Christine Blinn, 45910 Harbor Lane, Lexington Park, MD 20653-3352 |
| 33199254 | + | Christine Blinn, c/o Harris & Captristo, 23093 Three Notch Rd, California, MD 20619-2409 |
| 33229438 | + | Christine E. Blinn, 45910 Harbor Lane, 45910 Harbor Lane, Lexington Park, MD 20653-3352 |
| 33162343 | | Cinch, PO Box 28149, Miami, FL 33102-8149 |
| 33162342 | + | Cinch, 10400 Old Alabama Connector Rd, Ste 100, Alpharetta, GA 30022-8225 |
| 33162344 | + | Cindy Schribner, PO Box 1256, Lusby, MD 20657-1256 |
| 33199251 | + | Craig Matzdorf, 24664 Half Pone Point Rd, Hollywood, MD 20636-2951 |
| 33162350 | + | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162358 | + | Dean Home Suppy & Service Co, 24425 Three Notch Rd, PO Box 100, Hollywood, Md 20636-0100 |
| 33162359 | + | Erie Insurance, 2301 W 22nd St Suite 301, Oak Brook, Il 60523-1220 |
| 33162360 | + | Ethan Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |

| District/off: 0416-0 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdfall | Total Noticed: 147 |

33162362 + Fixed Right & Guaranteed Super Techs LLC, 1955 Dale Lane, Owings, MD 20736-4323
33162364 + G&S Electrical Services Inc., 2055 Solomons Island Rd Unit 100, Huntington, MD 20639-8728
33162365 + Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740
33162373 + Harris & Captristo, 23093 Three Notch Rd, California, MD 20619-2409
33162374 + Home Diagnostics Inc, 38458 Green Gables Ct, Mechanicsville, MD 20659-7213
33162375   Home Services Restoration LLC, 24460 Chancellor's Run Rd, Great Mills, MD 20634
33162382 + Jaan Lumi and Carol Drury, 14325 Calvert St, PO BOX 350, Solomons, MD 20688-0350
33162383 + Jacquelyn V Meiser PC, 23127 Three Notch Rd Ste 204, California, MD 20619-2405
33287860 + Jacquelyn V. Meiser, 23127 Three Notch Road, Suite 204, California, MD 20619-2405
33199252 + Janet & Miles Lamb, 22 Cramer Drive, Chester, NJ 07930-2717
33225299 + Janet and Miles Lamb, C/O Law Office of Jeffrey Scholnick, 9515 Deereco Road, Suite 407, Timonium, MD 21093-2152
33162384   Jared Lemon, 8831 Lafayette Dr, Owings, MD 20736-9509
33290021 + Jennifer Arnett, 1910 Towne Centre Boulevard, Suite 250, Annapolis, Maryland 21401-3599
33315910 + Jennifer Arnett, c/o Paul J. Dougherty, III, 1910 Towne Centre Blvd., Suite 250, Annapolis, Maryland 21401-3599
33162387 + Judith & David Pedersen, 12668 Mill Creek Drive, Lusby, MD 20657-2740
33265325 + Judith and David Pedersen, 12668 Mill Creek Drive, Lusby MD 20657, Lusby, MD 20657-2740
33162388 + Laura-Lynn Echard, 1168 Coster Rd, Lusby, MD 20657-2958
33162389 + Law Offices of Mudd & Fitz, c/o G&S Electrical Services Inc., 116 La Grange Ave, La Plata, MD 20646-0197
33162390 + Lexington Recovery, 222 West 37th St 8th Flr, New York, NY 10018-9030
33162391 #+ Lieberman Klestzick LLP, Joshua Kesselman, Esq., 1855 Griff Rd DCTOA-Ste A-350, Dania, FL 33004-2210
33162392 + Linos Construction, Inc., PO Box 61, Bladensburg, MD 20710-0061
33162393   Lisa Perna, 24421 Broad Creek Dr, Hollywood, MD 20636-2179
33162394 + Maryland Dept of Labor, Legal Services and Collection, 100 South Charles St 3rd Flr, Baltimore, MD 21201-2709
33162395 + Maryland Dept of Labor, Division of Unemployment Insurance, Legal Services & Collections, 100 S. Charles St Tower 1 Ste 3100, Baltimore, MD 21201-2725
33162397 + Maurice Wutscher LLP, Attn: Stephen H. Sherman, Esq., 20 F Street NW 7th Flr, Washington, DC 20001-6700
33162398 + Mercury Bank, 333 Bush St, San Francisco, CA 94104-2868
33199253 + Michael Woods & Andrew Zacher, 3410 Abelia Rd, Port Republic, MD 20676-2622
33162399 + Michelle Kidwell, 2310 Sollers Wharf Rd, Lusby 20657-3023
33162401 + Miller Fire Protection, LLC, 12807 Brandywine Rd, Brandywine, Md 20613-5615
33162403 + Overhead Door Company, 151 Schooner Lane #27, Prince Frederick, Md 20678-3459
33162404 + Paramount Placement LLC, 6 Taunton Ave Unit 193, Norton, MA 02766-7010
33162407 + Parkview Advance, 600 Summer St, Stamford, CT 06901-4404
33162408 + PenFed Realty LLC, 2930 Eisenhower Ave 4th Flr, Alexandria, Va 22314-4557
33284743 + PenFed Realty, LLC, 2930 Eisenhower Ave., 4th Floor, Alexandria. VA 22314-4557
33162409 + Peninsula Funding Group LLC, 103 Chester Ave, Brooklyn, NY 11218-3005
33162411   Priddy Roofing, 210 Merrimac Ct, Prince Frederick, Md 20678
33206392 + Priddy Roofing and Exteriors, c/o Richard M. McGill, Esquire, PO Box 358, Upper Marlboro, MD 20773-0358
33162417 + RJA Electrical Service, 3100 Carroll Rd, Huntingtown, MD 20639-9549
33162418 + RJA Electrical Service, c/o Baylinson, Kudysh, Greenberg & Helt, 303 S Main St Lower Level, Mount Airy, MD 21771-5394
33162412 + Ralph Almaraz, 3100 Carroll Rd, Huntingtown, MD 20639-9549
33162414 + Receivables Control Corporation, 7373 Kirkwood Ct Ste 200, Osseo, MN 55369-5264
33162415 + Richard M. Kind Esq., Kind & Dashoff LLC, One Church Lane, Pikesville, MD 21208-3709
33222527 + Richard M. Kind, Esquire, Kind & Dashoff, LLC, One Church Lane, Baltimore, MD 21208-3709
33162416 + Rise Alliance, 22 W 38th St 2nd Flr, New York, NY 10018-6353
33265815 + Ryan Shaffer, 16200 Point Lookout Road, Lexington Park, Maryland 20653-3661
33162419 + Sasscer Clagett & Bucher, Attn: Mark T. Foley, Esq., 5407 Water St Ste 101, Upper Marlboro, MD 20772-3048
33162420 + Sheryl Tayloe, 12848 Bay Dr, Lusby, Md 20657-3267
33162421 + Ship's Point Business Park LLC, 17 Battery Place Suite 700, New York, NY 10004-1125
33182531 + Shore United Bank, 3035 Leonardtown Road, Waldorf, MD 20601-3112
33162422 + Shore United Bank NA, 18 E Dover St, Easton, MD 21601-3013
33162423 + Specialty Capital LLC, c/o Allstate Corp Services, Agent, 99 Washington Ave Ste 1008, Albany, NY 12210-2822
33162424 + Star Capital Group, LP, Attn: CEO, President, Officer, 801 Cassatt Rd Ste 200, Berwyn, PA 19312-1179
33162425 + Steven & Megan Giannuzzi, c/o Baldwin Briscoe P.C., 22335 Exploration Drive Ste 2030, Lexington Park, MD 20653-2019
33162429 + Tim Mauck, 12215 Rousby Hall Rd, Lusby, MD 20657-2789
33315909 + Todd Lyons, c/o Paul J. Dougherty, III, 1910 Towne Centre Blvd., Suite 250, Annapolis, Maryland 21401-3599
33162430 #+ Trevor A. Kiessling, Jr. Esq., 8482 Fort Smallwood Rd Ste A, Pasadena, MD 21122-2761
33162432 + Truist Financial Corp, Attn: CEO, President, Officer, 600 Brickell Ave, Miami, FL 33131-3067
33162435 + US Small Business Administration, 100 S. Charles St. Ste 1201, Baltimore, MD 21201-2714
33162434   US Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203
33162433 + Unique Funding Solutions, Attn: CEO, President, Officer, 1915 Hollywood Blvd Suite 200A, Hollywood, FL 33020-4547
33164463 + Unique Funding Solutions LLC, Shanna M. Kaminski, KAMINSKI LAW, PLLC, P.O. Box 247, Grass Lake, MI 49240-0247
33162439   Vonage Business, Inc., PO Box 23887, New York, NY 10087-3887

District/off: 0416-0                                  User: admin                                     Page 3 of 6
Date Rcvd: Jul 15, 2026                               Form ID: pdfall                                 Total Noticed: 147

| | | |
|---|---|---|
| 33162441 | + | Walmart, c/o Complete Pymt Recov Srvcs Inc., 347 Riverside Ave, Jacksonville, FL 32202-4909 |
| 33162442 | + | Wayne Carroll, 13320 Rousby Hall Rd, Lusby, Md 20657-2771 |
| 33162443 | + | Wayne Dalton Sales Center, 8306 Patuxent Range Road St 101, Jessup, Md 20794-8609 |
| 33240707 | + | Zachary J. Stachelczyk, 26272 Bugbee Lane, Hollywood, MD 20636-2406 |
| 33162444 | + | Zachary Stachelczyk, 26272 Bugbee Ln, Hollywood, MD 20636-2406 |
| 33290020 | + | c/o Paul J. Dougherty III, 1910 Towne Centre Blvd., Ste. 250, Annapolis, Maryland 21401-3599 |

TOTAL: 109

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Jul 15 2026 19:46:35 | Fox Funding Group LLC, c/o KAMINSKI LAW, PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Jul 15 2026 19:47:00 | Specialty Capital, LLC, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 33162324 | + | Email/Text: g17768@att.com | Jul 15 2026 19:46:00 | AT&T, PO Box 5019, Carol Stream, IL 60197-5019 |
| 33162319 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2026 19:46:00 | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 33162320 | | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2026 19:46:00 | Ally Bank, PO Box 380903, Minneapolis, MN 55438-0903 |
| 33195209 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 19:53:27 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 33162322 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 19:53:27 | American Express, Attn: CEO, President, Officer, 200 Vesey St, New York, NY 10285-3106 |
| 33184402 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 19:53:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 33165353 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 19:53:21 | Attn: Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 33162327 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 15 2026 19:47:00 | Barclay Credit Card Services, PO Box 8801, Wilmington, DE 19899-8801 |
| 33162328 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 19:53:30 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 33162348 | | Email/Text: correspondence@credit-control.com | Jul 15 2026 19:47:00 | Credit Control, LLC, 3300 Rider Trail S, Ste 500, Earth City, MO 63045 |
| 33234477 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 15 2026 19:46:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 33162340 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2026 19:53:12 | Chase Card Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 33162346 | + | Email/Text: nantonio@cohnanddussi.com | Jul 15 2026 19:47:00 | Cohn & Dussi, LLC, 255 State St Ste 7B, Boston, MA 02109-2613 |
| 33162347 | ^ | MEBN | Jul 15 2026 19:46:30 | Comcast XFinity, c/o IC System Inc, 444 Hwy 96 E PO Box 64378, Saint Paul, MN 55164-0378 |
| 33162349 | + | Email/Text: bk@dfogelpc.com | Jul 15 2026 19:47:00 | David Fogel, Esq., 1225 Franklin Ave Ste 201, Garden City, NY 11530-1890 |
| 33162361 | ^ | MEBN | Jul 15 2026 19:46:18 | First Corporate Solutions, c/o Secured Party UCC1-462100, 914 S Street, Sacramento, CA 95811-7025 |
| 33164462 | ^ | MEBN | Jul 15 2026 19:46:35 | Fox Funding Group LLC, c/o Shanna M. |

| District/off: 0416-0 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdfall | Total Noticed: 147 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Kaminski, KAMINSKI LAW, PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 33162363 | + Email/Text: julie@foxbusinessfunding.com | Jul 15 2026 19:47:00 | Fox Funding Group LLC, Attn: CEO, President, Officer, 803 21st Ave, Hollywood, Fl 33020-6962 |
| 33162376 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 15 2026 19:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33162385 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 15 2026 19:46:00 | JPMC, c/o National Bankruptcy Services, LLC, PO Box 9013, Addison, TX 75001-9013 |
| 33201090 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 15 2026 19:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 33162396 | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 15 2026 19:48:00 | Maryland Dept of Labor, Office of Unemployment Insurance, PO Box 17291, Baltimore, MD 21297-0365 |
| 33162400 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 19:47:00 | Midland Credit Management Inc., 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 33162402 | + Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 15 2026 19:46:00 | Office of the Comptroller Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202-1626 |
| 33280910 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2026 19:46:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, Cleveland, OH 44101 |
| 33162410 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2026 19:46:00 | PNC Bank, National Association, Attn: CEO, President, Officer, 222 Delaware Ave, Wilmington, DE 19801 |
| 33162427 | Email/Text: elizabeth.montgomery@sunbeltrentals.com | Jul 15 2026 19:47:00 | SunBelt Rentals, Inc., 2341 Deerfield Dr, Fort Mill, SC 29715 |
| 33165246 | + Email/Text: ahochheiser@mauricewutscher.com | Jul 15 2026 19:47:00 | Specialty Capital, LLC, c/o Alan C. Hochheiser, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 33162426 | Email/Text: Bankruptcy@SunbeltRentals.com | Jul 15 2026 19:47:00 | SunBelt Rentals, PO Box 409211, Atlanta, Ga 30384-9211 |
| 33162428 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 19:53:13 | Synchrony Bank, 170 W Election Rd Ste 125, Draper, UT 84020-6425 |
| 33162431 | Email/Text: legal@tritonrecoveryllc.com | Jul 15 2026 19:47:00 | Triton Recovery Group LLC, c/o Erica R. Gilerman, Esq., 3111 N University Dr Ste 702, Pompano Beach, FL 33065 |
| 33188238 | + Email/Text: bankruptcy@bbandt.com | Jul 15 2026 19:47:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 33302015 | + Email/Text: bankruptcynotices@sba.gov | Jul 15 2026 19:46:00 | US Small Business Administration, 409 3rd Street, SW 2nd Floor, 721 19th Street, Washington, DC 20416-0001 |
| 33162438 | Email/Text: bankruptcy@veridiancu.org | Jul 15 2026 19:47:00 | Veridian Credit Union, PO Box 6000, Waterloo, IA 50704-6000 |
| 33162437 | + Email/Text: bankruptcy@veridiancu.org | Jul 15 2026 19:47:00 | Veridian Credit Union, Attn: CEO, President, Officer, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 33162440 | Email/Text: tuscolsup@fisglobal.com | Jul 15 2026 19:47:00 | Walmart, c/o Complete Pymt Recov Srvcs, Inc., PO Box 30184, Tampa, FL 33630-3184 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0416-0                       User: admin                                          Page 5 of 6
Date Rcvd: Jul 15, 2026                    Form ID: pdfall                                Total Noticed: 147

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | | Christine Blinn |
| cr | | Judy Pedersen |
| 33162436 | | Various |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 33162331 | * | Brighthouse Financial, Po Box 4265, Clinton, IA 52733-4265 |
| 33162351 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162352 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162353 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162354 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162355 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162356 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162357 | *+ | Dawn Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162366 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162367 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162368 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162369 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162370 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162371 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162372 | *+ | Gene Benton, 12660 Mill Creek Dr, Lusby, MD 20657-2740 |
| 33162377 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33162378 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33162379 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33162380 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33162381 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33162386 | *+ | JPMC, c/o National Bankruptcy Services, LLC, PO Box 9013, Addison, TX 75001-9013 |
| 33162405 | *+ | Paramount Placement LLC, 6 Taunton Ave Unit 193, Norton, MA 02766-7010 |
| 33162413 | *+ | Ralph Almaraz, 3100 Carroll Rd, Huntingtown, MD 20639-9549 |
| 33162406 | ##+ | Parkview Advance, Attn: CEO, President, Officer, 400 Main St, Stamford, CT 06901-3000 |

TOTAL: 4 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Christopher L. Rogan | crogan@rmzlawfirm.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Jeffrey R. Scholnick | jscholnick@scholnicklaw.com  ccasado@scholnicklaw.com,scholnick.jeffreyb107952@notify.bestcase.com |

District/off: 0416-0                      User: admin                                Page 6 of 6
Date Rcvd: Jul 15, 2026                   Form ID: pdfall                            Total Noticed: 147

Paul J. Dougherty
                          pdougherty@dlstrategies.com

Richard D. London
                          rlondonassoc@aol.com

Shanna Kaminski
                          skaminski@kaminskilawpllc.com

US Trustee - Greenbelt
                          USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 8

Entered: July 15th, 2026
Signed: July 14th, 2026
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| IN RE: | : |
| | : |
| ENCOMPASS ENTERPRISES, LLC | : Case No. 26-11403 MCR |
| | : Chapter 11 |
| Debtor | : |

..................................................................................................................

| | |
|---|---|
| | : |
| TRUIST BANK | : |
| P.O. Box 1847 | : |
| Wilson, NC 27894 | : |
| | : |
| | : |
| | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| ENCOMPASS ENTERPRISES, LLC | : |
| P.O. Box 357 | : |
| Lusby, MD 20657 | : |
| | : |
| Respondent | : |

..................................................................................................................

<u>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**</u>

UPON CONSIDERATION of the Motion for Relief from the Automatic Stay filed by

Truist Bank, and the matters and facts stated therein, and the Respondent having filed its lack of

opposition thereto (Docket #64), and no other creditors or interested parties responding, it is by

the Court, hereby:

ORDERED, that the automatic stay of 11 U.S.C. Section 362(a), is lifted as to Movant retaining possession of, and proceeding to dispose of the subject property, to wit: one (1) 2018 Dodge Ram 1500, Vehicle Identification Number 1C6RR7FT9JS290128, pursuant to its remedies under the Agreement and applicable state law.

Copies to:

Richard D. London, Esquire
Richard D. London & Associates, P.C.
2441 Linden Lane
Silver Spring, Maryland 20910
Attorney for Movant

Encompass Enterprises, LLC
P.O. Box 357
Lusby, MD 20657
Respondent

Steven R. Fox
The Fox Law Corporation, Inc.
17835 Ventura Blvd, Ste 306
Encino, CA 91316
Attorney for Respondent

Christopher L. Rogan
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176
Attorney for Respondent

Courtney L. Morgan
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Attorney for US Trustee

Further Copies to:

Alexander Hernandez
9646 Grant Ave
Manassas, VA 20110-5608

Amarr Garage Doors
7071 Dorsey Run Road
Jessup, MD 20794

Arndt Construction
11410 Rawhide Road
Lusby, MD 20657

CBTC-Shore United
3035 Leonardtown
Waldorf, MD 20601

Cindy Schribner
P.O. Box 1256
Lusby, MD 20657

COA Barrett
100 Jibsail Drive, Suite 103
Prince Frederick, MD 20678

Dean Home Supply & Service Co.
P.O. Box 100
B, MD 20635

Jaan Lumi & Carol Drury
14277 Calvert Street
Solomons, MD 20688

JPMC
C/O National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Judith & David Pedersen
14855 Patuxent Avenue
Solomon, MD 20688

Overhead Door Company
151 Schooner Lane #27
Prince Frederick, MD 20678

PenFed Realty, LLC
2930 Eisenhower Ave. 4th Floor
Alexandria, VA 22314

Ship's Point Business Park, LLC
17 Battery Place, Suite 700
New York, NY 10004

Shore United Bank, NA
18 E. Dover Street
Easton, MD 21601

Steven & Megan Giannuzzi
C/O Baldwin Briscoe, PC
22335 Exploration Drive, Ste 2030
Lexington Park, MD 20653

Synchrony Bank
170 W. Election Road, Ste 125
Draper, UT 84020

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Wayne Dalton Sales Center
8306 Patuxent Range Rd., Ste 101
Jessup, MD 20794

Zachary Stachelczyk
26272 Bugbee Lane
Hollywood, MD 20636

Office of the Comptroller Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202

**END OF ORDER**