**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **ENCOMPASS ENTERPRISES LLC** ) | **Case No. 26 – 11403** |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| ) | |

**STATUS CONFERENCE REPORT**

This Report is offered to assist the Court at the Status Conference set for August 18, 2026.

1.       Preliminary outline of the plan to be filed by the Debtor.

The Debtor is a construction company located in Lusby, Maryland.  Its principal is Eugene Benton.  The Debtor began the bankruptcy case in severe financial distress.  The Debtor has used the time in chapter 11 to work on its expenses, to attempt to smooth out its cash flow, to complete existing contracts and to pick up more lucrative contracts and to operate with better business controls.

The Debtor has largely done this and it appears that it is exiting the difficult financial situation it found itself in.

The Debtor anticipates filing a reorganizing plan.  Attached is the draft projection which is subject to change as the Debtor looks to refine numbers.  The IRS filed a claim which included a priority element.  The IRS also recorded a lien which has assumed first position ahead of the hard money lenders, Fox Funding and Unique.  These two entities are unsecured in that the amount off the IRS' priority/secured claim exceeds the fair market value of the Debtor's assets.  Given the IRS' superior position, these two creditors are treated as general unsecured creditors.  The projection notes to other secured classes for entities secured by liens on vehicles.

The Debtor believes that its plan will provide for a dividend to unsecured creditors.

2.       Establishment of a date for the filing by the Debtor of a disclosure statement and plan.

The Debtor should be able to file a plan by October 3, 2026.

3.       Scheduling litigation that may be necessary to facilitate the processing of this case.

No litigation is anticipated that would facilitate the processing of this case.

4.      Setting a budget for compensation to be paid to counsel for the Debtor and any committee and any other professionals retained under an order of court.

Both counsel for the Debtor intend to file applications for interim compensation in the near future.  The Debtor's chapter 11 counsel, The Fox Law Corporation ("TFLC"), and local/co-counsel, RoganMillerZimmerman, PLLC ("RMZ"), have incurred fees and expenses of approximately $27,656.70 (as of July 31, 2026) and $26,976.00, respectively.  Against these amounts TFLC is holding a retainer of $35,878.05 and RMZ is holding a retainer of $9.072.00. By the Status Conference hearing date, counsel will endeavor to provide a budget for legal fees and costs through plan confirmation.

5.      Conversion of this case to a case under another chapter.

The Debtor's severe financial issues appear to be in the rear view mirror.  The Debtor has begun the process to hire a second management level person to oversee projects and to allow Mr. Benton more time to focus on administrative functions.

The Court's Order and this Status Report are being served on the United States Trustee, all secured creditors or their counsel of record, and the ten largest unsecured creditors or their counsel of record, as directed by the Court in its *Order Setting Status Conference* (Docket No. 98) .

Dated: August 4, 2026                    Respectfully submitted,

/s/ Steven R. Fox
Steven R. Fox, Esq, *pro hac vice*
(Calif. Bar No. 138808)
The Fox Law Corporation, Inc.
15455 San Fernando Mission Blvd., Suite 400
Mission Hills, CA 91345
PH: (818) 774-3545
srfox@foxlaw.com
*Counsel to Debtor*

/s/ Christopher L. Rogan
Christopher L. Rogan, Esq. (MD Bar 08365)
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Ste 300
Leesburg, Virgina 20176
PH: 703-777-8850
crogan@rmzlawfirm.com
*Local Counsel to Debtor*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing *Status Conference Report* and *Order Setting Status Conference* (Docket No. 98) was served upon the parties listed in the attached mailing list on this 4th day of August, 2026 via First Class Mail, postage prepaid.

/s/ Steven R. Fox
Steven R. Fox