| | Year 1 Month 1 | Year 1 Month 2 | Year 1 Month 3 | Year 1 Month 4 | Year 1 Month 5 | Year 1 Month 6 |
|---|---|---|---|---|---|---|
| Cash Receipts - Revenue | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 |
| COGS | 67,850 | 67,850 | 67,850 | 67,850 | 67,850 | 67,850 |
| Gross Profit | 47,150 | 47,150 | 47,150 | 47,150 | 47,150 | 47,150 |
| | | | | | | |
| Operating Expenses | | | | | | |
| Admin/Office/License&fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Advertising /Marketing | 500 | 500 | 500 | 500 | 500 | 500 |
| Auto Expense | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 |
| Bookkeeping | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Computer/IT/software | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Insurance | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Legal fees | 500 | 500 | 500 | 500 | 500 | 500 |
| Payroll-admin, PR Tax + fees | 18,200 | 18,200 | 18,200 | 18,200 | 18,200 | 18,200 |
| Rent /Prop tax | 1,034 | 1,034 | 1,034 | 1,034 | 1,034 | 1,034 |
| Repairs & Maint | 500 | 500 | 500 | 500 | 500 | 500 |
| Supplies | 350 | 350 | 350 | 350 | 350 | 350 |
| Telephone and Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| US Trustee | 1,207 | | | 1,469 | | |
| Total Expenses | 33,941 | 32,734 | 32,734 | 34,203 | 32,734 | 32,734 |
| Operating Cash Flow | 13,209 | 14,416 | 14,416 | 12,947 | 14,416 | 14,416 |
| | | | | | | |
| **Plan Payments** | | | | | | |
| Admin Claims | | | | | | |
| Fox Law, Atty | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | |
| Lucove Say & Co | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | |
| Rogan Law, local counsel | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Priority Claims | | | | | | |
| IRS | 6,761 | 6,761 | 6,761 | 6,761 | 6,761 | 6,761 |
| Secured Claims | | | | | | |
| Ally Bank | 0 | 0 | 0 | 348 | 348 | 348 |
| Veridian Credit Union | 1,946 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Claims | | | | | | |
| General Unsecured | | | | | | |
| Total Payments | 22,707 | 20,761 | 20,761 | 21,109 | 21,109 | 7,109 |
| Operations after Plan Pymts | (9,498) | (6,345) | (6,345) | (8,162) | (6,693) | 7,307 |
| Beg Balance Cash on hand | 45,000 | | | | | |
| New Value Money | - | | | | | |
| Ending Cash Balance | 35,502 | 29,158 | 22,813 | 14,651 | 7,958 | 15,265 |

| | Year 1 Month 7 | Year 1 Month 8 | Year 1 Month 9 | Year 1 Month 10 | Year 1 Month 11 | Year 1 Month 12 | Year 1 Total |
|---|---|---|---|---|---|---|---|
| Cash Receipts - Revenue | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 1,380,000 |
| COGS | 67,850 | 67,850 | 67,850 | 67,850 | 67,850 | 67,850 | 814,200 |
| Gross Profit | 47,150 | 47,150 | 47,150 | 47,150 | 47,150 | 47,150 | 565,800 |
| | | | | | | | |
| Operating Expenses | | | | | | | |
| Admin/Office/License&fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Advertising /Marketing | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Auto Expense | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 15,000 |
| Bookkeeping | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Computer/IT/software | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Insurance | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Legal fees | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Payroll-admin, PR Tax + fees | 18,200 | 18,200 | 18,200 | 18,200 | 18,200 | 18,200 | 218,400 |
| Rent /Prop tax | 1,034 | 1,034 | 1,034 | 1,034 | 1,034 | 1,034 | 12,408 |
| Repairs & Maint | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Supplies | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Telephone and Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| US Trustee | 1,410 | | | 1,327 | | | 4,206 |
| Total Expenses | 34,144 | 32,734 | 32,734 | 34,061 | 32,734 | 32,734 | 397,014 |
| Operating Cash Flow | 13,006 | 14,416 | 14,416 | 13,089 | 14,416 | 14,416 | 168,786 |
| | | | | | | | |
| **Plan Payments** | | | | | | | |
| Admin Claims | | | | | | | |
| Fox Law, Atty | | | | | | | 40,000 |
| Lucove Say & Co | | | | | | | 10,000 |
| Rogan Law, local counsel | | | | | | | 20,000 |
| Priority Claims | | | | | | | |
| IRS | 6,761 | 6,761 | 6,761 | 6,761 | 6,761 | 6,761 | 81,129 |
| Secured Claims | | | | | | | |
| Ally Bank | 348 | 348 | 348 | 348 | 348 | 348 | 3,136 |
| Veridian Credit Union | 0 | 0 | 0 | 0 | 0 | 0 | 1,946 |
| Unsecured Claims | | | | | | | |
| General Unsecured | 2,393 | 2,393 | 2,393 | 2,393 | 2,393 | 2,393 | 14,360 |
| Total Payments | 9,503 | 9,503 | 9,503 | 9,503 | 9,503 | 9,503 | 170,571 |
| Operations after Plan Pymts | 3,503 | 4,913 | 4,913 | 3,587 | 4,913 | 4,913 | (1,785) |
| Beg Balance Cash on hand | | | | | | | |
| New Value Money | | | | | | | 0 |
| Ending Cash Balance | 18,768 | 23,681 | 28,595 | 32,182 | 37,095 | 42,008 | 43,215 |

| | | Year 2 Quarter 1 | Year 2 Quarter 2 | Year 2 Quarter 3 | Year 2 Quarter 4 | Year 2 Total |
|---|---|---|---|---|---|---|
| Cash Receipts – Revenue | | 346,725 | 346,725 | 346,725 | 346,725 | 1,386,900 |
| COGS | 63% | 218,437 | 218,437 | 218,437 | 218,437 | 873,747 |
| Gross Profit | | 128,288 | 128,288 | 128,288 | 128,288 | 513,153 |
| | | | | | | |
| Operating Expenses | | | | | | |
| Admin/Office/License&fees | | 4,568 | 4,568 | 4,568 | 4,568 | 18,270 |
| Advertising /Marketing | | 1,523 | 1,523 | 1,523 | 1,523 | 6,090 |
| Auto Expense | | 3,806 | 3,806 | 3,806 | 3,806 | 15,225 |
| Bookkeeping | | 4,568 | 4,568 | 4,568 | 4,568 | 18,270 |
| Computer/IT/software | | 3,654 | 3,654 | 3,654 | 3,654 | 14,616 |
| Insurance | | 15,225 | 15,225 | 15,225 | 15,225 | 60,900 |
| Legal fees | | 1,523 | 1,523 | 1,523 | 1,523 | 6,090 |
| Payroll-admin, PR Tax + fees | | 55,419 | 55,419 | 55,419 | 55,419 | 221,676 |
| Rent /Prop tax | | 3,149 | 3,149 | 3,149 | 3,149 | 12,594 |
| Repairs & Maint | | 1,523 | 1,523 | 1,523 | 1,523 | 6,090 |
| Supplies | | 1,066 | 1,066 | 1,066 | 1,066 | 4,263 |
| Telephone and Utilities | | 3,654 | 3,654 | 3,654 | 3,654 | 14,616 |
| US Trustee | | | | | | |
| Total Expenses | | 95,108 | 95,108 | 95,108 | 95,108 | 380,430 |
| Operating Cash Flow | | 33,181 | 33,181 | 33,181 | 33,181 | 132,723 |
| | | | | | | |
| **Plan Payments** | | | | | | |
| Admin Claims | | | | | | |
| Fox Law, Atty | | | | | | |
| Lucove Say & Co | | | | | | |
| Rogan Law, local counsel | | | | | | |
| Priority Claims | | | | | | |
| IRS | | 20,282 | 20,282 | 20,282 | 20,282 | 81,129 |
| Secured Claims | | | | | | |
| Ally Bank | | 1,045 | 1,045 | 1,045 | 1,045 | 4,181 |
| Veridian Credit Union | | 0 | 0 | 0 | 0 | 0 |
| Unsecured Claims | | | | | | |
| General Unsecured | | 10,770 | 10,770 | 10,770 | 10,770 | 43,080 |
| Total Payments | | 32,098 | 32,098 | 32,098 | 32,098 | 128,391 |
| Operations after Plan Pymts | | 1,083 | 1,083 | 1,083 | 1,083 | 4,332 |
| Beg Balance Cash on hand | | | | | | |
| New Value Money | | | | | | 0 |
| Ending Cash Balance | | 44,299 | 45,382 | 46,465 | 47,548 | 47,548 |

| | Year 3 Quarter 1 | Year 3 Quarter 2 | Year 3 Quarter 3 | Year 3 Quarter 4 | Year 3 Total |
|---|---|---|---|---|---|
| Cash Receipts – Revenue | 348,459 | 348,459 | 348,459 | 348,459 | 1,393,835 |
| COGS | 219,529 | 219,529 | 219,529 | 219,529 | 878,116 |
| Gross Profit | 128,930 | 128,930 | 128,930 | 128,930 | 515,719 |
| | | | | | |
| Operating Expenses | | | | | |
| Admin/Office/License&fees | 4,636 | 4,636 | 4,636 | 4,636 | 18,544 |
| Advertising /Marketing | 1,545 | 1,545 | 1,545 | 1,545 | 6,181 |
| Auto Expense | 3,863 | 3,863 | 3,863 | 3,863 | 15,453 |
| Bookkeeping | 4,636 | 4,636 | 4,636 | 4,636 | 18,544 |
| Computer/IT/software | 3,709 | 3,709 | 3,709 | 3,709 | 14,835 |
| Insurance | 15,453 | 15,453 | 15,453 | 15,453 | 61,814 |
| Legal fees | 1,545 | 1,545 | 1,545 | 1,545 | 6,181 |
| Payroll-admin, PR Tax + fees | 56,250 | 56,250 | 56,250 | 56,250 | 225,001 |
| Rent /Prop tax | 3,196 | 3,196 | 3,196 | 3,196 | 12,783 |
| Repairs & Maint | 1,545 | 1,545 | 1,545 | 1,545 | 6,181 |
| Supplies | 1,082 | 1,082 | 1,082 | 1,082 | 4,327 |
| Telephone and Utilities | 3,709 | 3,709 | 3,709 | 3,709 | 14,835 |
| US Trustee | | | | | |
| Total Expenses | 96,534 | 96,534 | 96,534 | 96,534 | 386,137 |
| Operating Cash Flow | 32,396 | 32,396 | 32,396 | 32,396 | 129,582 |
| | | | | | |
| **Plan Payments** | | | | | |
| Admin Claims | | | | | |
| Fox Law, Atty | | | | | |
| Lucove Say & Co | | | | | |
| Rogan Law, local counsel | | | | | |
| Priority Claims | | | | | |
| IRS | 20,282 | 20,282 | 20,282 | 20,282 | 81,129 |
| Secured Claims | | | | | |
| Ally Bank | 1,045 | 1,045 | 1,045 | 1,045 | 4,181 |
| Veridian Credit Union | 0 | 0 | 0 | 0 | 0 |
| Unsecured Claims | | | | | |
| General Unsecured | 14,360 | 14,360 | 14,360 | 14,360 | 57,440 |
| Total Payments | 35,688 | 35,688 | 35,688 | 35,688 | 142,751 |
| Operations after Plan Pymts | (3,292) | (3,292) | (3,292) | (3,292) | (13,168) |
| Beg Balance Cash on hand | | | | | |
| New Value Money | | | | | 0 |
| Ending Cash Balance | 44,256 | 40,964 | 37,672 | 34,379 | 34,379 |

| | Year 4 Quarter 1 | Year 4 Quarter 2 | Year 4 Quarter 3 | Year 4 Quarter 4 | Year 4 Total |
|---|---|---|---|---|---|
| Cash Receipts - Revenue | 350,201 | 350,201 | 350,201 | 350,201 | 1,400,804 |
| COGS | 210,121 | 210,121 | 210,121 | 210,121 | 840,482 |
| Gross Profit | 140,080 | 140,080 | 140,080 | 140,080 | 560,321 |
| | | | | | |
| Operating Expenses | | | | | |
| Admin/Office/License&fees | 4,729 | 4,729 | 4,729 | 4,729 | 18,915 |
| Advertising /Marketing | 1,576 | 1,576 | 1,576 | 1,576 | 6,305 |
| Auto Expense | 3,941 | 3,941 | 3,941 | 3,941 | 15,762 |
| Bookkeeping | 4,729 | 4,729 | 4,729 | 4,729 | 18,915 |
| Computer/IT/software | 3,783 | 3,783 | 3,783 | 3,783 | 15,132 |
| Insurance | 15,762 | 15,762 | 15,762 | 15,762 | 63,050 |
| Legal fees | 1,576 | 1,576 | 1,576 | 1,576 | 6,305 |
| Payroll-admin, PR Tax + fees | 57,375 | 57,375 | 57,375 | 57,375 | 229,501 |
| Rent /Prop tax | 3,260 | 3,260 | 3,260 | 3,260 | 13,039 |
| Repairs & Maint | 1,576 | 1,576 | 1,576 | 1,576 | 6,305 |
| Supplies | 1,103 | 1,103 | 1,103 | 1,103 | 4,413 |
| Telephone and Utilities | 3,783 | 3,783 | 3,783 | 3,783 | 15,132 |
| US Trustee | 0 | 0 | 0 | 0 | 0 |
| Total Expenses | 98,465 | 98,465 | 98,465 | 98,465 | 393,859 |
| Operating Cash Flow | 41,616 | 41,616 | 41,616 | 41,616 | 166,462 |
| | | | | | |
| **Plan Payments** | | | | | |
| Admin Claims | | | | | |
| Fox Law, Atty | | | | | |
| Lucove Say & Co | | | | | |
| Rogan Law, local counsel | | | | | |
| Priority Claims | | | | | |
| IRS | 20,282 | 20,282 | 20,282 | 20,282 | 81,129 |
| Secured Claims | | | | | |
| Ally Bank | 1,045 | 1,045 | 1,045 | 1,045 | 4,181 |
| Veridian Credit Union | 0 | 0 | 0 | 0 | 0 |
| Unsecured Claims | | | | | |
| General Unsecured | 14,360 | 14,360 | 14,360 | 14,360 | 57,440 |
| Total Payments | 35,688 | 35,688 | 35,688 | 35,688 | 142,751 |
| Operations after Plan Pymts | 5,928 | 5,928 | 5,928 | 5,928 | 23,712 |
| Beg Balance Cash on hand | | | | | |
| New Value Money | | | | | |
| Ending Cash Balance | 40,307 | 46,235 | 52,163 | 58,091 | 58,091 |

| | Year 5 Quarter 1 | Year 5 Quarter 2 | Year 5 Quarter 3 | Year 5 Quarter 4 | Year 5 Total |
|---|---|---|---|---|---|
| Cash Receipts - Revenue | 351,952 | 351,952 | 351,952 | 351,952 | 1,407,808 |
| COGS | 225,249 | 225,249 | 225,249 | 225,249 | 900,997 |
| Gross Profit | 126,703 | 126,703 | 126,703 | 126,703 | 506,811 |
| | | | | | |
| Operating Expenses | | | | | |
| Admin/Office/License&fees | 4,823 | 4,823 | 4,823 | 4,823 | 19,293 |
| Advertising /Marketing | 1,608 | 1,608 | 1,608 | 1,608 | 6,431 |
| Auto Expense | 4,019 | 4,019 | 4,019 | 4,019 | 16,078 |
| Bookkeeping | 4,823 | 4,823 | 4,823 | 4,823 | 19,293 |
| Computer/IT/software | 3,859 | 3,859 | 3,859 | 3,859 | 15,435 |
| Insurance | 16,078 | 16,078 | 16,078 | 16,078 | 64,311 |
| Legal fees | 1,608 | 1,608 | 1,608 | 1,608 | 6,431 |
| Payroll-admin, PR Tax + fees | 58,523 | 58,523 | 58,523 | 58,523 | 234,091 |
| Rent /Prop tax | 3,325 | 3,325 | 3,325 | 3,325 | 13,299 |
| Repairs & Maint | 1,608 | 1,608 | 1,608 | 1,608 | 6,431 |
| Supplies | 1,125 | 1,125 | 1,125 | 1,125 | 4,502 |
| Telephone and Utilities | 3,859 | 3,859 | 3,859 | 3,859 | 15,435 |
| US Trustee | 0 | 0 | 0 | 0 | 0 |
| Total Expenses | 100,434 | 100,434 | 100,434 | 100,434 | 401,736 |
| Operating Cash Flow | 26,269 | 26,269 | 26,269 | 26,269 | 105,074 |
| | | | | | |
| **Plan Payments** | | | | | |
| Admin Claims | | | | | |
| Fox Law, Atty | | | | | |
| Lucove Say & Co | | | | | |
| Rogan Law, local counsel | | | | | |
| Priority Claims | | | | | |
| IRS | 6,761 | 0 | 0 | 0 | 6,761 |
| Secured Claims | | | | | |
| Ally Bank | 1,045 | 1,045 | 1,045 | 1,045 | 4,181 |
| Veridian Credit Union | 0 | 0 | 0 | 0 | 0 |
| Unsecured Claims | | | | | |
| General Unsecured | 21,540 | 21,540 | 21,540 | 21,540 | 86,160 |
| Total Payments | 29,346 | 22,585 | 22,585 | 22,585 | 97,103 |
| Operations after Plan Pymts | (3,078) | 3,683 | 3,683 | 3,683 | 7,972 |
| Beg Balance Cash on hand | | | | | |
| New Value Money | | | | | |
| Ending Cash Balance | 55,013 | 58,696 | 62,380 | 66,063 | 66,063 |

Footnotes

| | |
|---|---|
| Year 1- Month 1 | Month 1 of Year 1 of the plan is assumed to be January of 2027. The plan assumes confirmation occurs in December of 2026, with the first plan payments occurring in January. In the event the plan is confirmed in a later or earlier month, the plan payments shall start 30 days after the court enters an order confirming the plan, unless a party in interest has taken an appeal. |
| Cash Receipts - Revenue | Prior to filing Chapter 11, the debtor's reporting was not reliable for a number of reasons. The filing of Chapter 11 motivated the owners to learn and necessitated changes which were implemented quickly, yet required time and effort to settle in to new and correct practices. Higher margins are central to the debtor's new business plan. Accordingly, this plan estimates revenue at the existing level of 100-130K per month. The annual growth rate ranges between 1-3% beginning in year 2. |
| COGS | Historical COGS varied widely month to month, likely due to business practices as well as a function of accounting. Once new policies and procedures were established and adhered to, COGS became measurable and reliable and has maintained at less than 65% during the chapter 11. This plan estimates COGS ranging between 60-65%. |
| Operating Expenses -Inflation | Economic forecasts over the coming years differ and therefore the annual inflation rate used in the plan reflect a mild range between 1-2%. |
| Admin/Office/License&fees | Based upon existing and future estimated costs of administration, including dues and subscriptions, merchant account fees, licenses, fees, etc. |
| Advertising /Marketing | Based on historical advertising spend for exisitng vendors, website hosting and support |
| Auto Expense | Based upon historical expenses incurred for fuel, title and registration for company automobiles. |
| Bookkeeping | Based upon current bookkeeping service required to maintain books and records. |
| Computer/IT/software | Based upon current outsourced consulting for financial management, projections and cash flow. |

Footnotes

| | |
|---|---|
| Insurance | Based upon existing insurance premiums for (1) liablity and workers comp($2550/month), and (2) auto insurance ($1550/month) |
| Payroll-admin, PR Tax + fees | Administrative salaries, payroll taxes and payroll administrative costs.  Direct labor is not included in administrative payroll, but rather, it is a factor of COGS. |
| Rent /Prop tax | Based upon existing lease expense for storage units. |
| Repairs & Maint | Based upon historical expenses incurred for Repairs & Maintenance |
| Supplies | Based upon historical expenses incurred for Suppies |
| Telephone and Utilities | Based upon historical expenses incurred for telephone and utilities. |
| US Trustee | The US Trustee fee schedule for quarters beginning April 1, 2021 states the following:  "The Bankruptcy Administration Improvement Act of 2020, Pub. L. No. 116-325, enacted on January 12, 2021, temporarily amended the calculation of chapter 11 quarterly fees for calendar quarters beginning April 1, 2021 through December 31, 2025. Under this amendment, the quarterly fee payable for a calendar quarter shall be the greater of: (1) 0.4% of disbursements or $250 for each quarter in which disbursements total less than $1,000,000, and (2) 0.8% of disbursements but not more than $250,000 for each quarter in which disbursements total at least $1,000,000."  Therefore, this plan reflects payments due in the month following the calendar quarter, for the first year of the plan @ .4% of disbursements during the quarter. |

Footnotes

**Plan Payments**

Admin Claims

Fox Law, Atty    Based upon administrative claim for legal fees from Fox Law estimated at $40,000 paid over the first 5 months of the plan.

Lucove Say & Co    Based upon administrative claim for accounting services from Lucove Say & Co estimated at $10,000 paid over the first 5 months of the plan.

Rogan Law, local counsel    Based upon administrative claim for local counsel estimated at $20,000 paid over the first 5 months of the plan.

Priority Claims

IRS    Based upon a priority claim in the amount of $355,000, of which a secured lien was filed as to $286,000. While the IRS filed a secured lien, the $286,000 is paid in this plan with Priority claim elements. Accordingly, the payments begin in month 1 and are paid off after 49 months at payments of $6760.75/month. Total principal and interest paid in full during the plan is $331,276.75.

Secured Claims

Ally Bank    Based upon a secured claim in the amount of $16,459.47. Monthly payments of $348.44 in months 4-60 and include interest @ 7.25% per annum. Total principal and interest of $19,861.08 to pay the claim in full at the end of 60 months.

Veridian Credit Union    Based upon a secured claim in the amount of $1,945.85 paid in the first month of the plan.

Footnotes

Unsecured Claims

General Unsecured  Based upon unsecured claims of $1,428,997.42 plus additional claims of $294.212 which were filed as secured and reclassed to unsecured.  The unsecured claims are paid at 15% over the 5-year plan. Monthly payments begin in month 7, and are reflected in the table below by month and by year.

|  | Per month | # of months | Total per Year |
|---|---|---|---|
| Year 1 | 2,393.35 | 6 | 14,360.08 |
| Year 2 | 3,590.02 | 12 | 43,080.24 |
| Year 3 | 4,786.69 | 12 | 57,440.33 |
| Year 4 | 4,786.69 | 12 | 57,440.33 |
| Year 5 | 7,180.04 | 12 | 86,160.49 |
| Total |  |  | 258,481.47 |

Cash on Hand  Adequate cash on hand is required for on-going ordinary and necessary business expenses each month to operate the business.  Cash in the amount of $50K-60K is a reasonable balance to serve as cash reserves to be used as working capital for operations.