**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ENCOMPASS ENTERPRISES LLC | ) | Case No. 26 - 11403 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER ON FIRST INTERIM FEE APPLICATION**
**OF ROGANMILLERZIMMERMAN, PLLC**
**AS LOCAL COUNSEL FOR THE DEBTOR**

**UPON CONSIDERATION** of the *First Interim Application for Allowance and Payment of Fees and Expenses* of RoganMillerZimmerman, PLLC ("RMZ"), as Local Counsel to the Debtor, filed on August 14, 2026 (the "First Fee Application"), and it

APPEARING that on August 14, 2026, the First Fee Application was served upon the Debtor, the United States Trustee, by mail, and upon all creditors and other parties in

interest requesting notice *via* the Court's ECF system, and that Notice of the First Fee Application was served upon all creditors *via* First Class mail; and it further

APPEARING that, after notice to all creditors and other parties in interest, no objections to the Fourth Fee Application have been filed; and it further

APPEARING that, after review of the First Fee Application and the fees and expenses requested therein, the Court's has determined that the fees and expenses are appropriate and reasonable and should therefore be approved; it is by this Court:

ORDERED that the First Fee Application is hereby GRANTED and RMZ's fees in the amount of $27,612.00 and expenses in the amount of $134 are hereby APPROVED; and it is further

ORDERED that RMZ may use the funds held in trust to pay the fees and expenses approved hereby and that the Debtor is authorized and directed to pay the balance of fees and expenses approved hereby.

END of ORDER.

cc: Christopher L. Rogan, Esq. (via ECF)
Courtney Morgan, Esq., Office of US Trustee – Greenbelt (via ECF)
Encompass Enterprise, LLC
Eugene Benton, Manager
12660 Mill Creek Drive
Lusby, MD 20657