IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**Encompass Enterprises LLC**<br>Debtor (s). | Bankruptcy Case No:<br><br>26-11403-MCR<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Respectfully Submitted,

Dated: August 17, 2026

By: /s/ *L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344 6216
Fax: (301) 344-8431
Email: Jeanette.Rice@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17, 2026 a copy of the foregoing Motion was mailed first-class, postage prepaid to:

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Steven R. Fox
The Fox Law Corporation, Inc
17835 Ventura Blvd
Ste 306
Encino, CA 91316

Ryan Shaffer
16200 Point Lookout Road
Lexington Park, MD 20653

Jacob VanAusdall
4900 Centennial Ave
#300
Nashville, TN 37209

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Paul J. Dougherty pdougherty@dlstrategies.com**
- **Alan C. Hochheiser ahochheiser@mauricewutscher.com**
- **Shanna Kaminski skaminski@kaminskilawpllc.com**
- **Richard D. London rlondonassoc@aol.com**
- **Courtney L. Morgan courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV**
- **Christopher L. Rogan crogan@rmzlawfirm.com**
- **Jeffrey R. Scholnick jscholnick@scholnicklaw.com, ccasado@scholnicklaw.com;scholnick.jeffreyb107952@notify.bestcase.com**
- **US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV**

/s/ *L. Jeanette Rice*
L. Jeanette Rice