**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing: NO
Exhibits Filed: NO

PROCEEDING MEMO – CHAPTER 11

**Case: 26-11403-MCR** Date: 8/18/2026 at 10:00 a.m.
**Encompass Enterprises LLC**

Appearances: Steven R. Fox, counsel for Debtor
Christopher L. Rogan, counsel for Debtor
Paul J. Dougherty, III, counsel for Katy Lyons
L. Jeanette Rice, Office of the United States Trustee

Also present: Eugene Benton, Debtor representative
Jaan Lumi, creditor
Judith and David Pedersen, creditors

[1] Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Encompass Enterprises LLC.

COMMENTS: The Court noted the pending matters:

- Motion for relief from stay [102] filed by Miles and Janet Lamb and opposition filed by Debtor with a hearing on 9/3/26 at 10:00 a.m.
- Mr. Fox's fee application [106]
- Mr. Rogan's fee application [108]
- Motion for authority to use cash collateral with the prior cash collateral order [84] expiring on 10/30/26 and a hearing set for 10/29/26 at 1:00 p.m.

Counsel for the Debtor reported that the Debtor filed its MORs through June, that the Debtor recently has had healthy profits ($21,000 in April, $51,000 in May, and $72,000 in June), that the Debtor has had a lot of difficulties but also a lot of progress, that the Debtor intends to pay the IRS within five years; and that the Debtor intends to file a plan and DST by 10/3/26. He also reported that he expects an additional $40,000-$50,000 in legal fees for him and Mr. Rogan through confirmation (in addition to the amounts in the pending fee applications). He said the Debtor's workers compensation insurance expired and the Debtor is unable to secure replacement insurance.

Counsel for the UST reported that the Debtor owes $1,000 in fees, that she is concerned about the cost of having two law firms representing the Debtor, and that she has concerns about the feasibility of any plan. Counsel for the Debtor reported that the Debtor paid the UST fees

yesterday and that he will keep the UST informed of the status of the Debtor's efforts to obtain workers comp insurance.

Mrs. Pederson stated that she has information the Court may find helpful and requested copies of pleadings by email. The Court suggested that she engage experienced bankruptcy counsel to assist her and her husband, and the Debtor's counsel agreed to send her pleadings by email if she sends him and Mr. Rogan an email confirming that.

Mr. Lumi reported that his address is incorrect though the Post Office has been forwarding the mail to his correct address. The Court noted that no mail to him has been returned and suggested that he file a notice of change of address to ensure the Court has his proper address.

DISPOSITION: Status conference held.