UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

GREENBELT DIVISION

In Re. ENCOMPASS ENTERPRISES LLC §
§
§
Debtor(s) §

Case No. 26-11403

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 02/10/2026

Months Pending: 6

Industry Classification: | 2 | 3 | 6 | 1 |

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 3

Debtor's Full-Time Employees (as of date of order for relief): 6

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Eugene J. Benton Jr.
Signature of Responsible Party

Eugene Benton
Printed Name of Responsible Party

08/28/2026
Date

12660 Mill Creek Dr. Lusby, MD 20657
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ENCOMPASS ENTERPRISES LLC    Case No. 26-11403

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $2,001 | |
| b. | Total receipts (net of transfers between accounts) | $90,569 | $474,059 |
| c. | Total disbursements (net of transfers between accounts) | $85,903 | $479,043 |
| d. | Cash balance end of month (a+b-c) | $6,668 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $85,903 | $479,043 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $59,857 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $54,950 |
| c. | Inventory (Book (●) Market ( ) Other ( ) (attach explanation)) | $150,000 |
| d | Total current assets | $337,716 |
| e. | Total assets | $492,399 |
| f. | Postpetition payables (excluding taxes) | $120 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $3,485 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $3,605 |
| k. | Prepetition secured debt | $641,053 |
| l. | Prepetition priority debt | $497,159 |
| m. | Prepetition unsecured debt | $1,505,334 |
| n. | Total liabilities (debt) (j+k+l+m) | $2,647,151 |
| o. | Ending equity/net worth (e-n) | $-2,154,752 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $70,299 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $47,008 | |
| c. | Gross profit (a-b) | $23,291 | |
| d. | Selling expenses | $1,974 | |
| e. | General and administrative expenses | $22,277 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $3,485 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-960 | $71,583 |

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $1,275 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $1,275 |
| c. Postpetition employer payroll taxes accrued | $3,485 | $20,146 |
| d. Postpetition employer payroll taxes paid | $3,485 | $20,146 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ○

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:
- Worker's compensation insurance? — Yes ○ No ◉
  - If yes, are your premiums current? — Yes ○ No ○ N/A ◉ (if no, see Instructions)
- Casualty/property insurance? — Yes ○ No ◉
  - If yes, are your premiums current? — Yes ○ No ○ N/A ◉ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ◉

k. Has a disclosure statement been filed with the court? — Yes ○ No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Eugene J. Benton Jr.
Signature of Responsible Party

Eugene Benton
Printed Name of Responsible Party

Managing Member
Title

08/28/2026
Date

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name ENCOMPASS ENTERPRISES LLC Case No. 26-11403

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Jul 31, 2026

| | Jul 2026 |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 0196 Shore United 0196 | -625.30 |
| 202505361246 Mercury Ship's Point | 0.00 |
| 202508444950 Mercury Payroll Acct | 0.00 |
| 202572428902 Mercury Operations Account 8902 | 0.00 |
| 5343521847 PNC Payroll 1847 | 0.00 |
| 5343521855 PNC EE1 1855 | 0.00 |
| 5343521863 PNC EDA 1863 | 0.00 |
| 5344188257 PNC 8257 | 0.00 |
| 5543053013 PNC 3013 | 0.00 |
| 933229585 Shore United 9585 | 0.00 |
| 933230219 Shore United 0219 | 0.00 |
| 933261171 Shore United 1171 | 0.00 |
| hoib (deleted) | |
| PNC EE1 Checking 2919 | 0.00 |
| Premier Operations (CLOSED) 6893 | 0.00 |
| Premier Operations (NEW) 5935 | 7,280.47 |
| Premier Payroll 1503 | 7.82 |
| Shore Checking 9543 | 0.00 |
| Veridian | 5.00 |
| **Total for Bank Accounts** | **6,667.99** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 59,857.00 |
| **Total for Accounts Receivable** | **59,857.00** |
| Other Current Assets | |
| Due from IRS/MD | 1,823.02 |
| Due to Driftwood | 0.00 |
| Employee Advances | 4,079.73 |
| Inventory Asset | 150,000.00 |
| N/R Shareholder | 115,287.76 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total for Other Current Assets** | **271,190.51** |
| **Total for Current Assets** | **337,715.50** |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Jul 31, 2026

| | Jul 2026 |
|---|---|
| Fixed Assets | |
| Accumulated Depreciation | -313,603.00 |
| Furniture and Equipment | 68,247.91 |
| Vehicles | 377,538.97 |
| **Total for Fixed Assets** | **132,183.88** |
| Other Assets | |
| Goodwill - Garage Business | 30,000.10 |
| Accumulated Amortization | -7,500.00 |
| **Total for Goodwill - Garage Business** | **22,500.10** |
| **Total for Other Assets** | **22,500.10** |
| **Total for Assets** | **492,399.48** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 120.00 |
| Prepetition Payable | 450,714.43 |
| **Total for Accounts Payable** | **450,834.43** |
| Credit Cards | |
| 0000000 Mercury Credit Card | 0.00 |
| 81924212897391 Lowes Home Improvement 7391 | 0.00 |
| American Express | 10,150.43 |
| Best Buy Credit Card | 960.83 |
| CBTC EE1 Credit Card | 0.00 |
| Lowes Home Improvement 6694 | 0.00 |
| Lowes Home Improvement 9465 50k | 0.00 |
| PNC Credit Card 4999 | 14,565.94 |
| Southwest/Chase Credit Card | 15,412.45 |
| **Total for Credit Cards** | **41,089.65** |
| Other Current Liabilities | |
| Customer Deposits | 297,458.00 |
| Direct Deposit Payable | 0.00 |
| Jason Baxley Prepaid Revenue | 20,000.00 |
| Maryland State | 243.60 |
| N/P Dawn Benton | 30,000.00 |
| N/P Joseph Hughes | 3,900.00 |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Jul 31, 2026

| | Jul 2026 |
|---|---|
| N/P Payroll | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| Payroll Garnishments | -3,976.58 |
| Payroll Liabilities | 0.00 |
| Cash advance | -200.00 |
| Child Support | 3,618.43 |
| Child Support-Aaliyah | 0.04 |
| Child Support-Twins | -5.39 |
| Federal Taxes (941/944) | 232,688.46 |
| Federal Unemployment (940) | 1,916.04 |
| Maryland Income Tax | 0.00 |
| MD Income Tax | 112,748.63 |
| MD Unemployment Tax | 5,657.33 |
| OverPayment on Paycheck | 1,104.80 |
| PA Income Tax | 0.00 |
| PA Local Tax | 0.00 |
| Rent-Interest | 52.68 |
| Unauthorized charges on company bank card Joseph aware | 92.09 |
| **Total for Payroll Liabilities** | **357,673.11** |
| Repayment | |
| Cash Advance Repayment | 2,781.61 |
| Cash Advance Repayment 2 | 0.00 |
| Venmo pymt 11.03.25 | 0.00 |
| **Total for Repayment** | **2,781.61** |
| **Total for Other Current Liabilities** | **708,079.74** |
| **Total for Current Liabilities** | **1,200,003.82** |
| Long-term Liabilities | |
| 07.31.24 Unique Funding Solutions LLC | 71,152.32 |
| Advantage+ Loan | 0.00 |
| Citizens One - Gene's Truck | 0.00 |
| N/ P Peninsula Funding | 10,822.00 |
| N/P Ally Loan - 2014 Ram 1500 Truck | 11,757.74 |
| N/P Cinch Auto Finance 1242.73 | 44,002.07 |
| N/P Everest Business Funding 753.55/daily | 0.00 |
| N/P Fenix Capital Funding | 0.00 |
| N/P Forward Financing 5838.75/wk | 0.00 |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Jul 31, 2026

| | Jul 2026 |
|---|---|
| N/P Fox #2 | 61,760.04 |
| N/P Fox Business Funding 6917.85 | 0.00 |
| N/P John Barony | 0.00 |
| N/P Panther Funding | 0.00 |
| N/P Parkview Advance | 9,247.33 |
| N/P Quick Funding | 0.00 |
| N/P SBA EIDL | 148,200.00 |
| N/P Sheffield 447.29 | 0.00 |
| N/P Specialty Capital | 30,275.00 |
| N/P Spring Funding | 0.00 |
| N/P Star Capital | 0.00 |
| PNC Small Business Loan | 0.00 |
| PNC Van Loan 8098 | 0.00 |
| Truist Truck Loan - 2018 Dodge PU | 12,015.88 |
| Veridian Loan | 976.87 |
| **Total for Long-term Liabilities** | **400,209.25** |
| **Total for Liabilities** | **1,600,213.07** |
| Equity | |
| Opening Balance Equity | -45,970.00 |
| Owner's Draw | -132,554.46 |
| Owner's Investment | 1,300.00 |
| Owner's Pay & Personal Expenses | 0.00 |
| Retained Earnings | -951,264.89 |
| Net Income | 20,675.76 |
| **Total for Equity** | **-1,107,813.59** |
| **Total for Liabilities and Equity** | **492,399.48** |

# Encompass Enterprises, LLC
## Profit and Loss (Accrual Basis)
### July 2026

| | Total |
|---|---|
| Income | |
| Houzz Pro Products | 31,350.06 |
| Houzz Pro Services | 6,738.50 |
| Income - Encompass Enterprises, Inc. | 32,210.00 |
| **Total for Income** | **$70,298.56** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 2,240.00 |
| Dump Fees | 25.00 |
| Inspection | 176.32 |
| Job Materials | 20,437.86 |
| Labor | 9,882.10 |
| Permits, Licenses | 236.59 |
| Sub-Contractors | 13,017.40 |
| Tool and Equipment Rental | 992.26 |
| **Total for Cost of Goods Sold** | **$47,007.53** |
| **Total for Cost of Goods Sold** | **$47,007.53** |
| **Gross Profit** | **$23,291.03** |
| Expenses | |
| Accounting fees | 1,500.00 |
| Bank Charges & Fees | 163.00 |
| Car/Truck | 84.25 |
| Fuel | 1,097.38 |
| Repairs | 494.93 |
| Repairs & Maintenance | 297.30 |
| **Total for Car/Truck** | **$1,973.86** |
| Comcast/Internet Service | 125.00 |
| Insurance | 3,399.26 |
| Office Supplies & Software | 1,210.39 |
| Payment Processing Fee | 49.63 |
| Payroll Expenses | |
| Wages | 12,588.71 |
| **Total for Payroll Expenses** | **$12,588.71** |
| Payroll Taxes | 3,485.12 |
| Postage/Shipping | 3.56 |
| Professional Licenses, Certificates, Membership fees | -1,447.20 |
| Rent & Lease | 990.00 |

# Encompass Enterprises, LLC
## Profit and Loss (Accrual Basis)
### July 2026

| | Total |
|---|---|
| Telephone | 209.36 |
| **Total for Expenses** | **$24,250.69** |
| **Net Operating Income** | **-$959.66** |
| **Net Income** | **-$959.66** |

# Encompass Enterprises, LLC
## A/P Aging Summary Report
### As of Jul 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Outback Porta Jon Inc | 120.00 | | | | | 120.00 |
| **TOTAL** | **120.00** | **0.00** | **0.00** | **0.00** | **0.00** | **120.00** |

# Encompass Enterprises, LLC
## A/R Aging Summary Report
### As of Jul 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Battle Creek Home Exteriors | | | | | | |
| SE-Battle Creek - 4705 Leitches Wharf Rd. | 2,627.00 | | | | | 2,627.00 |
| **Total for Battle Creek Home Exteriors** | **2,627.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,627.00** |
| Carl Sciacchitano | | | | | | |
| EE1-Scacchitano-2023 | | | | | 31,650.00 | 31,650.00 |
| **Total for Carl Sciacchitano** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **31,650.00** | **$31,650.00** |
| Nick Graziano | | | | | | |
| EE1 - Graziano Bathrooms 2026 | 2,280.00 | | | | | 2,280.00 |
| **Total for Nick Graziano** | **2,280.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,280.00** |
| Ship's Point Mechanical | | | | | 23,300.00 | 23,300.00 |
| SLA | | | | | $0.00 | $0.00 |
| **TOTAL** | **4,907.00** | **$0.00** | **$0.00** | **$0.00** | **54,950.00** | **$59,857.00** |

Encompass Enterprises LLC

RECONCILIATION SUMMARY

| Account | Type | Statement ending date | Reconciled on |
|---|---|---|---|
| Premier Operations (NEW) 5935 | Bank | 7/31/2026 | 8/25/2026 |
| Premier Payroll 1503 | Bank | 7/31/2026 | 8/25/2026 |

PREMIERBANK
EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

ENCOMPASS ENTERPRISES LLC
DEBTOR IN POSSESSION
CASE NO 26-11403
OPERATIONS ACCOUNT
12660 MILL CREEK DRIVE
LUSBY MD 20657

Statement Date: **07/31/2026** Account No.: **5935** Page: **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 5935 | | DIP | Deposit | 7,280.47 |

**Your Total Deposits = 7,280.47 And Your Total Loans = .00**

## DIP SUMMARY

**Type : **REG Status : Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 06/30/26 | | 2,593.16 |
| Deposits | 8 | 38,807.20+ |
| Debits | 13 | 29,013.21 |
| Automatic Withdrawals | 13 | 17,885.13 |
| Automatic Deposits | 15 | 43,991.42+ |
| Card Activity | 102 | 31,155.70 |
| Miscellaneous Fees | 3 | 59.00 |
| Interest Added This Statement | | 1.73+ |
| Ending Balance On 07/31/26 | | 7,280.47 |
| **Annual Percentage Yield Earned** | **0.25 %** | |
| **Interest Paid This Year** | **18.70** | |
| **Average Balance (Ledger)** | **8,142.02+** | |

**Direct Inquiries About Electronic Entries To:**
Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/06/26 | Deposit | 1,447.20 | 07/13/26 | Deposit | 7,000.00 | 07/23/26 | Deposit | 2,625.00 |
| 07/06/26 | Deposit | 2,760.00 | 07/14/26 | Deposit | 15,000.00 | 07/30/26 | Deposit | 2,625.00 |
| 07/07/26 | Deposit | 5,000.00 | 07/15/26 | Deposit | 2,350.00 | | | |

| Date | Description | Amount |
|---|---|---|
| 07/01/26 | HOUZZ PRO HOUZZ PRO | 2,800.00 |
| 07/01/26 | WIRE TRANSFER FROM HIGGINS MCLEAN, DEBORAH A | 2,860.00 |
| 07/02/26 | VSA RTN WF WAYFAIR3752710805 8662638325 MA | 1,049.50 |
| 07/02/26 | FNW STRIPE PAYMENTS COMPANY FEDNOW US | 2,205.69 |

Continued

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

Statement Date: **07/31/2026** Account No.: **5935** Page: **2**

## *ALL CREDIT ACTIVITY (cont.)*

| Date | Description | Amount |
|---|---|---|
| 07/03/26 | VSA RTN SNEADES ACE HOME LUSBY MD | 14.99 |
| 07/07/26 | FNW STRIPE PAYMENTS COMPANY FEDNOW US | 1,102.68 |
| 07/14/26 | VSA RTN WF WAYFAIR3552116875 8662638325 MA | 2,960.11 |
| 07/14/26 | WIRE TRANSFER FROM HIGGINS MCLEAN, DEBORAH A | 10,000.00 |
| 07/16/26 | THREE INSURANCE TRANSFER | 2.79 |
| 07/16/26 | VSA RTN WF WAYFAIR3752710805 8662638325 MA | 944.54 |
| 07/21/26 | VSA RTN ADVANCE AUTO PARTS 739 LUSBY MD | 182.28 |
| 07/21/26 | FNW STRIPE PAYMENTS COMPANY FEDNOW US | 3,382.27 |
| 07/29/26 | HOPE BUILDERS INEE110114 | 16,140.00 |
| 07/31/26 | INTEREST PAID | 1.73 |
| 07/31/26 | VSA RTN LOWES 00719 CALIFORNIA MD | 28.60 |
| 07/31/26 | VSA RTN FLOOR AND DECOR 280 CAPITOL HEIGH MD | 317.97 |

## *CHECKS AND OTHER DEBITS*

**(#) denotes fee for paying overdraft items* indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/02/26 | 135 | 2,507.30 | 07/15/26 | 144 | 25.00 | 07/28/26 | 149 | 5,067.40 |
| 07/07/26 | 140* | 1,200.99 | 07/15/26 | 145 | 6,000.00 | 07/21/26 | 152* | 1,500.00 |
| 07/09/26 | 141 | 1,711.12 | 07/20/26 | 146 | 1,711.12 | 07/29/26 | 154* | 2,666.47 |
| 07/10/26 | 142 | 2,239.94 | 07/20/26 | 147 | 2,005.77 | | | |
| 07/10/26 | 143 | 450.00 | 07/23/26 | 148 | 1,928.10 | | | |

## *ELECTRONIC DEBITS*

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 07/01/26 | PUR GOOGLE WORKSPACE ENCOMPA MOUNTAIN VIEW CA | 106.13 |
| 07/01/26 | WIRE TRANSFER FEE FROM HIGGINS MCLEAN, DEBORAH A | 12.00 |
| 07/01/26 | VSA PUR LOWE S 719 CALIFORNIA MD | 19.06 |
| 07/01/26 | VSA PUR AMAZON.COM Q15NQ6OW3 AMZN.COM BILL WA | 36.94 |
| 07/01/26 | VSA PUR CES 533 443-6847600 MD | 53.00 |
| 07/01/26 | VSA PUR AMAZON MKTPL 1M4438GA3 AMZN.COM BILL WA | 59.98 |
| 07/01/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 282.90 |
| 07/02/26 | PUR LOWE S 719 CALIFORNIA MD | 86.09 |
| 07/02/26 | VSA PUR ROYAL FARMS 360 LEXINGTON PAR MD | 64.78 |
| 07/02/26 | VSA PUR FASTOP 54 LUSBY MD | 77.97 |
| 07/02/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 78.72 |
| 07/02/26 | VSA PUR PY MARYLAND SELF STORA 443-968-8394 MD | 990.00 |
| 07/03/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 11.43 |
| 07/03/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 29.25 |
| 07/03/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 30.16 |
| 07/03/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 1,336.78 |
| 07/06/26 | INTERNET TRANSFER FROM CHK 5935 TO CHK 1503 4806867853 | 250.00 |
| 07/06/26 | VSA PUR GORILLANOD INVOICE 15 MY.GORILLANOD MD | 59.76 |

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

LENDER Member FDIC
FINANCIAL SERVICES STATEMENT

Statement Date: **07/31/2026** Account No.: **5935** Page: **3**

## *ELECTRONIC DEBITS (cont.)*

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 07/06/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 79.58 |
| 07/07/26 | INTERNET TRANSFER FROM CHK 5935 TO CHK 1503 5173179281 | 3,500.00 |
| 07/07/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 30.82 |
| 07/07/26 | VSA PUR FASTOP 54 LUSBY MD | 42.03 |
| 07/08/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 38.14 |
| 07/08/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 39.08 |
| 07/08/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 187.26 |
| 07/09/26 | PUR WF WAYFAIR3552116875-N01 BOSTON MA | 2,960.11 |
| 07/09/26 | VSA PUR GORILLANOD INVOICE 15 MY.GORILLANOD MD | 29.08 |
| 07/09/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 33.38 |
| 07/09/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 104.94 |
| 07/09/26 | VSA PUR ABC SUPPLY - 241 301-932-9700 MD | 2,594.23 |
| 07/10/26 | VSA PUR USPS PO 2355620657 LUSBY MD | 3.56 |
| 07/10/26 | VSA PUR WAWA 591 PRINCE FREDER MD | 50.03 |
| 07/10/26 | VSA PUR FASTOP 54 LUSBY MD | 90.00 |
| 07/10/26 | VSA PUR FASTOP 54 LUSBY MD | 110.82 |
| 07/10/26 | VSA PUR ADVANCE AUTO PARTS 739 LUSBY MD | 131.42 |
| 07/10/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 481.33 |
| 07/13/26 | (#) PAID ITEM FEE -0000000142 | 35.00 |
| 07/13/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 14.19 |
| 07/13/26 | VSA PUR CES 533 443-6847600 MD | 28.95 |
| 07/13/26 | VSA PUR CALVERT COUNTY MD SOLID LUSBY MD | 120.46 |
| 07/13/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 258.30 |
| 07/13/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 268.55 |
| 07/14/26 | WIRE TRANSFER FEE FROM HIGGINS MCLEAN, DEBORAH A | 12.00 |
| 07/14/26 | EZRA STRATEGY LL SALE | 750.00 |
| 07/14/26 | THE PATRICK RETT SALE | 3,250.00 |
| 07/15/26 | VSA PUR SNEADES ACE HOME CENTER PRINCE FREDER MD | 16.00 |
| 07/15/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 37.35 |
| 07/15/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 41.08 |
| 07/15/26 | PROG SELECT INS INS PREM | 483.73 |
| 07/15/26 | PROG CASUALTY INS PREM | 1,557.66 |
| 07/15/26 | PSE CONTRACTING SALE | 2,240.00 |
| 07/16/26 | VSA RECUR VBS VONAGE BUSINESS 866-901-0242 GA | 49.53 |
| 07/16/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 55.18 |
| 07/16/26 | VSA PUR FASTOP 56 SAINT LEONARD MD | 100.74 |
| 07/16/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 269.45 |
| 07/16/26 | VSA PUR U S VINYL CORP UPPER MARLBOR MD | 1,620.84 |
| 07/16/26 | ATT PAYMENT | 159.83 |
| 07/17/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 9.06 |
| 07/17/26 | VSA PUR ADOBE INC SAN JOSE CA | 26.48 |
| 07/17/26 | VSA PUR EXXON LUSBY MARKET 109 LUSBY MD | 30.00 |
| 07/17/26 | VSA PUR AMAZON MKTPL EX1585SE3 AMZN.COM BILL WA | 82.65 |
| 07/17/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 149.84 |

**Continued**

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

LENDER Member FDIC
FINANCIAL SERVICES STATEMENT

Statement Date: **07/31/2026** Account No.: **5935** Page: **4**

***ELECTRONIC DEBITS (cont.)***

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 07/17/26 | VSA PUR CARTER MACHINERY - WALD 301-4203700 MD | 496.13 |
| 07/17/26 | VSA PUR CARTER MACHINERY - WALD 301-4203700 MD | 496.13 |
| 07/17/26 | VSA PUR CES 533 443-6847600 MD | 524.67 |
| 07/17/26 | FIRST INSURANCE INSURANCE | 1,360.66 |
| 07/20/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 22.18 |
| 07/20/26 | VSA PUR WAWA 591 PRINCE FREDER MD | 92.47 |
| 07/20/26 | VSA PUR ADVANCE AUTO PARTS 739 LUSBY MD | 182.28 |
| 07/20/26 | VSA PUR SAFELITE STORES PRINCE FREDER MD | 479.58 |
| 07/20/26 | VSA PUR U S VINYL CORP UPPER MARLBOR MD | 7,699.99 |
| 07/21/26 | VSA PUR CALVERT CO GOVT INSPECT 678-7315516 TN | 0.68 |
| 07/21/26 | VSA PUR CALVERT CO GOVT INSPECT 410-5351600 MD | 25.00 |
| 07/21/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 28.78 |
| 07/21/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 57.22 |
| 07/21/26 | VSA PUR CALVERT COUNTY MD SOLID LUSBY MD | 114.77 |
| 07/22/26 | VSA PUR CALVERT CO GOVT INSPECT 678-7315516 TN | 0.68 |
| 07/22/26 | VSA PUR CALVERT CO GOVT INSPECT 410-5351600 MD | 25.00 |
| 07/22/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 31.93 |
| 07/22/26 | VSA PUR 17 PRINCE FREDERICK PR FREDERICK MD | 60.00 |
| 07/22/26 | VSA PUR FASTOP 54 LUSBY MD | 101.06 |
| 07/22/26 | VSA PUR IQ FIBER 904-289-1000 904-569-8457 FL | 125.00 |
| 07/22/26 | VSA PUR CES 533 443-6847600 MD | 335.27 |
| 07/23/26 | VSA PUR CES 533 443-6847600 MD | 161.41 |
| 07/23/26 | VSA PUR HOUZZ PRO PRO.HOUZZ.COM CA | 513.97 |
| 07/23/26 | VSA PUR LOWES 00719 301-737-0232 MD | 1,697.24 |
| 07/24/26 | PUR LOWE S 719 CALIFORNIA MD | 171.14 |
| 07/24/26 | VSA PUR GIANT LLC FUEL 343 LUSBY MD | 26.45 |
| 07/24/26 | VSA PUR THE HOME DEPOT 2563 800-466-3337 MD | 193.10 |
| 07/24/26 | VSA PUR CES 533 443-6847600 MD | 313.74 |
| 07/24/26 | VSA PUR CES 533 443-6847600 MD | 616.91 |
| 07/27/26 | VSA PUR CALVERT CO GOVT INSPECT 678-7315516 TN | 3.32 |
| 07/27/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 22.49 |
| 07/27/26 | VSA PUR PATUXENT WINE SPIRITS LUSBY MD | 26.15 |
| 07/27/26 | VSA PUR AUTOZONE 1120 301-862-3250 MD | 84.25 |
| 07/27/26 | VSA PUR ADVANCE AUTO PARTS 899 PRINCE FREDER MD | 109.16 |
| 07/27/26 | VSA PUR CALVERT CO GOVT INSPECT 410-5351600 MD | 123.00 |
| 07/27/26 | VSA PUR WAWA 592 CALIFORNIA MD | 126.01 |
| 07/27/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 308.58 |
| 07/28/26 | PUR HARBOR FREIGHT TOOLS -N33 CALIFORNIA MD | 23.30 |
| 07/28/26 | VSA PUR FASTOP 54 LUSBY MD | 31.98 |
| 07/28/26 | VSA PUR WAWA 591 PRINCE FREDER MD | 93.04 |
| 07/28/26 | VSA PUR CES 533 443-6847600 MD | 451.88 |
| 07/28/26 | INTUIT * QBOOKS ONL | 283.25 |
| 07/29/26 | VSA PUR CES 533 443-6847600 MD | 22.24 |
| 07/29/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 23.44 |

Statement Date: **07/31/2026** Account No.: **5935** Page: **5**

## *ELECTRONIC DEBITS (cont.)*

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 07/29/26 | VSA PUR SNEADES ACE HOME CENTER PRINCE FREDER MD | 24.78 |
| 07/29/26 | EZRA STRATEGY LL SALE | 750.00 |
| 07/29/26 | THE PATRICK RETT SALE | 3,250.00 |
| 07/30/26 | MOBILE TRANSFER FROM CHK 5935 TO CHK 1503 5725825397 | 50.00 |
| 07/30/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 120.86 |
| 07/30/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 246.96 |
| 07/30/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 636.00 |
| 07/31/26 | VSA PUR SNEADES ACE HOME LUSBY MD | 12.38 |
| 07/31/26 | VSA PUR ADVANCE AUTO PARTS 739 LUSBY MD | 72.07 |
| 07/31/26 | VSA PUR FLOOR AND DECOR 280 CAPITOL HEIGH MD | 93.56 |
| 07/31/26 | VSA PUR LOWES 00719 CALIFORNIA MD | 102.94 |
| 07/31/26 | VSA PUR ST. MARY S LIGHTING LEXINGTON PAR MD | 297.12 |

## *OVERDRAFT FEE SUMMARY*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 06/30/26 was 2,593.16

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01/26 | 7,683.15 | 07/13/26 | 5,907.66 | 07/23/26 | 4,611.14 |
| 07/02/26 | 7,133.48 | 07/14/26 | 29,855.77 | 07/24/26 | 3,289.80 |
| 07/03/26 | 5,740.85 | 07/15/26 | 21,804.95 | 07/27/26 | 2,486.84 |
| 07/06/26 | 9,558.71 | 07/16/26 | 20,496.71 | 07/28/26 | 3,464.01- |
| 07/07/26 | 10,887.55 | 07/17/26 | 17,321.09 | 07/29/26 | 5,939.06 |
| 07/08/26 | 10,623.07 | 07/20/26 | 5,127.70 | 07/30/26 | 7,510.24 |
| 07/09/26 | 3,190.21 | 07/21/26 | 6,965.80 | 07/31/26 | 7,280.47 |
| 07/10/26 | 366.89- | 07/22/26 | 6,286.86 | | |

**This Statement Cycle Reflects 31 Days**

**The Interest Earned And The Annual Percentage Yield Earned Are Based On The Period 07/01/2026 Through 07/31/2026**

**Continued** 

PREMIERBANK
EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

Statement Date: **07/31/2026** Account No.: **5935** Page: **6**

**EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING $5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS. E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.**

# IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/3/2026 5:00:03 PMPT
Receipt Number: 618467195
Deposit Account Number: 5935
Total Transaction Amount: $1447.20
Deposit Channel: Mobile

AMT: 1,447.20 CHK: DATE: 07/06/2026 SEQ: 40000040 STS: Deposit

BACK IMAGE

AMT: 1,447.20 CHK: DATE: 07/06/2026 SEQ: 40000040 STS: Deposit

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/3/2026 5:02:16 PMPT
Receipt Number: 618467196
Deposit Account Number: 5935
Total Transaction Amount: $2760.00
Deposit Channel: Mobile

AMT: 2,760.00 CHK: DATE: 07/06/2026 SEQ: 40000060 STS: Deposit

BACK IMAGE

AMT: 2,760.00 CHK: DATE: 07/06/2026 SEQ: 40000060 STS: Deposit

PREMIERBANK
EXPECT MORE

ENCOMPASS ENTERPRISES LLC
Account No. : 5935
Stmt. Date : 07/31/2026

Bank : 834
Images : 21
Page : 8

# IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/6/2026 5:24:14 PMPT
Receipt Number: 618767467
Deposit Account Number: ____.5935
Total Transaction Amount: $5000.00
Deposit Channel: Mobile

**AMT: 5,000.00 CHK: DATE: 07/07/2026 SEQ: 40000420 STS: Deposit**

BACK IMAGE

**AMT: 5,000.00 CHK: DATE: 07/07/2026 SEQ: 40000420 STS: Deposit**

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/10/2026 2:54:49 PMPT
Receipt Number: 619168359
Deposit Account Number: 5935
Total Transaction Amount: $7000.00
Deposit Channel: Mobile

**AMT: 7,000.00 CHK: DATE: 07/13/2026 SEQ: 40000100 STS: Deposit**

BACK IMAGE

**AMT: 7,000.00 CHK: DATE: 07/13/2026 SEQ: 40000100 STS: Deposit**

## IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/13/2026 3:01:44 PMPT
Receipt Number: 619468737
Deposit Account Number: ____5935
Total Transaction Amount: $15000.00
Deposit Channel: Mobile

**AMT: 15,000.00 CHK: DATE: 07/14/2026 SEQ: 40000080 STS: Deposit**

BACK IMAGE

**AMT: 15,000.00 CHK: DATE: 07/14/2026 SEQ: 40000080 STS: Deposit**

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/15/2026 11:36:38 AMPT
Receipt Number: 619668994
Deposit Account Number: 5935
Total Transaction Amount: $2350.00
Deposit Channel: Mobile

**AMT: 2,350.00 CHK: DATE: 07/15/2026 SEQ: 40000580 STS: Deposit**

BACK IMAGE

**AMT: 2,350.00 CHK: DATE: 07/15/2026 SEQ: 40000580 STS: Deposit**

## IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/22/2026 2:04:19 PMPT
Receipt Number: 620369771
Deposit Account Number: 5935
Total Transaction Amount: $2625.00
Deposit Channel: Mobile

**AMT: 2,625.00 CHK: DATE: 07/23/2026 SEQ: 40000040 STS: Deposit**

BACK IMAGE

**AMT: 2,625.00 CHK: DATE: 07/23/2026 SEQ: 40000040 STS: Deposit**

Record Of Deposit

Institution: Premier Bank National Association
Date: 7/29/2026 5:16:32 PMPT
Receipt Number: 621070580
Deposit Account Number: ___ 5935
Total Transaction Amount: $2625.00
Deposit Channel: Mobile

**AMT: 2,625.00 CHK: DATE: 07/30/2026 SEQ: 40000110 STS: Deposit**

BACK IMAGE

**AMT: 2,625.00 CHK: DATE: 07/30/2026 SEQ: 40000110 STS: Deposit**

PREMIERBANK
EXPECT MORE

| | | | |
|---|---|---|---|
| ENCOMPASS ENTERPRISES LLC | | Bank : | 834 |
| Account No. : | 5935 | Images : | 21 |
| Stmt. Date : | 07/31/2026 | Page : | 11 |

## IMAGE STATEMENT



Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862

000135

DATE 6/23/26

PAY TO THE ORDER OF Ralph Almarez $ 2507.30

Two Thousand Five Hundred and Seven 30/100 DOLLARS

PremierBank
16802 Burke Street
Omaha, NE 68118

MEMO

[redacted]

**AMT: 2,507.30 CHK: 135 DATE: 07/02/2026 SEQ: 80002570 STS: Paid**



>255077736<
Cedar Point FCU
7/1/2026 08:04:13 BRANCH: 0114
BATCH: 29014 Teller: mczickefoose

**AMT: 2,507.30 CHK: 135 DATE: 07/02/2026 SEQ: 80002570 STS: Paid**



Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862

000140

DATE 7/2/26

PAY TO THE ORDER OF Jim Mack $ 1200.99

One Thousand Two Hundred 99/100 DOLLARS

PremierBank
16802 Burke Street
Omaha, NE 68118

MEMO 7/6 Payroll

[redacted]

**AMT: 1,200.99 CHK: 140 DATE: 07/07/2026 SEQ: 80102340 STS: Paid**



FOR MOBILE DEPOSIT ONLY
PNC BANK
7-6-26

**AMT: 1,200.99 CHK: 140 DATE: 07/07/2026 SEQ: 80102340 STS: Paid**

PREMIERBANK
EXPECT MORE

**ENCOMPASS ENTERPRISES LLC** | **Bank :** 834
**Account No. :** 5935 | **Images :** 21
**Stmt. Date :** 07/31/2026 | **Page :** 12

# IMAGE STATEMENT


Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862
000141
DATE 7/6/26
PAY TO THE ORDER OF Cire Perea $ 1711.12
One Thousand Seven Hundred eleven 12/100 DOLLARS
PremierBank
15602 Burke Street
Omaha, NE 68118
MEMO Paycheck 7/3
[redacted]

**AMT: 1,711.12 CHK: 141 DATE: 07/09/2026 SEQ: 80000780 STS: Paid**


20260708 004600967467 04000424001
20260708 004600967467 04000424001
For deposit only

**AMT: 1,711.12 CHK: 141 DATE: 07/09/2026 SEQ: 80000780 STS: Paid**


Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862
000142
DATE 7/7/26
PAY TO THE ORDER OF Ralph Alvarez $ 2239.94
Two Thousand Two Hundred Thirty Nine 94/100 DOLLARS
PremierBank
15602 Burke Street
Omaha, NE 68118
MEMO 7/5 Paycheck/Reimbursement
[redacted]

**AMT: 2,239.94 CHK: 142 DATE: 07/10/2026 SEQ: 80000810 STS: Paid**


>255077736<
Cedar Point FCU
7/8/2026 08:00:19 BRANCH: 0114
BATCH: 28801 Teller: npjenkins

**AMT: 2,239.94 CHK: 142 DATE: 07/10/2026 SEQ: 80000810 STS: Paid**

PREMIERBANK
EXPECT MORE

**ENCOMPASS ENTERPRISES LLC** | **Bank :** 834
**Account No. :** 5935 | **Images :** 21
**Stmt. Date :** 07/31/2026 | **Page :** 13

**IMAGE STATEMENT**




**AMT: 450.00 CHK: 143 DATE: 07/10/2026 SEQ: 80002840 STS: Paid**




**AMT: 450.00 CHK: 143 DATE: 07/10/2026 SEQ: 80002840 STS: Paid**




**AMT: 25.00 CHK: 144 DATE: 07/15/2026 SEQ: 80100740 STS: Paid**




**AMT: 25.00 CHK: 144 DATE: 07/15/2026 SEQ: 80100740 STS: Paid**

PREMIERBANK
EXPECT MORE

**ENCOMPASS ENTERPRISES LLC** | **Bank :** 834
**Account No. :** 5935 | **Images :** 21
**Stmt. Date :** 07/31/2026 | **Page :** 14

## IMAGE STATEMENT



Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862

000145

DATE July 14, 2026

PAY TO THE ORDER OF Chesapeake Carpentry $ 6,000.00

Six Thousand DOLLARS

PremierBank
16802 Burke Street
Omaha, NE 68118

MEMO McLean

[redacted]

**AMT: 6,000.00 CHK: 145 DATE: 07/15/2026 SEQ: 80102370 STS: Paid**



For PNC Mobile Deposit only

FOR MOBILE DEPOSIT ONLY
PNC BANK

**AMT: 6,000.00 CHK: 145 DATE: 07/15/2026 SEQ: 80102370 STS: Paid**



Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862

000146

DATE 7/17/26

PAY TO THE ORDER OF $ 1711.12

One Thousand Seven Hundred Eleven 12/xx DOLLARS

PremierBank
16802 Burke Street
Omaha, NE 68118

MEMO 7/17 Pay

[redacted]

**AMT: 1,711.12 CHK: 146 DATE: 07/20/2026 SEQ: 80002350 STS: Paid**



20260717 004700164043 04000424004

20260717 004700164043 04000424004

ENDORSE HERE

**AMT: 1,711.12 CHK: 146 DATE: 07/20/2026 SEQ: 80002350 STS: Paid**

PREMIERBANK
EXPECT MORE



# IMAGE STATEMENT



Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862

000147

DATE 7/17/26

PAY TO THE ORDER OF Tim Marck $ 2005 77

DOLLARS

PremierBank
16802 Burke Street
Omaha, NE 68118

MEMO 7/17 Paycheck

[redacted]

**AMT: 2,005.77 CHK: 147 DATE: 07/20/2026 SEQ: 80000810 STS: Paid**



FOR MOBILE DEPOSIT ONLY
PNC BANK

**AMT: 2,005.77 CHK: 147 DATE: 07/20/2026 SEQ: 80000810 STS: Paid**



Encompass Enterprises LLC.
12660 Mill Creek Drive
Lusby Md 20657
443 771 2862

000148

DATE 7/17/26

PAY TO THE ORDER OF $ 1923.10

DOLLARS

PremierBank
16802 Burke Street
Omaha, NE 68118

MEMO 7/17/26 Pay

[redacted]

**AMT: 1,928.10 CHK: 148 DATE: 07/23/2026 SEQ: 80000850 STS: Paid**



>255077736<
Cedar Point FCU
7/21/2026 08:02:37 BRANCH: 0114
BATCH: 28918 Teller: mczickefoose

**AMT: 1,928.10 CHK: 148 DATE: 07/23/2026 SEQ: 80000850 STS: Paid**

**IMAGE STATEMENT**




AMT: 5,067.40 CHK: 149 DATE: 07/28/2026 SEQ: 80102600 STS: Paid




AMT: 5,067.40 CHK: 149 DATE: 07/28/2026 SEQ: 80102600 STS: Paid




AMT: 1,500.00 CHK: 152 DATE: 07/21/2026 SEQ: 80201380 STS: Paid




AMT: 1,500.00 CHK: 152 DATE: 07/21/2026 SEQ: 80201380 STS: Paid

PREMIERBANK
EXPECT MORE

**ENCOMPASS ENTERPRISES LLC** **Bank :** 834
**Account No. :** 5935 **Images :** 21
**Stmt. Date :** 07/31/2026 **Page :** 17

## IMAGE STATEMENT




**AMT: 2,666.47 CHK: 154 DATE: 07/29/2026 SEQ: 80400080 STS: Paid**



**AMT: 2,666.47 CHK: 154 DATE: 07/29/2026 SEQ: 80400080 STS: Paid**

PREMIERBANK
EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

ENCOMPASS ENTERPRISES LLC
DEBTOR IN POSSESSION
CASE NO 26-11403
PAYROLL ACCOUNT
12660 MILL CREEK DRIVE
LUSBY MD 20657

Statement Date: **07/31/2026** Account No.: **1503** Page: **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 1503 | | DIP | Deposit | 7.82 |

**Your Total Deposits = 7.82 And Your Total Loans = .00**

## DIP SUMMARY

**Type : REG Status : Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 06/30/26 | | 28.50 |
| Debits | | 0.00 |
| Automatic Withdrawals | 4 | 11,364.34 |
| Automatic Deposits | 3 | 3,800.00+ |
| Miscellaneous Fees | 7 | 125.00 |
| Miscellaneous Credits | 2 | 7,668.66+ |
| Ending Balance On 07/31/26 | | 7.82 |
| **Annual Percentage Yield Earned** | **0.00%** | |
| **Interest Paid This Year** | **0.41** | |
| **Average Balance (Ledger)** | **20.78+** | |

**Direct Inquiries About Electronic Entries To:**
Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 07/06/26 | INTERNET TRANSFER FROM CHK 5935 TO CHK 1503 4806867853 | 250.00 |
| 07/07/26 | INTERNET TRANSFER FROM CHK 5935 TO CHK 1503 5173179281 | 3,500.00 |
| 07/21/26 | RETURN CHECK OR ITEM GUSTO TAX 452360 | 3,834.33 |
| 07/24/26 | RETURN CHECK OR ITEM GUSTO TAX 569437 | 3,834.33 |
| 07/30/26 | MOBILE TRANSFER FROM CHK 5935 TO CHK 1503 5725825397 | 50.00 |

## ELECTRONIC DEBITS

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 07/02/26 | GUSTO FEE 505879 | 210.56 |
| 07/03/26 | (#) PAID ITEM FEE GUSTO FEE 505879 | 35.00 |
| 07/03/26 | (#) OVERDRAFT FEE | 5.00 |

**Continued**

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC
FINANCIAL SERVICES STATEMENT

Statement Date: **07/31/2026** Account No.: **1503** Page: **2**

## *ELECTRONIC DEBITS (cont.)*

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 07/07/26 | GUSTO TAX 836524 | 3,485.12 |
| 07/20/26 | GUSTO TAX 452360 | 3,834.33 |
| 07/21/26 | RETURN ITEM FEE | 35.00 |
| 07/23/26 | GUSTO TAX 569437 | 3,834.33 |
| 07/24/26 | RETURN ITEM FEE | 35.00 |
| 07/27/26 | (#) OVERDRAFT FEE | 5.00 |
| 07/28/26 | (#) OVERDRAFT FEE | 5.00 |
| 07/29/26 | (#) OVERDRAFT FEE | 5.00 |

## *OVERDRAFT FEE SUMMARY*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $55.00 | $95.00 |
| Total Returned Item Fees | $70.00 | $70.00 |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 06/30/26 was 28.50

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/02/26 | 182.06- | 07/20/26 | 3,791.51- | 07/27/26 | 32.18- |
| 07/03/26 | 222.06- | 07/21/26 | 7.82 | 07/28/26 | 37.18- |
| 07/06/26 | 27.94 | 07/23/26 | 3,826.51- | 07/29/26 | 42.18- |
| 07/07/26 | 42.82 | 07/24/26 | 27.18- | 07/30/26 | 7.82 |

**This Statement Cycle Reflects 31 Days**

**The Interest Earned And The Annual Percentage Yield Earned Are Based On The Period 07/01/2026 Through 07/31/2026**

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

Statement Date: **07/31/2026** Account No.: **1503** Page: **3**

**EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING $5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS. E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.**