**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing: YES
Exhibits Filed: NO

PROCEEDING MEMO − CHAPTER 11

**Case: 26-11403-MCR** Date: 9/3/26 at 10:00 a.m.
**ENCOMPASS ENTERPRISES**

Appearances: Jeffrey R. Scholnick, counsel for movants, Miles and Janet Lamb
Steven R. Fox, counsel for Debtor
Christopher L. Rogan, counsel for Debtor

Also present: Miles Lamb, movant

[102] Motion for Relief from Stay and Notice of Motion Re: Maryland Home Improvement Commission Complaint. Fee Amount $199. Notice Served on 7/31/2026, Filed by Miles & Janet Lamb. Objections due by 08/14/2026. with three additional calendar days allowed if all parties are not served electronically.

[110] Opposition on behalf of Encompass Enterprises LLC Filed by Christopher L. Rogan

[113] Response on behalf of Miles & Janet Lamb Filed by Jeffrey R. Scholnick

COMMENTS: The parties agreed there are no facts relevant to the motion that are in dispute. The Court applied the standard set forth in *Robbins v. Robbins (In re Robbins)*, 964 F.2d 342 (4th Cir. 1992), and concluded that the purported MHIC claim involves only issues of state law but that judicial economy would not be served by modifying the stay and the estate cannot be protected by requiring the movants' claim to be enforced in the bankruptcy proceeding.

The Court denied the motion without prejudice to the movants refiling the motion if the circumstances change.

The Court encouraged the parties to consider mediation or another alternative form of resolving the movants' alleged claim.

The Court instructed the movants to file an amended proof of claim using the official claim form as required by the Bankruptcy Rules.

DISPOSITION: Hearing held. Motion [102] denied without prejudice. Debtor to upload proposed order. Movants to file amended claim using official proof of claim form.