Entered: September 16th, 2026

Signed: September 15th, 2026

**SO ORDERED**

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In Re: | ) | |
| ENCOMPASS ENTERPRISES LLC | ) | Case No. 26 - 11403 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH CLAIM THROUGH MARYLAND HOME IMPROVEMENT COMISSION**

**UPON CONSIDERATION** of the *Motion For Relief From Automatic Stay To Proceed With Claim Through Maryland Home Improvement Commission* (Docket No. 102) (the "Motion"), filed by movants Janet and Miles Lamb (the "Movants"), *Debtor's Response and Opposition to Motion for Relief from Stay* (Docket No. 110), filed by Debtor Encompass Enterprises LLC (the "Debtor"), and the Movant's *Reply in Support of*

*Motion for Relief from the Automatic Stay to Proceed with Claim Through the Maryland Home Improvement Commission* (Docket No. 113), and the arguments of counsel at the hearing on the Motion held on September 3, 2026; and it appearing therefrom and for the reasons stated on the record, that the Motion should be denied, without prejudice.

It is therefore, by this Court

ORDERED that the Motion is DENIED, without prejudice, for the reasons stated by the Court on the record.

END of ORDER.

cc: Steven R. Fox, Esq. (via ECF)
Christopher L. Rogan (via ECF)
Jeffrey R. Scholnick, Esq. (via ECF)
Courtney Morgan, Esq., Office of US Trustee – Greenbelt (via ECF)
Encompass Enterprise, LLC
Eugene Benton, Manager
12660 Mill Creek Drive
Lusby, MD 20657