Entered: September 28th, 2026
Signed: September 28th, 2026

**SO ORDERED**

Maria Ellena Chavez-Ruark
MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>ENCOMPASS ENTERPRISES LLC,<br><br>Debtor. | Case Number: 26-11403-MCR<br>(Chapter 11) |

ORDER TO SHOW CAUSE WHY CLAIM NO. 14-1 SHOULD NOT BE STRICKEN

On February 10, 2026, Encompass Enterprises LLC (the "Debtor") commenced the above-captioned proceeding with the filing of a Chapter 11 Voluntary Petition. On April 9, 2026, Janet and Miles Lamb (the "Claimants") filed Proof of Claim No. 14-1 (the "Proof of Claim") which asserts a claim against the Debtor in the amount of $131,314.76. In filing the Proof of Claim, the Claimants did not use the official proof of claim form as required by Bankruptcy Rules 3001(a) and 9009(a). Fed. R. Bankr. P. 3001(a), 9009(a).

The Court held a hearing on September 3, 2026, at which the Court advised the Claimants' counsel to file an amended Proof of Claim using the official proof of claim form, and the Claimants' counsel assured the Court that he would do so promptly. As a courtesy to counsel, the presiding Judge's staff emailed the Claimants' counsel to remind him to file the

amended Proof of Claim, and again, the Claimants' counsel assured the Court that he would do so promptly. As of the date of this Order, the Claimants have not filed the amended Proof of Claim. Upon consideration of the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within fourteen (14) days of the date of this Order, the Claimants shall show cause, in a writing filed with the Court, why they should be excused from complying with the Federal Rules of Bankruptcy Procedure in filing the Proof of Claim; and it is further

ORDERED, that this Order to Show Cause shall automatically dissolve if, within fourteen (14) days, the Claimants file an amended Proof of Claim in compliance with Bankruptcy Rules 3001(a) and 9009(a); and it is further

ORDERED, that if the Claimants fail to timely respond to this Order to Show Cause or file a compliant amended Proof of Claim, the Court will strike the Proof of Claim without further notice or a hearing.

cc: Debtor – Encompass Enterprises LLC
Debtor's counsel – Steven R. Fox and Christopher L. Rogan
Claimants – Miles and Janet Lamb
Counsel to Claimants – Jeffrey R. Scholnick
Office of the United States Trustee
All creditors and parties in interest

**END OF ORDER**