**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| ENCOMPASS ENTERPRISES LLC | * | CASE NO.: 26-1-1403-MCR<br>(Chapter 11) |
| Debtor | * | |
| * * * * * * | * | |
| ALLY FINANCIAL<br>5847 SAN FELIPE, STE 1200<br>HOUSTON TX, 77057 | *<br>*<br><br>* | |
| Movant | * | |
| v. | * | |
| ENCOMPASS ENTERPRISES LLC<br>PO BOX 357<br>LUSBY MARYLAND, 20657 | <br>*<br>* | |
| Respondent | * | |

* * * * * * * * * * * * *

**MOTION SEEKING RELIEF FROM AUTOMATIC STAY**
2014 RAM 1500

Ally Financial, Movant, by Michael J. Klima, Jr., its attorney, files this Motion Seeking Relief from Automatic Stay, and says:

1. This Court has jurisdiction of this action pursuant to 11 U.S.C. §362(d) and 28 U.S.C. §§157(b) and 1334.

2. This is a contested matter governed by Bankruptcy Rules 4001 and 9014 and Local Bankruptcy Rule 4001-1, and is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

3. On February 10, 2026, Encompass Enterprises LLC, the Respondent, initiated proceedings in this Court seeking relief under Chapter 11 of the Bankruptcy Code, in

Case No. 26-1-1403-MCR.

4. Property of the bankruptcy estate includes one 2014 RAM 1500, serial number 1C6RR7KT7ES466573.

5. On or about December 08, 2021, Respondent purchased said vehicle from FALPM, INC., by virtue of a contract and security agreement, a copy of which is attached hereto and incorporated herein by reference. Said contract and security agreement was contemporaneously assigned to Movant, as shown on the face thereof.

6. Movant reserved unto itself the perfected purchase money security interest in said vehicle, as shown by the attached Maryland Motor Vehicle Record Information.

7. Movant lawfully repossessed the vehicle pre-petition and it is currently in Movant's possession.

8. At the time of the filing of this Motion, there remains due and owing to Movant a balance of $16,459.47.

9. Respondent is now in default on the payments due under the aforesaid Contract in the amount of $7,599.96. Movant's account of the Respondent`s payments to it which indicates the same is attached hereto.

10. Respondent holds no equity in said vehicle because Movant's lien exceeds the market value of the same, and/or an inadequate equity cushion exists. According to the September, 2026, edition of the J.D. Power Used Car Guide, the wholesale value of the vehicle is $12,025.00.

11. Movant's interest in said vehicle is not adequately protected and it has been and continues to be irreparably injured by the automatic stay, which prevents Movant from enforcing its rights as a secured creditor pursuant to the aforesaid contract and security agreement and the laws of Maryland, while it is not receiving adequate payments and the market value of said vehicle is rapidly depreciating.

12. The automatic stay should be terminated for cause, to allow Movant to liquidate the aforesaid vehicle.

13. The vehicle is not necessary to Respondent's effective reorganization.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it the following relief:

a. Terminate the automatic stay, to allow Movant to dispose of the aforesaid 2014 RAM 1500; and

b. Grant Movant such other and further relief as may be necessary and just, including its attorneys' fees, expenses and costs.

/s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410) 768-2280
Attorney for Movant
27-26967-0