# Exhibit "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **ENCOMPASS ENTERPRISES LLC** | ) | **Case No. 26 - 11403** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**ORDER AUTHORIZING CONTINUED USE OF CASH**
**COLLATERAL AND PROVIDING ADEQUATE PROTECTION**

THIS MATTER came before the Court for a continued hearing on October 29, at 1:00 p.m., pursuant to the Debtor's THIRD MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION (the "Motion"), and the Court having considered the relief requested in the Motion, and statements of counsel and all interested parties present before the Court, and there being due and sufficient notice of the hearing on the Motion, it is found:

1. On February 10, 2026 (the "Petition Date"), Encompass Enterprises LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate and manage its business as a debtor-in-possession.
2. Notice of the Motion on this hearing was adequate.
3. The Debtor asserts that, as of the Petition Date, the Internal Revenue Service held what appears to be a valid, first priority secured claim on the Debtor's cash collateral, including cash and accounts receivable, by virtue of multiple liens filed with the Circuit Court for Calvert County, Maryland.
4. Other creditors assert what appear to be junior interests in the Debtor's cash collateral. Those creditors are identified in the Motion. The Court makes no findings as to the extent, validity or priority of any liens on the Debtor's cash collateral at this time.
5. It is essential to the Debtor's business and operations, and to preserve on of the value of its assets, that the Debtor obtain an order authorizing it to use cash receipts to pay business expenses necessary to avoid irreparable harm. Without the use of cash collateral, the Debtor will suffer irreparable harm and the value of its assets will greatly diminish or be destroyed.
6. It is in the best interests of the estate, the IRS, all creditors, and other parties-in-interest that the Debtor be authorized to use cash collateral on the terms and conditions set forth herein.
7. The terms of the use of cash collateral are fair and reasonable and provide sufficient adequate protection to the IRS through the proposed period.
8. The Debtor has demonstrated there is a reasonable likelihood that it will prevail on the merits at the final hearing on the Motion. 11 U.S.C. Section 363(c)(3).

Good cause appearing, the Court orders as follows:

It is ORDERED that the Debtor's Motion is hereby GRANTED on an interim basis.

The Debtor is authorized to use cash collateral, on an interim basis from October 30, 2026 through June 25, 2027, in accordance with the terms of the Motion and the budget attached thereto.

The provisions for variances, carryforwards and application of excess gross revenues contained in the Motion are approved. If the Debtor seeks to vary from the budget beyond the percentages proposed in the Motion and provides to the Internal Revenue Service ("IRS") the variance request as proposed in the Motion, then (1) the IRS shall have three business days to consider whether to approve the variance and (2) the Debtor shall concurrently provide to the U.S. Trustee and any committee appointed by the Court a copy of the variance request that the Debtor provides to the IRS.

As for adequate protection, the IRS is granted a replacement lien which shall attach to the same post-petition property of the estate as its tax lien attached to prepetition property of the Debtor, and with the same validity, priority and description as that prepetition lien.

Specialty Capital shall receive a replacement lien under 11 U.S.C. § 361(2) in the Debtor's post-petition cash collateral and proceeds thereof, to the extent that such party holds such an interest (excluding the Debtor's rights under Sections 544, 545, 546, 547, 548, 549 and 550 of title 11, to the same extent and priority as its purported interest of whatever nature in the Debtor's pre-petition cash collateral and the proceeds thereof.

Nothing contained herein shall be deemed or construed to (a) limit the parties to the relief granted herein; (b) bar the parties from seeking other and further relief (including without limitation relief from the terms of this Order) for cause; or (c) prevent the Debtor or any other creditor or party-in-interest from challenging the lien of any secured creditor and/or the priority of any such lien. The Order may be modified for cause shown by any party-in-interest on due notice.

The replacement liens granted herein shall become and are duly perfected without the necessity for the execution, filing or recording of financing statements, security agreements and other documents which might otherwise be required pursuant to applicable non-bankruptcy law for the creation or perfection of such liens.

A further hearing on the use of cash collateral will be held on _______ __, 2027 at _:_0 _.m. Eastern Standard Time. The Debtor shall file supplemental papers, including a budget and proposed order, on or before ________ __, 2027. The hearing will be held by videoconference. If an objection to the Motion is filed then the hearing may be held in-person at the U.S. Bankruptcy Court, 6500 Cherrywood Lane Suite 300, Greenbelt, MD 20770. Oppositions, if any, must be filed with the Court and served on the Debtor, the Internal Revenue Service, Specialty Capital and the U.S. Trustee not later than 14 days prior to the hearing date.

The Debtor shall serve a copy of this Order and Notice by first class mail or ECF within three (3) business day from the date hereof, on (1) the United States Trustee; (2) all known secured creditors; and (3) Debtor's twenty (20) largest unsecured creditors. The Debtor shall file with the Clerk a Certificate of Service of said service.

CC Debtor
Debtor's counsel
Courtney Morgan, Esq., Office of US Trustee

**END OF ORDER**

# Exhibit "B"

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| For the week ending | | Week 24 10/02/26 | Week 25 10/09/26 | Week 26 10/16/26 | Week 27 10/23/26 | Week 28 10/30/26 | Week 29 11/06/26 |
|---|---|---|---|---|---|---|---|
| Cash Receipts | | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **Total Cash Receipts** | | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** |
| **Disbursements** | | | | | | | |
| Advertising/Marketing/Dues&Subs | | 100 | | 100 | | | 100 |
| Automobile | | 400 | 400 | 400 | 400 | 400 | 400 |
| Bookkeeping | | 750 | | 750 | | | 750 |
| Computer/Internet/Telephone | | 250 | | 300 | | | 250 |
| Cost of Goods | | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 |
| Payroll - COGS | | | 6,000 | | 6,000 | | 6,000 |
| Payroll Expenses & Payroll Taxes | | | 10,000 | | 10,000 | | 10,000 |
| Rent | | 1,035 | | | | | 1,035 |
| Insurance | | 3,200 | 800 | | | | 3,200 |
| Admin/Office/Licenses/Fees/Supplies | | 2,000 | | | | | 2,000 |
| Utilities | | | | | 450 | | |
| US Trustee Fees | | | | | | 1,750 | |
| IRS Payment | | 1,000 | | | | | 1,000 |
| Total Disbursements | | 24,135 | 32,600 | 16,950 | 32,250 | 17,550 | 40,135 |
| Net Operating Cash Flows | | 3,865 | (4,600) | 11,050 | (4,250) | 10,450 | (12,135) |
| Beginning Cash | | 15,250 | 19,115 | 14,515 | 25,565 | 21,315 | 31,765 |
| Projected Ending Cash | | 19,115 | 14,515 | 25,565 | 21,315 | 31,765 | 19,630 |

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| | Week 30 | Week 31 | Week 32 | Week 33 | Week 34 | Week 35 |
|---|---|---|---|---|---|---|
| For the week ending | 11/13/26 | 11/20/26 | 11/27/26 | 12/04/26 | 12/11/26 | 12/18/26 |
| Cash Receipts | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **Total Cash Receipts** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** |
| **Disbursements** | | | | | | |
| Advertising/Marketing/Dues&Subs | | 100 | | 100 | | 100 |
| Automobile | 400 | 400 | 400 | 400 | 400 | 400 |
| Bookkeeping | | 750 | | 750 | | 750 |
| Computer/Internet/Telephone | | 300 | | 250 | | 300 |
| Cost of Goods | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 |
| Payroll - COGS | | 6,000 | | 6,000 | | 6,000 |
| Payroll Expenses & Payroll Taxes | | 10,000 | | 10,000 | | 10,000 |
| Rent | | | | 1,035 | | |
| Insurance | 800 | | | 3,200 | 800 | |
| Admin/Office/Licenses/Fees/Supplies | | | | 2,000 | | |
| Utilities | | | 450 | | | |
| US Trustee Fees | | | | | | |
| IRS Payment | | | | 1,000 | | |
| Total Disbursements | 16,600 | 32,950 | 16,250 | 40,135 | 16,600 | 32,950 |
| Net Operating Cash Flows | 11,400 | (4,950) | 11,750 | (12,135) | 11,400 | (4,950) |
| Beginning Cash | 19,630 | 31,030 | 26,080 | 37,830 | 25,695 | 37,095 |
| Projected Ending Cash | 31,030 | 26,080 | 37,830 | 25,695 | 37,095 | 32,145 |

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 | Week 41 |
|---|---|---|---|---|---|---|
| For the week ending | 12/25/26 | 01/01/27 | 01/08/27 | 01/15/27 | 01/22/27 | 01/29/27 |
| Cash Receipts | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **Total Cash Receipts** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** |
| **Disbursements** | | | | | | |
| Advertising/Marketing/Dues&Subs | | 100 | | 100 | | |
| Automobile | 400 | 400 | 400 | 400 | 400 | 400 |
| Bookkeeping | | 750 | | 750 | | |
| Computer/Internet/Telephone | | 250 | | 300 | | |
| Cost of Goods | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 |
| Payroll - COGS | | 6,000 | | 6,000 | | 6,000 |
| Payroll Expenses & Payroll Taxes | | 10,000 | | 10,000 | | 10,000 |
| Rent | | 1,035 | | | | |
| Insurance | | 3,200 | 800 | | | |
| Admin/Office/Licenses/Fees/Supplies | | 2,000 | | | | |
| Utilities | 450 | | | | 450 | |
| US Trustee Fees | | | | | | 1,450 |
| IRS Payment | | 1,000 | | | | 1,000 |
| Total Disbursements | 16,250 | 40,135 | 16,600 | 32,950 | 16,250 | 34,250 |
| Net Operating Cash Flows | 11,750 | (12,135) | 11,400 | (4,950) | 11,750 | (6,250) |
| Beginning Cash | 32,145 | 43,895 | 31,760 | 43,160 | 38,210 | 49,960 |
| Projected Ending Cash | 43,895 | 31,760 | 43,160 | 38,210 | 49,960 | 43,710 |

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 |
|---|---|---|---|---|---|---|
| For the week ending | 02/05/27 | 02/12/27 | 02/19/27 | 02/26/27 | 03/05/27 | 03/12/27 |
| Cash Receipts | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **Total Cash Receipts** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** |
| **Disbursements** | | | | | | |
| Advertising/Marketing/Dues&Subs | 100 | | 100 | | 100 | |
| Automobile | 400 | 400 | 400 | 400 | 400 | 400 |
| Bookkeeping | 750 | | 750 | | 750 | |
| Computer/Internet/Telephone | 250 | | 300 | | 250 | |
| Cost of Goods | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 |
| Payroll - COGS | | 6,000 | | 6,000 | | 6,000 |
| Payroll Expenses & Payroll Taxes | | 10,000 | | 10,000 | | 10,000 |
| Rent | 1,035 | | | | 1,035 | |
| Insurance | 3,200 | 800 | | | 3,200 | 800 |
| Admin/Office/Licenses/Fees/Supplies | 2,000 | | | | 2,000 | |
| Utilities | | | | 450 | | |
| US Trustee Fees | | | | | | |
| IRS Payment | 1,000 | | | | 1,000 | |
| Total Disbursements | 24,135 | 32,600 | 16,950 | 32,250 | 24,135 | 32,600 |
| Net Operating Cash Flows | 3,865 | (4,600) | 11,050 | (4,250) | 3,865 | (4,600) |
| Beginning Cash | 43,710 | 47,575 | 42,975 | 54,025 | 49,775 | 53,640 |
| Projected Ending Cash | 47,575 | 42,975 | 54,025 | 49,775 | 53,640 | 49,040 |

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| | Week 48 | Week 49 | Week 50 | Week 51 | Week 52 | Week 53 |
|---|---|---|---|---|---|---|
| For the week ending | 03/19/27 | 03/26/27 | 04/02/27 | 04/09/27 | 04/16/27 | 04/23/27 |
| Cash Receipts | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **Total Cash Receipts** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** |
| **Disbursements** | | | | | | |
| Advertising/Marketing/Dues&Subs | 100 | | 100 | | 100 | |
| Automobile | 400 | 400 | 400 | 400 | 400 | 400 |
| Bookkeeping | 750 | | 750 | | 750 | |
| Computer/Internet/Telephone | 300 | | 250 | | 300 | |
| Cost of Goods | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 |
| Payroll - COGS | | 6,000 | | 6,000 | | 6,000 |
| Payroll Expenses & Payroll Taxes | | 10,000 | | 10,000 | | 10,000 |
| Rent | | | 1,035 | | | |
| Insurance | | | 3,200 | 800 | | |
| Admin/Office/Licenses/Fees/Supplies | | | 2,000 | | | |
| Utilities | | 450 | | | | 450 |
| US Trustee Fees | | | | | | |
| IRS Payment | | | 1,000 | | | |
| Total Disbursements | 16,950 | 32,250 | 24,135 | 32,600 | 16,950 | 32,250 |
| Net Operating Cash Flows | 11,050 | (4,250) | 3,865 | (4,600) | 11,050 | (4,250) |
| Beginning Cash | 49,040 | 60,090 | 55,840 | 59,705 | 55,105 | 66,155 |
| Projected Ending Cash | 60,090 | 55,840 | 59,705 | 55,105 | 66,155 | 61,905 |

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| For the week ending | Week 54<br>04/30/27 | Week 55<br>05/07/27 | Week 56<br>05/14/27 | Week 57<br>05/21/27 | Week 58<br>05/28/27 | Week 59<br>06/04/27 |
|---|---|---|---|---|---|---|
| Cash Receipts | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **Total Cash Receipts** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** | **28,000** |
| **Disbursements** | | | | | | |
| Advertising/Marketing/Dues&Subs | | 100 | | 100 | | 100 |
| Automobile | 400 | 400 | 400 | 400 | 400 | 400 |
| Bookkeeping | | 750 | | 750 | | 750 |
| Computer/Internet/Telephone | | 250 | | 300 | | 250 |
| Cost of Goods | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 | 15,400 |
| Payroll - COGS | | 6,000 | | 6,000 | | 6,000 |
| Payroll Expenses & Payroll Taxes | | 10,000 | | 10,000 | | 10,000 |
| Rent | | 1,035 | | | | 1,035 |
| Insurance | | 3,200 | 800 | | | 3,200 |
| Admin/Office/Licenses/Fees/Supplies | | 2,000 | | | | 2,000 |
| Utilities | | | | | 450 | |
| US Trustee Fees | 1,250 | | | | | |
| IRS Payment | 1,000 | 1,000 | | | | 1,000 |
| Total Disbursements | 18,050 | 40,135 | 16,600 | 32,950 | 16,250 | 40,135 |
| Net Operating Cash Flows | 9,950 | (12,135) | 11,400 | (4,950) | 11,750 | (12,135) |
| Beginning Cash | 61,905 | 71,855 | 59,720 | 71,120 | 66,170 | 77,920 |
| Projected Ending Cash | 71,855 | 59,720 | 71,120 | 66,170 | 77,920 | 65,785 |

Encompass Enterprises
Projection of Cash Receipts and Disbursements
From Weeks Ending 10/02/26 through 06/25/27

| For the week ending | Week 60<br>06/11/27 | Week 61<br>06/18/27 | Week 62<br>06/25/27 | **Totals** |
|---|---|---|---|---|
| Cash Receipts | 28,000 | 28,000 | 28,000 | 1,092,000 |
| **Total Cash Receipts** | **28,000** | **28,000** | **28,000** | **1,092,000** |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | | 100 | | 1,800 |
| Automobile | 400 | 400 | 400 | 15,600 |
| Bookkeeping | | 750 | | 13,500 |
| Computer/Internet/Telephone | | 300 | | 4,950 |
| Cost of Goods | 15,400 | 15,400 | 15,400 | 600,600 |
| Payroll - COGS | | 6,000 | | 114,000 |
| Payroll Expenses & Payroll Taxes | | 10,000 | | 190,000 |
| Rent | | | | 9,315 |
| Insurance | 800 | | | 36,000 |
| Admin/Office/Licenses/Fees/Supplies | | | | 18,000 |
| Utilities | | | 450 | 4,050 |
| US Trustee Fees | | | | 4,450 |
| IRS Payment | | | | 11,000 |
| Total Disbursements | 16,600 | 32,950 | 16,250 | 1,023,265 |
| Net Operating Cash Flows | 11,400 | (4,950) | 11,750 | 68,735 |
| Beginning Cash | 65,785 | 77,185 | 72,235 | |
| Projected Ending Cash | 77,185 | 72,235 | 83,985 | |

| AR Summary | |
|---|---|
| AR at date of filing: | 119,363 |
| + Invoicing | 1,260,000 |
| - Cash receipts | 1,092,000 |
| = Ending AR | 287,363 |

**Footnotes:**

| | |
|---|---|
| Advertising/Marketing/Dues&Subs | Advertising/Mktg spend for new business revenue & monthly dues/subs |
| Automobile | Includes parking, fuel, and maintenance |
| Bookkeeping | Based upon existing fee for outside bookkeeping required to maintain the books, records & accurate financial reporting |
| Computer/Internet/Telephone | Includes IT support & maint, internet and telephone-based on historical financials |
| Cost of Goods | COGS, excluding the payroll COGS, is estimated as 55% of sales. |
| Payroll & Payroll Taxes | Includes payroll for owner, admin payroll, taxes, fees, excludes COGS labor |
| Rent | For 4 storage units based upon current lease agreement. |
| Insurance | Includes workers comp, general liability, and auto insurance |
| Admin/Office/Licenses/Fees/Supplies | Includes office, licenses, equip rental, postage, supplies |
| Utilities | Includes gas, electricity, water and trash removal based on historical financials |
| US Trustee Fees | Based on 0.4% of total disbursements of each quarter |

# Exhibit "C"

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursements
For the period from petition date 08/07/2026 through 09/18/26

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 08/07/2026 | | | |
| Week # | Week 26 | | | |
| Cash Receipts | 34,000 | 9,869 | (24,131) | -71% |
| **Total Cash Receipts** | 34,000 | 9,869 | (24,131) | -71% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | 1,000 | | (1,000) | -100% |
| Automobile | 600 | 338 | (262) | -44% |
| Bookkeeping | 750 | | (750) | -100% |
| Computer/Internet/Telephone | 275 | 168 | (107) | -39% |
| Cost of Goods | 18,700 | 4,573 | (14,128) | -76% |
| Payroll - COGS | 7,200 | | (7,200) | -100% |
| Payroll Expenses & Payroll Taxes | 13,660 | 3,834 | (9,826) | -72% |
| Rent | 1,035 | 990 | (45) | -4% |
| Insurance | 3,200 | | (3,200) | -100% |
| Admin/Office/Licenses/Fees/Supplies | 2,000 | 480 | (1,521) | -76% |
| Utilities | | | - | - |
| US Trustee Fees | | | - | - |
| IRS Payment | 1,000 | | (1,000) | -100% |
| Total Disbursements | 49,420 | 10,382 | (39,038) | -79% |
| Net Operating Cash Flows | (15,420) | (513) | 14,907 | 97% |
| | | | | |
| Beginning Cash as of 02/10/26 | 34,371 | 6,668 | | |
| Projected Ending Cash | 18,951 | 6,155 | (12,796) | -68% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 08/14/2026 | | | |
| Week # | Week 27 | | | |
| Cash Receipts | 34,000 | 13,481 | (20,519) | -60% |
| **Total Cash Receipts** | 34,000 | 13,481 | (20,519) | -60% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | | | - | - |
| Automobile | 600 | 247 | (353) | -59% |
| Bookkeeping | 0 | 750 | 750 | 74999900% |
| Computer/Internet/Telephone | 0 | 55 | 55 | 5451900% |
| Cost of Goods | 18,700 | 6,023 | (12,677) | -68% |
| Payroll - COGS | 0 | 1,252 | 1,251 | 125149900% |
| Payroll Expenses & Payroll Taxes | 0 | 3,250 | 3,250 | 324999900% |
| Rent | | | - | - |
| Insurance | 800 | | (800) | -100% |
| Admin/Office/Licenses/Fees/Supplies | | | - | - |
| Utilities | | | - | - |
| US Trustee Fees | | | - | - |
| IRS Payment | | | - | - |
| Total Disbursements | 20,100 | 11,576 | (8,524) | -42% |
| Net Operating Cash Flows | 13,900 | 1,905 | (11,995) | -86% |
| | | | | |
| Beginning Cash as of 02/10/26 | 18,951 | 6,155 | | |
| Projected Ending Cash | 32,851 | 8,060 | (24,791) | -75% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 08/21/2026 | | | |
| Week # | Week 28 | | | |
| Cash Receipts | 34,000 | 31,910 | (2,090) | -6% |
| **Total Cash Receipts** | 34,000 | 31,910 | (2,090) | -6% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | 500 | | (500) | -100% |
| Automobile | 600 | 321 | (279) | -46% |
| Bookkeeping | 750 | 750 | - | 0% |
| Computer/Internet/Telephone | 360 | 125 | (235) | -65% |
| Cost of Goods | 18,700 | 16,952 | (1,748) | -9% |
| Payroll - COGS | 7,200 | 6,714 | (486) | -7% |
| Payroll Expenses & Payroll Taxes | 13,660 | 4,961 | (8,699) | -64% |
| Rent | | | - | - |
| Insurance | 0 | 2,918 | 2,918 | 291831900% |
| Admin/Office/Licenses/Fees/Supplies | 0 | 26 | 26 | 2647900% |
| Utilities | | | - | - |
| US Trustee Fees | 0 | 1,410 | 1,410 | 140999900% |
| IRS Payment | | | - | - |
| Total Disbursements | 41,770 | 34,178 | (7,592) | -18% |
| Net Operating Cash Flows | (7,770) | (2,268) | 5,502 | 71% |
| | | | | |
| Beginning Cash as of 02/10/26 | 32,851 | 8,060 | | |
| Projected Ending Cash | 25,081 | 5,792 | (19,289) | -77% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 08/28/2026 | | | |
| Week # | Week 29 | | | |
| Cash Receipts | 34,000 | 595 | (33,405) | -98% |
| **Total Cash Receipts** | 34,000 | 595 | (33,405) | -98% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | | | - | - |
| Automobile | 600 | 308 | (292) | -49% |
| Bookkeeping | | | - | - |
| Computer/Internet/Telephone | 150 | | (150) | -100% |
| Cost of Goods | 18,700 | 4,954 | (13,746) | -74% |
| Payroll - COGS | | | - | - |
| Payroll Expenses & Payroll Taxes | | | - | - |
| Rent | | | - | - |
| Insurance | | | - | - |
| Admin/Office/Licenses/Fees/Supplies | 0 | 797 | 797 | 797219900% |
| Utilities | 450 | | (450) | -100% |
| US Trustee Fees | | | - | - |
| IRS Payment | | | - | - |
| Total Disbursements | 19,900 | 6,059 | (13,841) | -70% |
| Net Operating Cash Flows | 14,100 | (5,464) | (19,564) | -139% |
| | | | | |
| Beginning Cash as of 02/10/26 | 25,081 | 5,792 | | |
| Projected Ending Cash | 39,181 | 328 | (38,853) | -99% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 09/04/2026 | | | |
| Week # | Week 30 | | | |
| Cash Receipts | 34,000 | 29,712 | (4,288) | -13% |
| **Total Cash Receipts** | 34,000 | 29,712 | (4,288) | -13% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | 1,000 | | (1,000) | -100% |
| Automobile | 600 | 181 | (419) | -70% |
| Bookkeeping | 750 | 750 | - | 0% |
| Computer/Internet/Telephone | 275 | | (275) | -100% |
| Cost of Goods | 18,700 | 4,437 | (14,263) | -76% |
| Payroll - COGS | 7,200 | 4,058 | (3,143) | -44% |
| Payroll Expenses & Payroll Taxes | 13,660 | 6,672 | (6,988) | -51% |
| Rent | 1,035 | 990 | (45) | -4% |
| Insurance | 3,200 | | (3,200) | -100% |
| Admin/Office/Licenses/Fees/Supplies | 2,000 | 779 | (1,221) | -61% |
| Utilities | | | - | - |
| US Trustee Fees | | | - | - |
| IRS Payment | 1,000 | | (1,000) | -100% |
| Total Disbursements | 49,420 | 17,867 | (31,553) | -64% |
| Net Operating Cash Flows | (15,420) | 11,845 | 27,265 | 177% |
| | | | | |
| Beginning Cash as of 02/10/26 | 39,181 | 328 | | |
| Projected Ending Cash | 23,761 | 12,173 | (11,588) | -49% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 09/11/2026 | | | |
| Week # | Week 31 | | | |
| Cash Receipts | 34,000 | 6,800 | (27,200) | -80% |
| **Total Cash Receipts** | 34,000 | 6,800 | (27,200) | -80% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | | | - | - |
| Automobile | 600 | 341 | (259) | -43% |
| Bookkeeping | | | - | - |
| Computer/Internet/Telephone | | | - | - |
| Cost of Goods | 18,700 | 6,504 | (12,196) | -65% |
| Payroll - COGS | | 4,663 | 4,663 | - |
| Payroll Expenses & Payroll Taxes | | | - | - |
| Rent | | | - | - |
| Insurance | 800 | 1,558 | 758 | 95% |
| Admin/Office/Licenses/Fees/Supplies | 0 | 130 | 130 | 130299900% |
| Utilities | | | - | - |
| US Trustee Fees | | | - | - |
| IRS Payment | | | - | - |
| Total Disbursements | 20,100 | 13,196 | (6,904) | -34% |
| Net Operating Cash Flows | 13,900 | (6,396) | (20,296) | -146% |
| | | | | |
| Beginning Cash as of 02/10/26 | 23,761 | 12,173 | | |
| Projected Ending Cash | 37,661 | 5,777 | (31,884) | -85% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | 09/18/2026 | | | |
| Week # | Week 32 | | | |
| Cash Receipts | 34,000 | 29,228 | (4,772) | -14% |
| **Total Cash Receipts** | 34,000 | 29,228 | (4,772) | -14% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | 500 | | (500) | -100% |
| Automobile | 600 | 375 | (225) | -38% |
| Bookkeeping | 750 | 750 | - | 0% |
| Computer/Internet/Telephone | 360 | 50 | (310) | -86% |
| Cost of Goods | 18,700 | 6,884 | (11,816) | -63% |
| Payroll - COGS | 7,200 | | (7,200) | -100% |
| Payroll Expenses & Payroll Taxes | 13,660 | 4,961 | (8,699) | -64% |
| Rent | | | - | - |
| Insurance | 0 | 2,918 | 2,918 | 2918319900% |
| Admin/Office/Licenses/Fees/Supplies | 0 | 226 | 226 | 226409900% |
| Utilities | | | - | - |
| US Trustee Fees | | | - | - |
| IRS Payment | | | - | - |
| Total Disbursements | 41,770 | 16,164 | (25,606) | -61% |
| Net Operating Cash Flows | (7,770) | 13,065 | 20,835 | 268% |
| | | | | |
| Beginning Cash as of 02/10/26 | 37,661 | 5,777 | | |
| Projected Ending Cash | 29,891 | 18,841 | (11,050) | -37% |

Encompass Enterprises
Projection vs. Actual of Cash Receipts and Disbursement
For the period from petition date 08/07/2026 through 09/1

| | Budget | Actuals | Variance | As a % |
|---|---|---|---|---|
| For the week ending | From Week 1 2/13/2026 to Week 32 09/18/2026 | | | |
| Week # | Total | | | |
| Cash Receipts | 1,068,000 | 595,655 | (472,345) | -44% |
| **Total Cash Receipts** | 1,068,000 | 595,655 | (472,345) | -44% |
| | | | | |
| **Disbursements** | | | | |
| Advertising/Marketing/Dues&Subs | 11,000 | - | (11,000) | -100% |
| Automobile | 19,200 | 9,311 | (9,889) | -52% |
| Bookkeeping | 11,250 | 10,000 | (1,250) | -11% |
| Computer/Internet/Telephone | 6,065 | 3,196 | (2,869) | -47% |
| Cost of Goods | 587,400 | 343,423 | (243,977) | -42% |
| Payroll - COGS | 122,400 | 39,329 | (83,071) | -68% |
| Payroll Expenses & Payroll Taxes | 232,220 | 127,439 | (104,781) | -45% |
| Rent | 7,245 | 7,026 | (219) | -3% |
| Insurance | 28,800 | 29,643 | 843 | 3% |
| Admin/Office/Licenses/Fees/Supplies | 14,000 | 14,659 | 659 | 5% |
| Utilities | 2,700 | 2,816 | 116 | 4% |
| US Trustee Fees | 2,520 | 1,660 | (860) | -34% |
| IRS Payment | 4,000 | - | (4,000) | -100% |
| Total Disbursements | 1,048,800 | 588,501 | (460,299) | -44% |
| Net Operating Cash Flows | 19,200 | 7,154 | (12,046) | -63% |
| | | | | |
| Beginning Cash as of 02/10/26 | | | | |
| Projected Ending Cash | | | | - |

# Encompass Enterprises, LLC
## Profit and Loss (Accrual Basis)
### August 2026

| | Total |
|---|---|
| Income | |
| Houzz Pro Products | 76,354.09 |
| Income - Encompass Enterprises, Inc. | 5,436.00 |
| **Total for Income** | **$81,790.09** |
| Cost of Goods Sold | |
| Cost of Goods Sold | |
| Inspection | 87.30 |
| Job Materials | 20,073.17 |
| Labor | 6,714.00 |
| Permits, Licenses | 225.01 |
| Sub-Contractors | 5,390.30 |
| Toilet Rental | 800.00 |
| Tool and Equipment Rental | 1,177.26 |
| **Total for Cost of Goods Sold** | **$34,467.04** |
| **Total for Cost of Goods Sold** | **$34,467.04** |
| **Gross Profit** | **$47,323.05** |
| Expenses | |
| Accounting fees | 1,500.00 |
| Bank Charges & Fees | 45.69 |
| Car/Truck | |
| Fuel | 1,199.78 |
| Repairs | 14.82 |
| **Total for Car/Truck** | **$1,214.60** |
| Comcast/Internet Service | 125.00 |
| Computer & Internet Expenses | 4.99 |
| Insurance | 2,918.32 |
| Office Supplies & Software | 1,256.20 |
| Payroll Expenses | |
| Wages | 9,462.63 |
| **Total for Payroll Expenses** | **$9,462.63** |
| Payroll Taxes | 3,834.33 |
| Rent & Lease | 990.00 |
| Telephone | 217.40 |
| **Total for Expenses** | **$21,569.16** |
| **Net Operating Income** | **$25,753.89** |
| Other Expenses | |

# Encompass Enterprises, LLC
## Profit and Loss (Accrual Basis)
### August 2026

| | Total |
|---|---|
| Interest Paid | 1,410.00 |
| **Total for Other Expenses** | **$1,410.00** |
| **Net Other Income** | **-$1,410.00** |
| **Net Income** | **$24,343.89** |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Aug 31, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 0196 Shore United 0196 | 0.00 |
| 202505361246 Mercury Ship's Point | 0.00 |
| 202508444950 Mercury Payroll Acct | 0.00 |
| 202572428902 Mercury Operations Account 8902 | 0.00 |
| 5343521847 PNC Payroll 1847 | 0.00 |
| 5343521855 PNC EE1 1855 | 0.00 |
| 5343521863 PNC EDA 1863 | 0.00 |
| 5344188257 PNC 8257 | 0.00 |
| 5543053013 PNC 3013 | 0.00 |
| 933229585 Shore United 9585 | 0.00 |
| 933230219 Shore United 0219 | 0.00 |
| 933261171 Shore United 1171 | 0.00 |
| hoib (deleted) | |
| PNC EE1 Checking 2919 | 0.00 |
| Premier Operations (CLOSED) 6893 | 0.00 |
| Premier Operations (NEW) 5935 | 319.22 |
| Premier Payroll 1503 | 5.12 |
| Shore Checking 9543 | 0.00 |
| Veridian | 5.00 |
| **Total for Bank Accounts** | **$329.34** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 91,044.84 |
| **Total for Accounts Receivable** | **$91,044.84** |
| Other Current Assets | |
| Due from IRS/MD | 1,823.02 |
| Due to Driftwood | $0.00 |
| Employee Advances | 4,079.73 |
| Inventory Asset | 150,000.00 |
| N/R Shareholder | 115,287.76 |
| Uncategorized Asset | $0.00 |
| Undeposited Funds | $0.00 |
| **Total for Other Current Assets** | **$271,190.51** |
| **Total for Current Assets** | **$362,564.69** |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Aug 31, 2026

| | Total |
|---|---|
| Fixed Assets | |
| Accumulated Depreciation | -313,603.00 |
| Furniture and Equipment | 68,247.91 |
| Vehicles | 377,538.97 |
| **Total for Fixed Assets** | **$132,183.88** |
| Other Assets | |
| Goodwill - Garage Business | 30,000.10 |
| Accumulated Amortization | -7,500.00 |
| **Total for Goodwill - Garage Business** | **$22,500.10** |
| **Total for Other Assets** | **$22,500.10** |
| **Total for Assets** | **$517,248.67** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | $0.00 |
| Prepetition Payable | 450,714.43 |
| **Total for Accounts Payable** | **$450,714.43** |
| Credit Cards | |
| 0000000 Mercury Credit Card | $0.00 |
| 81924212897391 Lowes Home Improvement 7391 | $0.00 |
| American Express | 10,150.43 |
| Best Buy Credit Card | 960.83 |
| CBTC EE1 Credit Card | $0.00 |
| Lowes Home Improvement 6694 | $0.00 |
| Lowes Home Improvement 9465 50k | $0.00 |
| PNC Credit Card 4999 | 14,565.94 |
| Southwest/Chase Credit Card | 15,412.45 |
| **Total for Credit Cards** | **$41,089.65** |
| Other Current Liabilities | |
| Customer Deposits | 297,458.00 |
| Direct Deposit Payable | $0.00 |
| Jason Baxley Prepaid Revenue | 20,000.00 |
| Maryland State | 243.60 |
| N/P Dawn Benton | 30,000.00 |
| N/P Joseph Hughes | 3,900.00 |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Aug 31, 2026

| | Total |
|---|---|
| N/P Payroll | $0.00 |
| Out Of Scope Agency Payable | $0.00 |
| Payroll Garnishments | -3,976.58 |
| Payroll Liabilities | $0.00 |
| Cash advance | -200.00 |
| Child Support | 3,618.43 |
| Child Support-Aaliyah | 0.04 |
| Child Support-Twins | -5.39 |
| Federal Taxes (941/944) | 232,688.46 |
| Federal Unemployment (940) | 1,916.04 |
| Maryland Income Tax | $0.00 |
| MD Income Tax | 112,748.63 |
| MD Unemployment Tax | 5,657.31 |
| OverPayment on Paycheck | 1,104.80 |
| PA Income Tax | $0.00 |
| PA Local Tax | $0.00 |
| Rent-Interest | 52.68 |
| Unauthorized charges on company bank card Joseph aware | 92.09 |
| **Total for Payroll Liabilities** | **$357,673.09** |
| Repayment | |
| Cash Advance Repayment | 2,781.61 |
| Cash Advance Repayment 2 | $0.00 |
| Venmo pymt 11.03.25 | $0.00 |
| **Total for Repayment** | **$2,781.61** |
| **Total for Other Current Liabilities** | **$708,079.72** |
| **Total for Current Liabilities** | **$1,199,883.80** |
| Long-term Liabilities | |
| 07.31.24 Unique Funding Solutions LLC | 71,152.32 |
| Advantage+ Loan | $0.00 |
| Citizens One - Gene's Truck | $0.00 |
| N/ P Peninsula Funding | 10,822.00 |
| N/P Ally Loan - 2014 Ram 1500 Truck | 11,757.74 |
| N/P Cinch Auto Finance 1242.73 | 44,002.07 |
| N/P Everest Business Funding 753.55/daily | $0.00 |
| N/P Fenix Capital Funding | $0.00 |
| N/P Forward Financing 5838.75/wk | $0.00 |

# Encompass Enterprises, LLC
## Balance Sheet (Accrual Basis)
### As of Aug 31, 2026

| | Total |
|---|---|
| N/P Fox #2 | 61,760.04 |
| N/P Fox Business Funding 6917.85 | $0.00 |
| N/P John Barony | $0.00 |
| N/P Panther Funding | $0.00 |
| N/P Parkview Advance | 9,247.33 |
| N/P Quick Funding | $0.00 |
| N/P SBA EIDL | 148,200.00 |
| N/P Sheffield 447.29 | $0.00 |
| N/P Specialty Capital | 30,275.00 |
| N/P Spring Funding | $0.00 |
| N/P Star Capital | $0.00 |
| PNC Small Business Loan | $0.00 |
| PNC Van Loan 8098 | $0.00 |
| Truist Truck Loan - 2018 Dodge PU | 12,015.88 |
| Veridian Loan | 976.87 |
| **Total for Long-term Liabilities** | **$400,209.25** |
| **Total for Liabilities** | **$1,600,093.05** |
| Equity | |
| Opening Balance Equity | -45,970.00 |
| Owner's Draw | -131,929.16 |
| Owner's Investment | 1,300.00 |
| Owner's Pay & Personal Expenses | $0.00 |
| Retained Earnings | -951,264.88 |
| Net Income | 45,019.66 |
| **Total for Equity** | **-$1,082,844.38** |
| **Total for Liabilities and Equity** | **$517,248.67** |

# Encompass Enterprises, LLC
## A/R Aging Summary Report
### As of Aug 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Battle Creek Home Exteriors | | | | | | |
| SE-Battle Creek - 4705 Leitches Wharf Rd. | 2,627.00 | | | | | 2,627.00 |
| **Total for Battle Creek Home Exteriors** | **2,627.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,627.00** |
| Carl Sciacchitano | | | | | | |
| EE1-Scacchitano-2023 | | | | | 31,650.00 | 31,650.00 |
| **Total for Carl Sciacchitano** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **31,650.00** | **$31,650.00** |
| Cornerstone Church C/o Jessica Doyle | | | | | | |
| EE1 - Cornerstone Presbyterian Church-2024 | 8,825.00 | | | | | 8,825.00 |
| **Total for Cornerstone Church C/o Jessica Doyle** | **8,825.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$8,825.00** |
| Mo Cifuentes | | | | | | |
| EE1 - Starbucks Lexington Park- 2025 | | 22,362.84 | | | | 22,362.84 |
| **Total for Mo Cifuentes** | **$0.00** | **22,362.84** | **$0.00** | **$0.00** | **$0.00** | **$22,362.84** |
| Nick Graziano | | | | | | |
| EE1 - Graziano Bathrooms 2026 | 2,280.00 | | | | | 2,280.00 |
| **Total for Nick Graziano** | **2,280.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,280.00** |
| Ship's Point Mechanical | | | | | 23,300.00 | 23,300.00 |
| SLA | | | | | $0.00 | $0.00 |
| **TOTAL** | **13,732.00** | **22,362.84** | **$0.00** | **$0.00** | **54,950.00** | **$91,044.84** |

# Encompass Enterprises, LLC
## Postpetition A/P Aging Summary Report
### As of Aug 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |