**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **ENCOMPASS ENTERPRISES LLC** | ) | **Case No. 26-11403 MCR** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF HEARING ON THIRD MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that a hearing has been set for October 29, 2026 at 1:00 pm Eastern, for the Court to hear Debtor's *Third Motion for Interim and Final Orders Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection* ("Cash Collateral Motion"). The Cash Collateral Motion seeks an order authorizing the Debtor to use cash collateral for the period of October 30, 2026 through June 25, 2027, granting adequate protection and related relief.

The hearing will be held by videoconference. If an objection to the Motion is filed then the hearing may be held in-person at the U.S. Bankruptcy Court, 6500 Cherrywood Lane Suite 300, Greenbelt, MD 20770. Oppositions, if any, must be filed with the Court and served on the Debtor's Counsel and Local Counsel, the Internal Revenue Service, Specialty Capital and the U.S. Trustee not later than October 15, 2026.

To attend the hearing remotely, please go to the Court's website at: https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark.

Dated: October 1, 2026

Respectfully submitted,

/s/ Steven R. Fox

Steven R. Fox, Esq, *pro hac vice*
(Calif. Bar No. 138808)
The Fox Law Corporation, Inc.
15455 San Fernando Mission Blvd., Suite 400
Mission Hills, CA 91345
PH: (818) 774-3545
srfox@foxlaw.com
*Counsel to Debtor*

/s/ Christopher L. Rogan
Christopher L. Rogan, Esq. (MD Bar 08365)
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Ste 300
Leesburg, Virgina 20176
PH: 703-777-8850
crogan@rmzlawfirm.com
*Local Counsel to Debtor*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing NOTICE was served upon the Office of the United States Trustee, and all parties requesting Notice, via the Court's ECF system, and upon all creditors and parties in interest listed on the attached mailing matrix, via First Class Mail, on this 1st day of October, 2026.

/s/ Steven R. Fox

Steven R. Fox