**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ENCOMPASS ENTERPRISES, LLC | ) | Case No. 26-11403 MCR |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ALLY FINANCIAL | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| ENCOMPASS ENTERPRISES, LLC | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**RESPONSE AND NON-OPPOSITION TO**
**MOTION SEEKING RELIEF FROM AUTOMATIC STAY 2014 RAM 1500**

**COME NOW** Encompass Enterprises LLC, the Debtor-in-Possession, and states that it does not oppose the *Motion Seeking Relief from Automatic Stay 2014 RAM 1500* (Dkt. No. 124) (the "Motion") filed by Ally Financial.

DATE: October 13, 2026

Respectfully submitted,

/s/ Steven R. Fox

Steven R. Fox, Esq. (pro hac vice)
The Fox Law Corporation, Inc
15455 San Fernando Mission Blvd, Ste 400
Mission Hills, CA 91345
srfox@roxlaw.com
*Counsel for Debtor*

/s/ Christopher L. Rogan
Christopher L. Rogan, Esq. (MD 08365)
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Ste 300
Leesburg, VA 20176
PH: 703-777-8850
crogan@rmzlawfirm.com
*Local Counsel to Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that service of a true copy of the foregoing has been made as follows:

Type of Service: ECF and First Class Mail

Date of Service: October 13, 2026

Persons served: All creditors and parties requesting notice via the Court's ECF system and upon the following via First Class Mail postage prepaid:

Michael J Klima
8028 Ritchie Hwy, Ste 300
Pasadena, MD 21122

Item Served: RESPONSE AND NON-OPPOSITION TO MOTION SEEKING RELIEF FROM AUTOMATIC STAY 2014 RAM 1500

/s/ Steven R. Fox
Steven RR. Fox