Entered: October 19th, 2026

Signed: October 19th, 2026

**SO ORDERED**

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re: Case No.: **26−11403 − MCR** Chapter: **11**

**Encompass Enterprises LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER AFTER RESPONSE

Upon consideration of the response filed by Encompass Enterprises LLC, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered 9/28/2026, is hereby DISSOLVED.

cc: Debtor
Attorney for Debtor − Christopher L. Rogan
Case Trustee − For Internal Use Only
U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) − DanielWalston