**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **ENCOMPASS ENTERPRISES LLC** | ) | **Case No. 26-11403 MCR** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF HEARING ON DISCLOSURE STATEMENT**
**IN SUPPORT OF DEBTOR'S PROPOSED PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that the Debtor, Encompass Enterprises, LLC, has filed a *Disclosure Statement in Support of Debtor's Plan of Reorganization Dated October 5, 2026* (Doc. No.. 134, the "Disclosure Statement") in the above-captioned chapter 11 bankruptcy proceeding. Attached hereto are copies of the Disclosure Statement, the Exhibits thereto, including the Debor's proposed Plan of Reorganization, dated October 5, 2026 (Doc. No. 132), and a copy of the Court's Order, dated October 16, 2026 (Doc. No. 138), scheduling the hearing on the Disclosure Statement and deadline for objections to the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing on the adequacy of the Disclosure Statement for **November 24, 2026, at 2:00 pm**, at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Mayland.

**PLEASE TAKE FURTHER NOTICE** that the deadline for any creditor or other party in interest to file an objection to approval of the Debtor's Disclosure Statement is **November 18, 2026**. Objections must be filed with the Bankruptcy Court, with a copy served on the undersigned counsel to the Debtor early enough so as to be received by such deadline.

Dated: October 21, 2026

Respectfully submitted,

/s/ Steven R. Fox
Steven R. Fox, Esq, *pro hac vice*
(Calif. Bar No. 138808)
The Fox Law Corporation, Inc.
15455 San Fernando Mission Blvd., Suite 400
Mission Hills, CA 91345
PH: (818) 774-3545
srfox@foxlaw.com
*Counsel to Debtor*

/s/ Christopher L. Rogan
Christopher L. Rogan, Esq. (MD Bar 08365)
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Ste 300
Leesburg, Virgina 20176
PH: 703-777-8850
crogan@rmzlawfirm.com
*Local Counsel to Debtor*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing NOTICE and the Debtor's Disclosure Statement (Doc. No. 134), proposed Plan of Reorganization (Doc. No. 132), all Exhibits thereto, and the Order and Notice of Hearing on Disclosure Statement (Doc. No. 138) was served upon the Office of the United States Trustee, and all parties requesting Notice, via the Court's ECF system, and upon all creditors and parties in interest listed below and on the attached mailing matrix, via First Class Mail, on this 21st day of October, 2026.

| | | |
|---|---|---|
| US Department of Justice<br>Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | United States Attorney's Office<br>District of MD, Main Office<br>36 S. Charles Street 4th Fl.<br>Baltimore, MD 21201 | United States Attorney's Office<br>District of MD, Southern Div.<br>6404 Ivy Lane Ste 800<br>Greenbelt, MD 20770 |
| Diane & Stephen Sung<br>600 Lake Dr<br>Lusby, MD 20657 | Gary & Amy Ressing<br>12190 Preston Dr<br>Lusby, MD 20657 | Truist Bank, Support Services<br>PO Box 1847 / 100-50-01-51<br>Wilson, NC 27894 |
| SEC National Headquarters<br>Attn: Bankruptcy<br>100 F Street NE<br>Washington, DC 20549 | SEC Philadelphia Regional Office<br>1617 John F. Kennedy Blvd, Ste 520<br>Philadelphia, PA 19103 | PenFed Realty LLC<br>c/o Tim Carey<br>250 W Pratt St, Ste 2200<br>Baltimore, MD 21202 |

I hereby further certify that on this 21st day of October, 2026 an electronic copy of the forgoing was served via E-mail to the following parties:

Judy Pedersen: pedersenjudy@hotmail.com

/s/ Steven R. Fox
Steven R. Fox