Case 26-11403 Doc 141 Filed 10/21/26 Page 1 of 2

Entered: October 16th, 2026
Signed: October 16th, 2026

**SO ORDERED**

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>ENCOMPASS ENTERPRISES LLC,<br><br>Debtor. | Case Number: 26-11403-MCR<br>(Chapter 11) |

ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

On October 5, 2026, Encompass Enterprises LLC (the "Debtor") filed a Plan of Reorganization [ECF No. 132] and Disclosure Statement [ECF No. 134].

It is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor shall serve a copy of the Plan of Reorganization, the Disclosure Statement, and this Order on all creditors and other parties in interest (as defined in Local Bankruptcy Rule 9001-1(k)) and file a certificate of service by **October 21, 2026**; and it is further

ORDERED, that the deadline for any creditor or other party in interest to file an objection to approval of the Debtor's Disclosure Statement is **November 18, 2026**; and it is further

ORDERED, that the Court will hold a hearing on approval of the Debtor's Disclosure Statement on **November 24, 2026 at 2:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland.

cc: Debtor – Encompass LLC
Debtor's counsel – Steven R. Fox
Debtor's counsel – Christopher L. Rogan
United States Trustee – L. Jeanette Rice
United States Trustee – Courtney L. Morgan

**END OF ORDER**