Label Matrix for local noticing
0416-0
Case 26-11403
District of Maryland
Greenbelt
Tue Oct 6 12:32:22 EDT 2026

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fox Funding Group LLC
c/o KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Specialty Capital, LLC
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Truist Bank
Richard D London
2441 Linden Lane
Silver Spring, MD 20910-1230

U.S. Trustee
Office of The United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770-6305

Unique Funding Solutions LLC
c/o KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

A to Z Contracting, Inc.
1612 Professional Blvd Ste E
Crofton, MD 21114-2049

AD Pro LLC
11550 Deadwood Dr
Lusby, MD 20657-3737

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Ace 2023 and beyond
11861 HG Trueman Rd
Lusby, MD 20657-2870

Alexander Hernandez/Alexys Painter and More
9646 Grant Ave
Manassas, VA 20110-5608

Amarr Garage Doors
7071 Dorsey Run Rd
Jessup, MD 20794

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Arndt Construction
11410 Rawhide Rd
Lusby, Md 20657-3164

Atlantic States Insurance Company, a Subsidi
Donegal Insurance Group
1195 River Road
Marietta, PA 17547-1638

Baltimore Sales Center
8350 Bristol Ct
Jessup, MD 20794-9756

Barclay Credit Card Services
PO Box 8801
Wilmington, DE 19899-8801

Best Buy Credit Services
PO Box 790441
Saint Louis, MO 63179-0441

Blue Heron (Regan Mullins)
14614 HG Truman Rd
Solomon, Md 20688-3202

Brighthouse Financial
Po Box 4265
Clinton, IA 52733-4265

Builders First Source
4011 Rock Hall Rd
Point of Rocks, MD 21777-2046

Burch Oil
24660 Three Notch Rd
Hollywood, MD 20636-2981

Butch Whittion
524 Varnum Street Northwest
Washington, DC 20011-4650

C.L. Grimes Excavating.
11459 Stirrup Lane
Lusby, MD 20657-5544

CBTC-Shore United
3035 Leonardtown
Waldorf, MD 20601-3112

COA Barrett
100 Jibsail Drive Suite 103
Prince Frederick, Md 20678-3430

Cadex Solutions
One Huntington Quadrangle
Suite 4N15
Melville, NY 11747-4400

Calvert County Treasurer
Attn: Ms. Amanda Dolina
175 Main St
Prince Frederick, MD 20678-3337

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Century Relief, LLC
30 Montgomery St
Jersey City, NJ 07302-3829

Chase Card Services
PO Box 6294
Carol Stream, IL 60197-6294

Christine Baker
344 Gray Dr
Lusby, MD 20657-4105

Christine Blinn
45910 Harbor Lane
Lexington Park, MD 20653-3352

Christine Blinn
c/o Harris & Captristo
23093 Three Notch Rd
California, MD 20619-2409

Cinch
10400 Old Alabama Connector Rd
Ste 100
Alpharetta, GA 30022-8225

Cinch
PO Box 28149
Miami, FL 33102-8149

Cindy Schribner
PO Box 1256
Lusby, MD 20657-1256

Cohn & Dussi, LLC
255 State St Ste 7B
Boston, MA 02109-2613

Comcast XFinity
c/o IC System Inc
444 Hwy 96 E PO Box 64378
Saint Paul, MN 55164-0378

Craig Matzdorf
24664 Half Pone Point Rd
Hollywood, MD 20636-2951

(p)CREDIT CONTROL LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

David Fogel, Esq.
1225 Franklin Ave Ste 201
Garden City, NY 11530-1890

Dawn Benton
12660 Mill Creek Dr
Lusby, MD 20657-2740

Dean Home Suppy & Service Co
24425 Three Notch Rd
PO Box 100
Hollywood, Md 20636-0100

Erie Insurance
2301 W 22nd St Suite 301
Oak Brook, Il 60523-1220

Ethan Benton
12660 Mill Creek Dr
Lusby, MD 20657-2740

First Corporate Solutions
c/o Secured Party UCC1-462100
914 S Street
Sacramento, CA 95811-7025

Fixed Right & Guaranteed Super Techs LLC
1955 Dale Lane
Owings, MD 20736-4323

Fox Funding Group LLC
Attn: CEO, President, Officer
803 21st Ave
Hollywood, Fl 33020-6962

G&S Electrical Services Inc.
2055 Solomons Island Rd Unit 100
Huntington, MD 20639-8728

Gene Benton
12660 Mill Creek Dr
Lusby, MD 20657-2740

Harris & Captristo
23093 Three Notch Rd
California, MD 20619-2409

Home Diagnostics Inc
38458 Green Gables Ct
Mechanicsville, MD 20659-7213

Home Services Restoration LLC
24460 Chancellor's Run Rd
Great Mills, MD 20634

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMC
c/o National Bankruptcy Services, LLC
PO Box 9013
Addison, TX 75001-9013

Jaan Lumi and Carol Drury
14325 Calvert St
PO BOX 350
Solomons, MD 20688-0350

Jacquelyn V Meiser PC
23127 Three Notch Rd Ste 204
California, MD 20619-2405

Janet & Miles Lamb
22 Cramer Drive
Chester, NJ 07930-2717

Janet and Miles Lamb
C\O Law Office of Jeffrey Scholnick
9515 Deereco Road, Suite 407
Timonium, MD 21093-2152

Jared Lemon
8831 Lafayette Dr
Owings, MD 20736-9509

Jennifer Arnett
c\o Paul J. Dougherty, III
1910 Towne Centre Blvd., Suite 250
Annapolis, Maryland 21401-3599

Judith & David Pedersen
12668 Mill Creek Drive
Lusby, MD 20657-2740

Laura-Lynn Echard
1168 Coster Rd
Lusby, MD 20657-2958

Law Offices of Mudd & Fitz
c/o G&S Electrical Services Inc.
116 La Grange Ave
La Plata, MD 20646-0197

Lexington Recovery
222 West 37th St 8th Flr
New York, NY 10018-9030

Lieberman Klestzick LLP
Joshua Kesselman, Esq.
1855 Griff Rd DCTOA-Ste A-350
Dania, FL 33004-2210

Linos Construction, Inc.
PO Box 61
Bladensburg, MD 20710-0061

Lisa Perna
24421 Broad Creek Dr
Hollywood, MD 20636-2179

Maryland Dept of Labor
Division of Unemployment Insurance
Legal Services & Collections
100 S. Charles St Tower 1 Ste 3100
Baltimore, MD 21201-2725

Maryland Dept of Labor
Legal Services and Collection
100 South Charles St 3rd Flr
Baltimore, MD 21201-2709

Maryland Dept of Labor
Office of Unemployment Insurance
PO Box 17291
Baltimore, MD 21297-0365

Maurice Wutscher LLP
Attn: Stephen H. Sherman, Esq.
20 F Street NW 7th Flr
Washington, DC 20001-6700

Mercury Bank
333 Bush St
San Francisco, CA 94104-2868

Michael Woods & Andrew Zacher
3410 Abelia Rd
Port Republic, MD 20676-2622

Michelle Kidwell
2310 Sollers Wharf Rd
Lusby 20657-3023

Midland Credit Management Inc.
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007

Miller Fire Protection, LLC
12807 Brandywine Rd
Brandywine, Md 20613-5615

Office of the Comptroller Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202-1626

Overhead Door Company
151 Schooner Lane #27
Prince Frederick, Md 20678-3459

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Paramount Placement LLC
6 Taunton Ave Unit 193
Norton, MA 02766-7010

Parkview Advance
600 Summer St
Stamford, CT 06901-4404

Parkview Advance
Attn: CEO, President, Officer
400 Main St
Stamford, CT 06901-3000

PenFed Realty LLC
2930 Eisenhower Ave 4th Flr
Alexandria, Va 22314-4557

Peninsula Funding Group LLC
103 Chester Ave
Brooklyn, NY 11218-3005

Priddy Roofing
210 Merrimac Ct
Prince Frederick, Md 20678

Priddy Roofing and Exteriors
c/o Richard M. McGill, Esquire
PO Box 358
Upper Marlboro, MD 20773-0358

RJA Electrical Service
3100 Carroll Rd
Huntingtown, MD 20639-9549

RJA Electrical Service
c/o Baylinson, Kudysh, Greenberg & Helt
303 S Main St Lower Level
Mount Airy, MD 21771-5394

Ralph Almaraz
3100 Carroll Rd
Huntingtown, MD 20639-9549

Receivables Control Corporation
7373 Kirkwood Ct Ste 200
Osseo, MN 55369-5264

Richard M. Kind, Esquire
Kind & Dashoff, LLC
One Church Lane
Baltimore, MD 21208-3709

(p)RISE ALLIANCE
22 W 38th St
2 FL
New York, NY 10018

Sasscer Clagett & Bucher
Attn: Mark T. Foley, Esq.
5407 Water St Ste 101
Upper Marlboro, MD 20772-3048

Sheryl Tayloe
12848 Bay Dr
Lusby, Md 20657-3267

Ship's Point Business Park LLC
17 Battery Place Suite 700
New York, NY 10004-1125

Shore United Bank
3035 Leonardtown Road
Waldorf, MD 20601-3112

Specialty Capital LLC
c/o Allstate Corp Services, Agent
99 Washington Ave Ste 1008
Albany, NY 12210-2822

Specialty Capital, LLC
c\o Alan C. Hochheiser
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Star Capital Group, LP
Attn: CEO, President, Officer
801 Cassatt Rd Ste 200
Berwyn, PA 19312-1179

Steven & Megan Giannuzzi
c/o Baldwin Briscoe P.C.
22335 Exploration Drive Ste 2030
Lexington Park, MD 20653-2019

SunBelt Rentals
PO Box 409211
Atlanta, Ga 30384-9211

(p)SUNBELT RENTALS INC
ATTN BETH MONTGOMERY
1799 INNOVATION POINT
FORT MILL SC 29715-4556

Synchrony Bank
170 W Election Rd Ste 125
Draper, UT 84020-6425

Tim Mauck
12215 Rousby Hall Rd
Lusby, MD 20657-2789

Todd Lyons
c\o Paul J. Dougherty, III
1910 Towne Centre Blvd., Suite 250
Annapolis, Maryland 21401-3599

Trevor A. Kiessling, Jr. Esq.
8482 Fort Smallwood Rd Ste A
Pasadena, MD 21122-2761

(p)TRITON RECOVERY
19790 W DIXIE HIGHWAY
SUITE 301
MIAMI FL 33180-2293

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

US Small Business Administration
100 S. Charles St. Ste 1201
Baltimore, MD 21201-2714

US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

US Small Business Administration
409 3rd Street, SW 2nd Floor
721 19th Street
Washington, DC 20416-0001

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Unique Funding Solutions LLC
Shanna M. Kaminski
KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

(p)VERIDIAN CREDIT UNION
P O BOX 6000
WATERLOO IA 50704-6000

Vonage Business, Inc.
PO Box 23887
New York, NY 10087-3887

Walmart
c/o Complete Pymt Recov Srvcs Inc.
347 Riverside Ave
Jacksonville, FL 32202-4909

Walmart
c/o Complete Pymt Recov Srvcs, Inc.
PO Box 30184
Tampa, FL 33630-3184

Wayne Carroll
13320 Rousby Hall Rd
Lusby, Md 20657-2771

Wayne Dalton Sales Center
8306 Patuxent Range Road St 101
Jessup, Md 20794-8609

Zachary J. Stachelczyk
26272 Bugbee Lane
Hollywood, MD 20636-2406

Katy Lyons
c/o Law Office of Paul J Dougherty III
1910 Towne Centre Blvd.
Suite 250
Annapolis, MD 21401-3599

Ryan Shaffer
16200 Point Lookout Road
Lexington Park, MD 20653-3661