Entered: November 16th, 2026

Signed: November 16th, 2026

**SO ORDERED**

Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| ENCOMPASS ENTERPRISES LLC | * | CASE NO.: 26-1-1403-MCR<br>(Chapter 11) |
| Debtor | * | |
| * * * * * * | * | |
| ALLY FINANCIAL | * | |
| Movant | * | |
| v. | * | |
| ENCOMPASS ENTERPRISES LLC | * | |
| Respondent | * | |

* * * * * * * * * * * * *

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief from Automatic Stay filed by the Movant, Ally Financial and of the Response And Non-Opposition To Motion Seeking Relief From Automatic Stay 2014 Ram 1500 filed by the Respondent, Encompass Enterprises LLC; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to

the vehicle subject to its purchase money security interest, namely, one 2014 RAM 1500, serial number 1C6RR7KT7ES466573,; and it is further

ORDERED, that Movant shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

cc: Michael J. Klima, Jr.
8028 Ritchie Hwy S-300
Pasadena, MD 21122

Encompass Enterprises LLC
PO Box 357
Lusby, Maryland 20657

Steven R. Fox, Esquire
17835 Ventura Blvd
Suite 306
Encino, CA 91316

Office of the U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

27-26967-0

**End of Order**